**ADELBERG, RUDOW, DORF & HENDLER, LLC**
ATTORNEYS AT LAW

Andrew Radding
aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

August 31, 2001

**VIA HAND DELIVERY**
The Honorable Benson E. Legg
U.S. District Judge
U.S. District Court
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      RE:   *Flagler Bank F.S.B. v. Haskell Mortgage Inc., et al.*
              Civil Action Number: L 01 CV 2221

Dear Judge Legg:

Confirming the conversation I had earlier with your secretary, Debby, and the procedure indicated by her, I am filing this letter with the Clerk for transmission to Your Honor.

I have been contacted by Haskell Mortgage, Inc. regarding possible representation of it and (possibly, as well,) of the defendant, Haskell Feldman, in the above captioned case. I have met with the potential client and await finalization of certain issues to determine whether I will be representing them.

I spoke with Donald A. Rea, Esq. counsel for the plaintiff, Flagler Bank F.S.B. and he graciously agreed to an extension of the time for Haskell Mortgage Inc. to answer from August 30th through September 10th of this year. Mr. Feldman has already answered.

Mr. Rea agreed that I should send this letter informing Your Honor of this agreement between us.

I will be back to the Court promptly when it is determined either that I will be representing Haskell Mortgage Inc. or not. In any event, Haskell Mortgage Inc.'s Answer will be due pursuant to said agreement, and with the Court's approval, on September 10, 2001.

If the Court has any questions, I would be happy to respond. Thank you very much for your consideration in this matter.

Very truly yours,

Andrew Radding

APPROVED:

Benson E. Legg    9/4/01
U.S. District Judge

AR/ra

cc:   Donald A. Rea, Esq.

M:\WP\105\SEC\HASKLEGG.LTR.WPD