IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff | * Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC./ AKA HMI, et al | * |
| Defendants | * |

* * * * * * * * * * * * *

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed to by Plaintiff Flagstar Bank, FSB and Defendant Lingard Whiteford that the time for Defendant to respond to the Complaint shall be extended until September 28, 2001.

Respectfully submitted,

_____          _____
Donald A. Rea (Federal Bar No. 23194)          Charles F. Morgan (Federal Bar No. 436)
Alison E. Goldenberg (Federal Bar No. 024778)  Hodes, Ulman, Pessin & Katz, P.A.
Gordon, Feinblatt, Rothman                      901 Dulaney Valley Road, Suite 400
   Hoffberger & Hollander, LLC                  Towson, Maryland 21204
233 East Redwood Street                         (410) 938-8800
Baltimore, Maryland 21202-3332
(410) 576-4000

Attorneys for Plaintiff          Attorneys for Lingard Whiteford

**IT IS SO ORDERED** this  26  day of **September, 2001.**

_____
U.S. District Judge



## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Stipulation For Extension Of Time To Respond To Complaint was served via first-class mail, postage prepaid, this 21st day of September, 2001, upon:

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
Attorneys for Plaintiff Flagstar Bank, FSB

Richard Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
Attorneys for Defendants
F.A.B. Appraisals, Inc., et al.

J. Edward Martin, Jr., Esquire, Charter
Suite 707
409 Washington Avenue
Towson, Maryland 21204
Attorneys for Defendants
Haskell Mortgage, Inc.
Haskell Feldman

Lewis Feldman
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Lewis Becker
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Scott Smith
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Best Appraisals, LLC
129 East Main Street, #201
Westminster, Maryland 21157

Kenneth Brown
129 E. Main Street, #201
Westminster, Maryland 21157

Burton Stevenson
7908 Main Falls Circle
Baltimore, Maryland 21228

                                                _____
                                                Charles F. Morgan