UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND    FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 29  A  9: 47

BALTIMORE

_____DEPUTY

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

January 28, 2002

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:     Flagstar Bank FSB v.
Haskell Mortgage, Inc., et al.
Civil #L-01-2221

Dear Counsel:

A telephone conference will be held on February 7, 2002, at 10:30 a.m. for the purpose of scheduling discovery and discussing the status of the case.  One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone.  If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file

