

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. L01CV2221 |
| HASKELL MORTGAGE, INC. /AKA HMI, et al. | : | |
| Defendants | : | |

### ORDER

Upon consideration of defendant Barton Stevenson's motion for leave to file amended answer, it is by the Court this 29TH day of January, 2002

ORDERED, that defendant's motion for leave to file amended answer is hereby GRANTED, and it is further

ORDERED, that the clerk of the Court shall hereby accept for filing the amended answer filed with defendant's motion.

_____
Judge

Copies to:

John T. Henderson, Jr., Esquire
CRAIG & HENDERSON, LLC
8401 Corporate Drive
Suite 440
Landover, Maryland 20785

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
233 East Redwood Street
Baltimore, Maryland 21202
Attorneys for Plaintiff
Flagstar Bank, FSB

Richard Miller, Esquire
1044 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
Attorneys for Defendants
F.A.B. Appraisals, Inc., et al.

Haskell Mortgage, Inc.
Aka HMI
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Haskell Feldman
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Lewis Feldman
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Lewis Becker
1501 Reisterstown Road
Suite 201
Baltimore, Maryland 21208

Charles F. Morgan
901 Dunlaney Valley Road
Suite 400
Towson, Maryland 21204
Attorneys for Lingard Whiteford