UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 7, 2002

MEMORANDUM TO COUNSEL RE:   <u>Flagstar Bank v. Haskell Mortgage, Inc., et al.</u>
Civil #L-01-2221

Dear Counsel:

  On February 7, 2002, the Court held a telephone conference regarding scheduling. Mr. Rea shall submit a joint proposed order memorializing the conference to the Court by February 19, 2002.

  Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

            Very truly yours,

            Benson Everett Legg

c:  Court file

