IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L-O1-CV-2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * *

### SCHEDULING ORDER

Pursuant to the teleconference hearing held before this Court on February 7, 2002, it is this 25TH day of February, 2002, **HEREBY ORDERED** as follows:

1. Cross-claims shall be filed ~~by~~ against all existing parties, which have been served as of the date of this Order, on or before March 7, 2002.

2. Amendment of the complaint and addition of all new parties shall be complete by April 7, 2002.

3. Plaintiff shall have until May 7, 2002, to perfect service of process on all existing Defendants that have not served as of the date of this Order, or those Defendants shall be dismissed.

4. To the extent new parties are added to the action on or before April 7, 2002, those parties shall file cross-claims within thirty (30) days of service upon them of the amended complaint, but in no event later than May 7, 2002.

5. With the exception of a damages expert, Plaintiff's expert witnesses shall be designated on or before June 7, 2002, and depositions of those expert witnesses shall be complete on or before June 21, 2002.

6. Counter-designations of expert witnesses shall be made by Defendants on or before July 12, 2002, and depositions of Defendants' expert witnesses shall be complete on or before July 26, 2002.

7. To the extent Plaintiff intends to designate rebuttal experts, Plaintiff shall seek leave of court to do so.

8. All fact discovery shall be complete by August 7, 2002.

9. Plaintiff shall designate its expert witness with respect to damages on or before August 7, 2002, and Defendants shall depose that expert witness on or before August 14, 2002.

10. Defendants shall counter-designate their expert witnesses on damages on or before August 28, 2002, and Plaintiffs shall depose those expert witnesses on or before September 11, 2002.

11. Dispositive motions shall be filed on or before September 9, 2002. Any opposition thereto shall be filed on or before October 9, 2002, and any reply memoranda shall be filed on or before October 23, 2002.

12. A hearing shall be set for November 8, 2002 in connection with all dispositive motions.

13. A pretrial conference shall be scheduled on December 19, 2002, at 4:00 p.m.

14. Trial on the merits shall be scheduled to commence either the week of January 6, 2003 or the week of January 13, 2003.

  /s/ Blegg
  _____
  The Honorable Benson E. Legg
  United States District Court for the District of
  Maryland, Northern Division

cc:   Donald A. Rea
      Alison E. Goldenberg, Esq.
      Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
      The Garrett Building
      233 East Redwood Street
      Baltimore, Maryland  21202-3332
      **Counsel for Plaintiff Flagstar Bank, FSB**

      J. Edward Martin, Esq.
      Joseph Edward Martin, Esq., Chtd.
      409 Washington Avenue – Suite 707
      Mercantile – Towson Building
      Towson, Maryland 21204-4918
      **Counsel for Haskell Feldman and Haskell Mortgage Corporation**

      Richard L. Miller, Esq.
      Monshower, Miller & Magrogan, LLP
      10440 Little Patuxent Pkwy.
      30 Corporate Center
      Suite 500
      Columbia, MD 21044
      **Counsel for F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers**

      Michael J. Moran, Esq.
      Law offices of Michael J. Moran, PC
      401 Allegheny Avenue
      Towson, MD 21204
      **Counsel for Best Appraisal, LLC and Kenneth Brown**

      James A. List, Esq.

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
***Counsel for Lingard Whiteford***

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
***Counsel for Burton Stevenson***

Document2



# GORDON■FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**DONALD A. REA**
410.576.4290
FAX 410.576.4246
drea@gfrlaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 20 P 3: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

February 20, 2002

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Flagstar Bank FSB v. Haskell Mortgage, Inc., et al.*
      Civil #L-01-2221

Dear Judge Legg:

Attached please find redline and clean versions of the proposed scheduling order which was originally delivered to you yesterday. The attached versions contain one substantive change to paragraph 1 of the order which was brought to my attention by defense counsel.

Please contact my office should you have any questions regarding the attached or require any additional information or changes to the proposed order.

Sincerely,

Donald A. Rea

DAR:smn
Enclosure
cc:   Alison E. Goldenberg, Esq.
      J. Edward Martin, Esq.
      Richard L. Miller, Esq.
      Michael Moran, Esq.
      James A. List, Esq.
      Charles F. Morgan, Esq.
      John T. Henderson, Jr., Esq.
      Joshua Treem, Esquire

LTR1565-1.627-01
2/20/2002