IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01 CV 2221 |
| HASKELL MORTGAGE, INC., *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the parties' discussion during the teleconference of February 7, 2002, regarding F.A.B. Appraisals' request for the production of financial records or information from Flagstar Bank, FSB in connection with non-parties John and Susan Gotshall and Darnell Acree, and Flagstar's reluctance to produce such information pursuant to Md. Fin. Inst. 1-304(b), it is this 27TH day of February 2002, HEREBY ORDERED as follows:

1. That pursuant to Md. Fin. Inst. 1-304(b)(2), service has been waived by the Court for good cause; and

2. Flagstar Bank, FSB shall produce financial records or information in its possession in connection with John and Susan Gotshall and Darnell Acree with fifteen (15) days of the date of this Order.

_____
Honorable Benson Everett Legg
United States District Court for
the District of Maryland

PLD0464-1.658.01

cc:  Donald A. Rea
Alison E. Goldenberg, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
**Counsel for Plaintiff Flagstar Bank, FSB**

J. Edward Martin, Esq.
Joseph Edward Martin, Esq., Chtd.
409 Washington Avenue – Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
**Counsel for Haskell Feldman and Haskell Mortgage Corporation**

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Pkwy.
30 Corporate Center
Suite 500
Columbia, MD 21044
**Counsel for F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers**

Michael J. Moran, Esq.
Law offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, MD 21204
**Counsel for Best Appraisal, LLC and Kenneth Brown**

James A. List, Esq.
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
**Counsel for Lingard Whiteford**

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
**Counsel for Burton Stevenson**