

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L-O1-CV-2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to the teleconference hearing held before this Court on February 7, 2002, it is this 27TH day of February, 2002, **HEREBY ORDERED** as follows:

1. Cross-claims shall be filed by all existing parties, which have been served as of the date of this Order, on or before March 7, 2002.

2. Amendment of the complaint and addition of all new parties shall be complete by April 7, 2002.

3. Plaintiff shall have until May 7, 2002, to perfect service of process on all existing Defendants that have not served as of the date of this Order, or those Defendants shall be dismissed.



4.  To the extent new parties are added to the action on or before April 7, 2002, those parties shall file cross-claims within thirty (30) days of service upon them of the amended complaint, but in no event later than May 7, 2002.

5.  With the exception of a damages expert, Plaintiff's expert witnesses shall be designated on or before June 7, 2002, and depositions of those expert witnesses shall be complete on or before June 21, 2002.

6.  Counter-designations of expert witnesses shall be made by Defendants on or before July 12, 2002, and depositions of Defendants' expert witnesses shall be complete on or before July 26, 2002.

7.  To the extent Plaintiff intends to designate rebuttal experts, Plaintiff shall seek leave of court to do so.

8.  All fact discovery shall be complete by August 7, 2002.

9.  Plaintiff shall designate its expert witness with respect to damages on or before August 7, 2002, and Defendants shall depose that expert witness on or before August 14, 2002.

10. Defendants shall counter-designate their expert witnesses on damages on or before August 28, 2002, and Plaintiffs shall depose those expert witnesses on or before September 11, 2002.

11. Dispositive motions shall be filed on or before September 9, 2002. Any opposition thereto shall be filed on or before October 9, 2002, and any reply memoranda shall be filed on or before October 23, 2002.

12. A hearing shall be set for November 8, 2002, *at 10 AM* in connection with all dispositive motions.

13. A pretrial conference *(IN COURT)* shall be scheduled on December 19, 2002, at 4:00 p.m.

14. *Bench* Trial on the merits shall be scheduled to commence either the week of January 6, 2003 or the week of January 13, 2003.

_____
The Honorable Benson E. Legg
United States District Court for the District of
Maryland, Northern Division


cc: Donald A. Rea
Alison E. Goldenberg, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
**Counsel for Plaintiff Flagstar Bank, FSB**

J. Edward Martin, Esq.
Joseph Edward Martin, Esq., Chtd.
409 Washington Avenue – Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
**Counsel for Haskell Feldman and Haskell Mortgage Corporation**

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Pkwy.
30 Corporate Center
Suite 500
Columbia, MD 21044
**Counsel for F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers**

Michael J. Moran, Esq.
Law offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, MD 21204
***Counsel for Best Appraisal, LLC and Kenneth Brown***

James A. List, Esq.
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
***Counsel for Lingard Whiteford***

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
***Counsel for Burton Stevenson***

Document2