IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FLAGSTAR BANK, FSB

    Plaintiff

v.   :   Civil Action No. L01CV2221

HASKELL MORTGAGE, INC.
/AKA HMI, et al.

    Defendants

## ORDER

Upon consideration of defendant Barton Stevenson's motion for leave to file amended answer, it is by the Court this __4TH__ day of __April__, 2002

ORDERED, that defendant's motion for leave to file amended answer is hereby GRANTED, and it is further

ORDERED, that the clerk of the Court shall hereby accept for filing the amended answer filed with defendant's motion.

_____
Judge