LAW OFFICE
# PAUL F. NEWHOUSE

409 WASHINGTON AVENUE • SUITE 420 • TOWSON, MARYLAND 21204 • (410) 296-8565 • FAX (410) 296-1517

PAUL F. NEWHOUSE

CALLISTA M. FREEDMAN

April 30, 2002

___FILED    ___ENTERED
___LODGED   ___RECEIVED

MAY 0  2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                         DEPUTY

Alison E. Goldenberg, Esq.
Gordon Feinblatt Rothman Hoffberger & Hollander, LLC
233 E. Redwood St.
Baltimore, MD 21202

RE:  *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
     United States District Court for the District of Maryland
     Case No.: L01CV2221

Dear Ms. Goldenberg:

I represent Sovereign Title Company of Maryland, LLC, whose answer to the above civil action is due May 1, 2002. You have agreed, on behalf of the plaintiff, to extend the time for Sovereign to answer to May 8, 2002. Thank you for your consideration.

Sincerely,

Paul F. Newhouse

cc:   Clerk, U.S. District Court

APPROVED THIS 5TH DAY OF May 2002
BENSON EVERETT LEGG, U.S.D.J.