IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiffs | * | |
| v. | * | CASE NO: 1-01CV2221 |
| HASKELL MORTGAGE, INC. *et al* | * | |
| Defendants | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**STIPULATION OF EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff, Flagstar Bank, FSB, and Defendants, All County Title, LLC and Anthony J. Dabbondonza, through their undersigned counsel, hereby stipulate and agree that the time for All County Title, LLC and Anthony J. Dabbondonza to respond to the Amended Complaint shall be extended until May 20, 2002.

_____
Donald A. Rae (Federal Bar No. 23194)
Alison E. Goldenberg (Federal Bar No. 24778)
Gordon, Feinblatt, Rothman,
Hofferberger & Holander, LLC
233 East Redwood Street
Baltimore, MD 21201
410-576-4000
*Attorneys for Plaintiff*

_____
John S. Vander Woude, (Federal Bar No. 04882)
R. Scott Krause, (Federal Bar No. 23667)
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
410-752-7474
*Attorneys for Defendants, All County Title, LLC and Anthony J. Dabbondonza*

IT IS SO ORDERED this 5TH day of May, 2002

_____
Benson E. Legg
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_1st\_\_ day of May 2002, a copy of the aforegoing Stipulation of Extension of Time to Respond to Complaint was mailed first class, postage prepaid, to:

Donald A. Rae, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
Hofferberger & Holander, LLC
233 East Redwood Street
Baltimore, MD 21201

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, P.C.
401 Allegheny Avenue
Towson, Maryland 21204

James A. List, Esquire
Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918

Richard L. Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044

_____
R. Scott Krause

Law Offices
# Eccleston and Wolf
Professional Corporation

7TH FLOOR, SCARLETT PLACE
729 E. PRATT STREET
BALTIMORE, MARYLAND 21202-4460

(410) 752-7474
FAX (410) 752-0611
KRAUSE@EWMD.COM

R. SCOTT KRAUSE

SUITE 310
2001 S Street, N.W.
WASHINGTON, D. C. 20009-1125
(202) 857-1696
FAX (202) 857-0762

SUITE 204-A
4084 UNIVERSITY DRIVE
FAIRFAX, VIRGINIA 22030
(703) 218 5330

May 1, 2002

**VIA HAND DELIVERY**
Clerk of the Court
USDC for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:  <u>Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.</u>
            Case No. 1-01CV2221

Dear Clerk:

Enclosed please find for filing a Stipulation of Extension of Time to Respond to Amended Complaint in the above-referenced case. Upon filing, kindly date stamp the enclosed face page and return it to me in the self-addressed, postage prepaid envelope provided.

Thank you for your assistance in this matter.

      Sincerely,

      ECCLESTON AND WOLF, P. C.

      By: _____
            R. Scott Krause

RSK/pgs
Enclosures
cc:  Counsel of Record
      Hon. Benson E. Legg

J:\20380\Corresp\Clerk1.doc