IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:L01CV2221 |
| HASKELL MORTGAGE, INC. a/k/a HMI, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VOLUNTARY DISMISSAL

Pursuant to Local Rule 103(8) and pursuant to the Scheduling Order entered on February 25, 2002, which states that Plaintiff shall have until May 7, 2002, to perfect service of process on all existing Defendants that have not been served as of February 25, 2002, Plaintiff Flagstar Bank, FSB ("Flagstar"), by their undersigned counsel, hereby voluntarily dismisses Defendants Lewis Feldman, Eric J. Becker, Lewis Becker and Scott Smith without prejudice.

Respectfully submitted,

_____
Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Federal Bar No.: 024778)

Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

PLD0600-L658-01    APPROVED THIS **8TH** DAY OF **MAY, 2002**

_Blegg_
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May 2002, a copy of the Voluntary Dismissal was mailed, first-class, postage prepaid, to the following along with a copy of this Notice:

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman
& Haskell Mortgage*

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,
Yvonne Griffin and Wayne Rogers*

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown
& Best Appraisal, LLC*

James A. List, Esq.
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
B&S Enterprises Appraisal Service*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorney for Chase Title, Inc.*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
  and Anthony J. Dabbondonza*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

First American Title Insurance
c/o James W. Deboer, Resident Agent
First American Title Insurance Company
1051 East Carey Street, Suite 111
Richmond, Virginia 23219

Elizabeth B. Brooks
304 W. Pennsylvania Avenue
Towson, Maryland 21204

Aura J. Colon
821 207th Street
Pasadena, Maryland 21122

Barry F. Snyder
1 Wellhaven Circle, Apt. 1215
Owings Mills, Maryland 21117

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance
  Company*

_____
Alison E. Goldenberg