_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 5 2002

CLERK U.S. ____ ___RT
DISTRICT OF MARYLAND
                    DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 10  A 10: 18

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

MAY 3 1 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
AT BALTIMORE

FLAGSTAR BANK, FSB                *

      Plaintiff,              *

vs.                               *     Civil Action No.: L01CV2221

HASKELL MORTGAGE, INC. /AKA HMI, et al.  *

      Defendants.             *

\* \* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF FLAGSTAR BANK FSB'S MOTION FOR PROTECTIVE
ORDER IN CONNECTION WITH MD. FIN. INST. § 1-304**

    Plaintiff Flagstar Bank, FSB (hereinafter "Flagstar"), through its undersigned counsel, moves this Court pursuant to Federal Rule of Civil Procedure 26(c)(7) for entry of an order protecting confidential information in the instant litigation and confidential information that is potentially protected under Md. Fin. Inst. § 1-304 that may be disclosed during discovery in connection with non-parties.

    1.    On February 27, 2002, this Court issued a similar order waiving service under Md. Fin. Inst. § 1-304(b)(2) for production of financial records or confidential information in connection with non-parties John and Susan Gotshall and Darnell Acree.

    2.    Since then, several defendants have requested certain confidential information and financial records in connection with additional non-parties and the borrowers listed in the First Amended Complaint in the instant litigation. Flagstar anticipates that the remaining defendants will also request similar information.

    3.    Pursuant to Md. Fin. Inst. § 1-304(b), a fiduciary institution may disclose or produce financial records pursuant to a subpoena if (1) the subpoena contains a certification that a copy has been

ORDER: This motion requires more explanation. If the proposed order is signed, may a person's financial records be subpoenaed without his knowledge and opportunity to object.

BLegg
USDJ
6/9/02

served on the person whose records are sought by the party seeking the disclosure or the production of records or (2) the subpoena contains a certification that service has been waived by court for good cause.

4. Due to the number of borrowers and defendants in this matter, it would be more efficient and economical if the Court waives certification of service pursuant to Md. Fin. Inst. § 1-304(b).

5. The proposed Order does not unduly limit either party's use of confidential information or documents in this lawsuit, but merely protects the confidential nature of these documents. Thus, the proposed Order is a reasonable measure sought to protect the confidential nature of the information, and good cause exists for its entry.

6. In order to protect the confidential nature of these documents, Flagstar has provided all parties the proposed order.

WHEREFORE, Flagstar respectfully request that this Court issue an Order waiving the certification pursuant to Md. Fin. Inst. § 1-30(b) for financial records or confidential information in connection with non-parties.

_____
Donald A. Rea (Federal Bar No. 23194)
Alison E. Goldenberg (Federal Bar No. 024778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

PLD0631-L658.01



# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 day of May, 2002, a copy of the foregoing Plaintiff Flagstar Bank FSB's Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304 was mailed, first class, postage prepaid, to

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage*

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown*
  *& Best Appraisal, LLC*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorney for Chase Title, Inc.*

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,*
  *Yvonne Griffin and Wayne Rogers*

James A. List, Esq.
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC*
  *Elizabeth Brooks & Aura J. Colon*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
and Anthony J. Dabbondonza*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorney for First American Title Insurance*

Barry F. Snyder
1 Wellhaven Circle, Apt. 1215
Owings Mills, Maryland 21117

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance
Company*

_____
Donald A. Rea (Federal Bar No. 23194)
Alison E. Goldenberg (Federal Bar No. 024778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland  21204
*Attorneys for Kenneth Brown*
  *& Best Appraisal, LLC*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland  20785
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorney for Chase Title, Inc.*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company*
  *and Anthony J. Dabbondonza*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorney for First American Title Insurance*

James A. List, Esq.
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
*Attorneys for Lingard Whiteford*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC*
  *Elizabeth Brooks & Aura J. Colon*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance*
  *Company*

Barry F. Snyder
1 Wellhaven Circle, Apt. 1215
Owings Mills, Maryland 21117



# GORDON·FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**ALISON E. GOLDENBERG**
410.576.4283
Fax 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

May 31, 2002

**HAND DELIVERED**

Clerk
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

           Re:    *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
                  Case Number: L01 CV 2221

Dear Clerk:

      Enclosed please find an original and three copies of Flagstar Bank FSB's Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304 with regard to the above-entitled matter.

      Please date stamp the extra copy and give it to our waiting firm messenger.

      If you have any questions, please call me.

                                        Very truly yours,

                                        Alison E. Goldenberg

AEG/sdj
Enclosures

cc:    All Counsel and Parties Related

Flagstar.clerk