**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Flagstar Bank, FSB
_____
Plaintiff(s)

vs.

Haskell Mortgage, Inc.,
_____
Defendant(s)
a/k/a HMI, et al.

Case No.: L01cv2221

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Karen A. Doner, am a member in good standing of the bar of this Court. My bar number is 15065. I am moving the admission of William D. Bayliss (Va. Bar #13741) to appear *pro hac vice* in this case as counsel for Vanguard Signature Settlements, LLC f/k/a Vanguard Title & Escrow, LLC

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court/Virginia State Courts | 2/25/74 |
| Fourth Circuit Court of Appeals | 7/31/81 |
| United States District Court, Eastern and Western Districts, Virginia | Late 1970's/early 1930's |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Karen A. Doner | William D. Bayliss |
| Printed Name | Printed Name |
| Williams Mullen | Williams Mullen |
| Firm | Firm |
| 1666 K Street, N.W., Suite 1200 | Two James Center, 1021 East Cary Street |
| Address | Address  Richmond, Virginia  23219 |
| Washington, D.C.  20006 | |
| (202) 293-8136 | (804) 783-6459    Prid 288018 |
| Telephone Number | Telephone Number   Plid 83448 |
| (202) 293-5939 | (804) 783-6507 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

6/9/02                              _[signature]_ B. Legg

Date                                United States District Judge