IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -3 P 12: 12

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff | * |
| v. | * |
| HASKELL MORTGAGE, INC. et al | * |
| Defendants | * |
| ALL COUNTY TITLE, LLC | * |
| and | * |
| ANTHONY J. DABBONDONZA | * |
| Third Party Plaintiffs | * |
| v. | * |
| JOHN GOTSHALL | * |
| and | * |
| SUSAN GOTSHALL | * |
| Third Party Defendants | * |

Case #:1-01CV2221

*************************************************************************

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT

Third Party Plaintiffs, All County Title, LLC and Anthony J. Dabbondonza and Third Party Defendants, John Gotshall and Susan Gotshall, through their undersigned Counsel, hereby stipulate and agree that the time for John and Susan Gotshall to respond to the Third Party Complaint, filed by these Third Party Plaintiffs, shall be extended until July 12, 2002.

_____
John S. Vander Woude
(Federal Bar No.0423667)
Eccleston & Wolfe, P.C
7th Floor Scarlett Place
729 E. Pratt Street
Baltimore, MD 21202
410-752-7474
Attorneys for Third Party Plaintiffs,
All County Title, LLC and
Anthony J. Dabbondonza

_____
Stanley Alpert
(Federal Bar No.03454)
Cohen, Alpert & Forman, LLC
334 St. Paul Place
Baltimore, MD 21202
410-539-1230
Attorneys for Third Party Defendants,
John & Susan Gotshall

APPROVED THIS _8TH_ DAY OF _July, 2002_

_B. Legg_
BENSON EVERETT LEGG, U.S.D.J.

It is so Ordered, this _____ day of July, 2002

_____
Benson E. Legg
U.S. District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this ___3rd___ day of July 2002, a copy of the Stipulation of Extension of Time to Respond to Third Party Complaint was mailed first class, postage prepaid to:

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
Hofferberger & Holander, LLC
233 East Redwood Street
Baltimore, MD 21201

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire Chtd.
409 Washington Ave. Suite 707
Mercantile - Towson Bldg.
Towson, MD 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, P.C.
401 Allegheny Avenue
Towson, MD 21204

James A. List, Esquire
Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, MD 21204

Paul F. Newhouse, Esquire
409 Washington Avenue Suite 420
Towson, MD 21204-4920

David R. Reschi, Esquire
Shumaker Williams, P.C.
40 W. Chesapeake Avenue Suite 405
Towson, MD 21204

Tracy L. Heater, Pro se
522 Streaker Rd.
Sykesville, MD 21784

Barry F. Snyder, pro se
1 Wellhaven Circle, Apt. 1215
Owings Mills, MD 21117

First American Title Insurance
c/o James W. Deboer, Resident Agent
First American Title Insurance Co.
1051 E. Carey St. Suite 111
Richmond, VA 23219

Aura J. Colon, pro se
821 207th Street
Pasadena, MD 21122

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, MD 21201

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Pkwy.
30 Corporate Center, Suite 500
Columbia, MD 21044

John T. Henderson, Jr. Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
98401 Corporate Drive, Su. 440
Landover, MD 20785

William Bayless, Esq,
Williams Mullen Clark & Dobbins
Tow James Center
1021 East Carey Street. P.O. Box 1320

_____
Stanley Alpert, Esquire