BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB        *

    Plaintiff

v.                        *        Case No.:    L 01 CV 2221

HASKELL MORTGAGE, INC., et al.,

    Defendants        *

    *        *        *

## STIPULATION EXTENDING TIME

Defendants and Cross-Claimants Best Appraisals, LLC and Kenneth Brown, by their undersigned Counsel, and Co-Defendants F.A.B. Appraisals, Yvonne Griffin and Wayne Rogers, by their undersigned Counsel, and Co-Defendant All County Title and Anthony J. Dabbondonza, by their undersigned Counsel, stipulate that the time by which Best Appraisals, LLC and Kenneth Brown may respond to the Co-Defendants' Motion to Dismiss the Cross Claim of Best Appraisals, LLC and Kenneth Brown be, and is hereby extended to and including 8 July 2002

APPROVED

*Benson Legg* 7/15/02
JUDGE

MICHAEL J. MORAN
The Law Offices of Michael J. Moran, P.C.
1400 Front Avenue, Suite 2020
Luthervile, MD 21093
410.828.4800

RICHARD MILLER
Monshower, Miller & Magrogan

10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, MD 21044

*Scott Krause*
SCOTT KRAUSE
Eccleston & Wolf
7th Floor Scarlett Place
729 E. Pratt Street
Baltimore, MD 21202

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                    *

    Plaintiff

v.                                    *        Case No.:    L 01 CV 2221

HASKELL MORTGAGE, INC., et al.,

    Defendants                        *

          *        *        *

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2002 I caused a copy of the paper listed below to be mailed, by first class mail, postage prepaid to: Donald A. Rea & Alison Goldenberg, c/o Gordon Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 E. Redwood Street, Baltimore MD 21202; Richard L. Miller, Esquire, c/o Monshower, Miller & Magrogan, LLP, 10440 Little Patuxent Parkway, 30 Corporate Center, Suite 500, Columbia, MD 21044; Charles F. Morgan, Esquire, c/o Hodes, Ulman, Pessim & Katza, 901 Dulaney Valley Road, Towson, MD 21204; John T. Henderson, Esquire and Randall J. Craig, c/o Craig & Henderson, LLC, 8401 Corporate Drive, Suite 440, Landover, MD 20785; UJ. Edward Martin, Esquire, c/o Joseph Edward Martin, Esq., Chtd., 409 Washington Avenue, Suite 707, Towson, MD 21204; Paul Newhouse, Esquire, 409 Washington Avenue, Towson, MD 21204; John S. Vander Woude, Esquire & R. Scott Krause, Esquire, Eccleston & Wolf, PC, 7th Floor, Scarlett Place, Baltimore, MD 21202; Tracey L. Heater, 522 Streaker Road, Sykesville, MD 21784; William D. Bayliss, Esquire c/o Williams, Mullen, Clark & Dobbins, Two James

Center,1021 E. Carey Street, P.O. Box 1320, Richmond, VA 23218; David R. Breschi, Esquire c/o Shumaker Williams, PC 40 W. Chesapeake Avenue, Towson, MD 21204; Brian C. Parker, Esquire, c/o Parker, Dumler & Kiely, LLP, 36 S. Charles Street, Baltimore, MD 21201; Aura J. Colon, 821 207th Street, Pasadena, MD 21122; First American Title Insurance Co., c/o James W. Deboer, resident Agent, First American title Insurance Co., 1051 E. Carey Street, Suite 111, Richmond, VA 23219; Barry F. Snyder, 1 Wellhaven Circle, Apt. 1215, Owings Mills, MD 21117.

1. Stipulation Extending Time by which Best Appraisals and Kenneth Brown may respond to the Motion to Dismiss Cross Claims of F.A.B. Appraisals, Yvonne Griffin and Wayne Rogers; and All County Title and Anthony Dabbondonza;

_____
MICHAEL J. MORAN
The Law Offices of Michael J. Moran, P.C.
1400 Front Avenue, Suite 202
Lutherville, MD 21093
410.828.4800