FILED _____ ENTERED
LODGED
U.S. DISTRICT COURT
JUN 17 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE INC. /AKA HMI, et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiff Flagstar Bank, FSB (hereinafter "Flagstar") and Defendants F.A.B. Appraisals, Inc., Yvonne Griffin, Wayne Rogers, Lingard Whiteford, Burton Stevenson, B&S Enterprises Appraisal Service, All County Title Company, Anthony J. Dabbondonza, Sovereign Title Company, Elizabeth B. Brooks, Aura J. Colon, Vanguard Title, Chicago Title Insurance Company and First American Title Insurance (hereinafter "Defendants"), jointly move this Court to modify the Scheduling Order entered on February 25, 2002. In support thereof, the parties state:

1. The Scheduling Order entered on February 25, 2002 set forth the following deadlines:

   a. Designation of Plaintiff's expert witnesses     June 7, 2002

   b. Depositions of Plaintiff's witnesses completed     June 21, 2002

   c. Counter-designations of Defendants' expert witnesses     July 12, 2002

   d. Depositions of Defendants' expert witnesses completed     July 26, 2002

MOTION "Approved" this 8th day of August 2002.

_____
BENSON EVERETT LEGG, U.S.D.J.

| | | |
|---|---|---|
| e | Completion of all fact discovery | August 7, 2002 |
| f. | Plaintiff's designation of its expert witness with respect to damages | August 7, 2002 |
| g. | Defendants' deposition of Plaintiff's expert witnesses on damages | August 14, 2002 |
| h. | Counter-designations of Defendants expert witnesses on damages | August 28, 2002 |
| i. | Depositions of Defendants' expert witnesses on damages | September 11, 2002 |
| j. | Dispositive Motions filed | September 9, 2002 |
| k. | Opposition | October 9, 2002 |
| l. | Reply Memoranda | October 23, 2002 |
| m. | Hearing on Dispositive Motions | November 8, 2002 |
| n. | Pretrial Conference | December 19, 2002 at 4:00 pm |
| o. | Trial on the parties | To commence either week of January 6, 2003 or the week of January 13, 2002 |

2.  On June 7, 2002, Flagstar designated two expert witnesses. Flagstar, however, did not produce expert reports or supporting information because many of the documents that Flagstar has to produce in connection with its expert designations may be subject to Md. Fin. Inst. § 1-304, and this Court is considering the entry of an order regarding production of those documents.

3.  On June 7, 2002, counsel for Flagstar and four Defendants[1] participated in a teleconference[2] wherein the issue of Flagstar's inability to produce documents was discussed.

4.  On June 11, 2002, Flagstar sent a letter and revised Order to Judge Legg clarifying its Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304. Flagstar's motion is still pending.

5.  Due to these time constraints, the parties also discussed that the deadlines set forth for deposing Flagstar's experts and the designation of Defendants' experts in the Scheduling Order be enlarged, thus extending all subsequent deadlines.

6.  Counsel for Flagstar also discussed their scheduling conflicts from now until June 21, 2002.

7.  The parties have also realized the possibility that each individual defendant may designate their own expert thereby increasing the number of experts needing to be deposed.

8.  On even date with this Motion, Flagstar also filed a Motion to Amend the Complaint which is currently pending before the Court and a Request for Mediation which is similarly pending.

9.  On Wednesday June 12, 2002, counsel for Flagstar sent to all parties via e-mail a draft of the instant motion. On Friday, June 14, 2002, counsel for Flagstar sent a reminder e-mail regarding the instant motion. The aforementioned Defendants consented to the instant

---

[1] Best Appraisal, LLC, Kenneth Brown, All County Title and Anthony J. Dabbondonza

[2] Due to the short notice given on the teleconference, many parties were not available.

motion. As of the filing of the instant motion, Chase Title, Haskell Mortgage, Haskell Feldman, Tracy Heater and Barry Snyder have not responded to Flagstar's counsel regarding their position. Counsel for Best Appraisals and Kenneth Brown indicated that his clients would most likely consent, but was unable to receive confirmation as of the date of the filing of this motion.

10. The Defendants and Flagstar have agreed to a sixty-day extension of all dates and submit the proposed Scheduling Order as follows:

| | | | |
|---|---|---|---|
| a. | Mediation | | To be determined by the Court |
| b. | Depositions of Plaintiff's witnesses completed | | August 19, 2002 |
| c. | Counter-designations of Defendants' expert witnesses | | September 9, 2002 |
| d. | Depositions of Defendants' expert witnesses completed | | September 23, 2002 |
| e. | Completion of all fact discovery | | October 4, 2002 |
| f. | Plaintiff's designation of its expert witness with respect to damages | | October 4, 2002 |
| g. | Defendants' deposition of Plaintiff's expert witnesses on damages | | October 25, 2002 |
| h. | Counter-designations of Defendants expert witnesses on damages | | October 25, 2002 |
| i. | Depositions of Defendants' expert witnesses on damages | | November 12, 2002 |
| j. | Dispositive Motions filed | | November 21, 2002 |
| k. | Opposition | | December 23, 2002 |
| l. | Reply Memoranda | | January 6, 2002 |
| m. | Hearing on Dispositive Motions | | To be determined by the Court |

n.   Pretrial Conference                To be determined
                                        by the Court

o.   Trial on the parties               To be determined by
                                        the Court

WHEREFORE, for good cause shown, the parties hereto respectfully request the aforementioned amendment of the Scheduling Order.

_____
Alison E. Goldenberg
Donald A. Rea

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank FSB*

_____
Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,
   Yvonne Griffin and Wayne Rogers*

_____
Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

*/s/ John Henderson /AEG*
John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

*/s/ Paul Newhouse /AEG*
Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company,*
  *LLC, Elizabeth Brooks & Aura Colon*

*/s/ John VanderWoude /AEG*
John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company*
  *and Anthony J. Dabbondonza*

*/s/ Brian Parker /AEG*
Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Co.*

*/s/ Mark Schweitzer /AEG*
Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title*
*Insurance Co.*

PLD0652-L658.02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2002, a copy of the foregoing Joint Motion to Modify Scheduling Order was mailed, first-class, postage prepaid, to

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage*

Richard L. Miller, Esq.
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,*
*Yvonne Griffin and Wayne Rogers*

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown*
  *& Best Appraisal, LLC*

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &*
*B&S Enterprises Appraisal Service*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature*
  *Settlements*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorney for Chase Title, Inc.*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company,*
*LLC, Elizabeth Brooks & Aura Colon*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
and Anthony J. Dabbondonza*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

Barry F. Snyder
1 Wellhaven Circle, Apt. 1215
Owings Mills, Maryland 21117

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Company*

_____
Alison E. Goldenberg

PLD0652-L658-02