

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FLAGSTAR BANK, FSB

    Plaintiff,

vs.                                                                       *       Civil Action No.: L01CV2221

HASKELL MORTGAGE, INC. /AKA HMI, et al.   *

    Defendants.                                        *

\* \* \* \* \* \* \* \* \* \* \*      \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304 filed on behalf of Plaintiff, Flagstar Bank, FSB and any opposition thereto, it is this _8TH_ day of _August_ 2002

HEREBY ORDERED that the Motion is GRANTED; and it is further

ORDERED that pursuant to Md. Fin. Inst. § 1-304(b)(1), any party seeking the disclosure of financial records or information derived from financial records from Flagstar Bank, FSB provide certification that their request has been served via regular mail on the last known address of the person whose records are sought by the party seeking the disclosure or production of the records; and further

ORDERED that Flagstar Bank provide the party seeking the disclosure of financial records or information derived from financial records, the last known address of the person whose records are sought within five (5) business days of receipt of request.

                                                      _Benson Legg_
                                                  Honorable Benson Everett Legg
                                                  United States District Court for the District of Maryland

PLD0649-L658.01

cc:  J. Edward Martin, Esq.  
Joseph Edward Martin, Esq. Chtd.  
409 Washington Ave., Suite 707  
Mercantile – Towson Building  
Towson, Maryland 21204-4918  
*Attorneys for Haskell Feldman*  
 *& Haskell Mortgage*

Michael J. Moran, Esq.  
Law Offices of Michael J. Moran, PC  
401 Allegheny Avenue  
Towson, Maryland 21204  
*Attorneys for Kenneth Brown*  
 *& Best Appraisal, LLC*

John T. Henderson, Jr., Esq.  
Randall J. Craig, Jr., Esq.  
Craig & Henderson, LLC  
8401 Corporate Drive, Suite 440  
Landover, Maryland 20785  
*Attorneys for Burton Stevenson &*  
 *B&S Enterprises Appraisal Service*

David R. Breschi, Esquire  
Shumaker Williams, PC  
40 W. Chesapeake Avenue, Suite 405  
Towson, Maryland 21204  
*Attorney for Chase Title, Inc.*

John S. Vander Woude, Esquire  
R. Scott Krause, Esquire  
Eccleston & Wolf, P.C.  
7th Floor – Scarlett Place  
Baltimore, Maryland 21202  
*Attorneys for All County Title Company*  
 *and Anthony J. Dabbondonza*

Richard L. Miller, Esq.  
Monshower, Miller & Magrogan, LLP  
10440 Little Patuxent Parkway  
30 Corporate Center, Suite 500  
Columbia, Maryland 21044  
*Attorneys for F.A.B. Appraisals, Inc.,*  
  *Yvonne Griffin and Wayne Rogers*

James A. List, Esq.  
Charles F. Morgan, Esq.  
Hodes, Ulman, Pessin & Katz, P.A.  
901 Dulaney Valley Road, Suite 400  
Towson, Maryland 21204  
*Attorneys for Lingard Whiteford*

William D. Bayliss, Esquire  
Williams Mullen Clark & Dobbins  
Two James Center  
1021 East Carry Street, P.O. Box 1320  
Richmond, Virginia 23218-1320  
*Attorney for Vanguard Signature Settlements*

Paul F. Newhouse, Esquire  
409 Washington Avenue, Suite 420  
Towson, Maryland 21204-4920  
*Attorney for Sovereign Title Company, LLC*  
 *Elizabeth Brooks & Aura J. Colon*

Brian C. Parker, Esquire  
Parker, Dumler & Kiely, LLP  
36 South Charles Street  
Suite 2200  
Baltimore, Maryland 21201  
*Attorneys for Chicago Title Insurance*  
 *Company*

Tracey L. Heater  
522 Streaker Road  
Sykesville, Maryland 21784

Barry F. Snyder  
1 Wellhaven Circle, Apt. 1215  
Owings Mills, Maryland 21117

Robert J. Kim, Esquire  
Mark W. Schweitzer, Esquire  
6411 Ivy Lane, Suite 200  
Greenbelt, Maryland 20770  
*Attorney for First American Title Insurance*