FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION   2002 AUG 13  P 6:46

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **FLAGSTAR BANK, FSB** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| **HASKELL MORTGAGE, INC.** /AKA HMI, et al. | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

This matter having come before the Court, good cause having been shown, it is this /27th day of August, 2002, ORDERED that discovery be stayed, with the exception of written discovery, until mediation is completed.

_____
The Honorable Benson E. Legg
United States District Judge

PLD0008-L658.01

