IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2002 SEP - (Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Flagstar Bank, FSB ("Flagstar"), by their undersigned attorneys, hereby requests substitution of Southern Title for First American in paragraph 88 of the Second Amended Complaint originally filed with its Motion to Amend the Complaint on June 17, 2002.

Respectfully submitted,

Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Fed Bar No.: 24778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

(Granted 4TH

MOTION " _____ " this ____ day
of September ____ 2002.

BENSON EVERETT LEGG, U.S.D.J.

PLD0021-L658-01