IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff, | * |
| vs. | * Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses without prejudice all claims arising out of the mortgage loan transaction for John and Susan Gotshall (the "Gotshall Loan Transaction") as against Defendants F.A.B. Appraisals, Inc., Wayne D. Rogers, Yvonne Griffin, Haskell Mortgage, Inc., Haskell Feldman, All County Title Company and Anthony J. Dabbondonza, and third-party defendants, John and Susan Gotshall. Those defendants who are parties to this action solely by virtue of Gotshall Loan Transaction, namely defendants F.A.B. Appraisals, Inc., Wayne D. Rogers, All County Title Company and Anthony J. Dabbondonza, are hereby dismissed without prejudice and removed as parties to these proceedings. Third-party Defendants Gotshall are hereby dismissed

APPROVED THIS 26th DAY OF September 2012

/s/ B. Legg
BENSON EVERETT LEGG, U.S.D.J.

PLD1357-L931-03

without prejudice and removed as parties to these proceedings.

<div style="text-align: right;">
Respectfully submitted,

*[signature]*

Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Fed Bar No.: 24778)

Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*
</div>

| | |
|---|---|
| *See attached* | *See attached* |
| J. Edward Martin, Esquire | Richard L. Miller, Esquire |
| Joseph Edward Martin, Esq. Chtd. | Monshower, Miller & Magrogan, LLP |
| 409 Washington Ave., Suite 707 | 10440 Little Patuxent Parkway |
| Mercantile – Towson Building | 30 Corporate Center, Suite 500 |
| Towson, Maryland 21204-4918 | Columbia, Maryland 21044 |
| *Attorneys for Haskell Feldman* | *Attorneys for F.A.B. Appraisals, Inc.,* |
| *& Haskell Mortgage* | *Yvonne Griffin & Wayne Rogers* |

PLD1357-L931-02

*See attached*
John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
& Anthony J. Dabbondonza*

*See attached*
Stanley Alpert, Esquire
Cohen, Albert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan
Gotshall*

[signed]
Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown &
   Best Appraisal, LLC*

[signed]
Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

[signed]
John T. Henderson, Jr., Esquire
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
   B&S Enterprises Appraisal Service*

[signed]
William D. Bayliss, Esquire
Williams, Muller Clark & Dobbins
Two James Center
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorneys for Vanguard Signature
   Settlements*

*See attached*
David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorneys for Chase Title, Inc. &
   Barry Snyder*

[signed]
Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorneys for Sovereign Title Company, LLC,
Elizabeth Brooks & Aura J. Colon*

PLD1357-L931-02

_See attached_
Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

_See attached_
Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Company*

_Tracey L. Heater_
Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September 2002, a copy of the Voluntary Dismissal was mailed, first-class, postage prepaid, to the following:

J. Edward Martin, Esquire
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile -- Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage*

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown &*
  *Best Appraisal, LLC*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorneys for Chase Title, Inc. &*
  *Barry Snyder*

Richard L. Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,*
  *Yvonne Griffin & Wayne Rogers*

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

William D. Bayliss, Esquire
Williams, Muller Clark & Dobbins
Two James Center
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorneys for Vanguard Signature*
  *Settlements*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorneys for Sovereign Title Company, LLC,*
*Elizabeth Brooks & Aura J. Colon*

- 5 -

PLD1357-L931-02

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
 & Anthony J. Dabbondonza*

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

Stanley Alpert, Esquire
Cohen, Albert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan Gotshall*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Company*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

_____
Alison E. Goldenberg

PLD1357-L931-02

J. Edward Martin, Esquire
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman & Haskell Mortgage*

Richard L. Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc., Yvonne Griffin & Wayne Rogers*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company & Anthony J. Dabbondonza*

Stanley Alpert, Esquire
Cohen, Alpert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan Gotshall*

_____
J. Edward Martin, Esquire
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage*

_____
Richard L. Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,*
  *Yvonne Griffin & Wayne Rogers*

_____
John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company*
  *& Anthony J. Dabbondonza*

_____
Stanley Alpert, Esquire
Cohen, Albert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan*
  *Gotshall*

PLD1357-L931-01

_____
Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

_____
Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Company*

_____
Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

| | |
|---|---|
| _____ | /s/ Brian C. Parker |
| Robert J. Kim, Esquire | Brian C. Parker, Esquire |
| Mark W. Schweitzer, Esquire | Parker, Dumler & Kiely, LLP |
| 6411 Ivy Lane, Suite 200 | 36 South Charles Street |
| Greenbelt, Maryland 20770 | Suite 2200 |
| *Attorneys for First American Title Insurance* | Baltimore, Maryland 21201 |
| | *Attorneys for Chicago Title Insurance Company* |

_____
Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

- 4 -

without prejudice and removed as parties to these proceedings.

                                      Respectfully submitted,

                                      Donald A. Rea (Federal Bar No.: 23194)
                                      Alison E. Goldenberg (Fed Bar No.: 24778)

                                      Gordon, Feinblatt, Rothman,
                                        Hoffberger & Hollander, LLC
                                      233 East Redwood Street
                                      Baltimore, Maryland 21202
                                      (410) 576-4000

                                      *Attorneys for Plaintiff Flagstar Bank, FSB*

| | |
|---|---|
| | /s/ Richard C. Miller |
| J. Edward Martin, Esquire | Richard L. Miller, Esquire |
| Joseph Edward Martin, Esq. Chtd. | Monshower, Miller & Magrogan, LLP |
| 409 Washington Ave., Suite 707 | 10440 Little Patuxent Parkway |
| Mercantile – Towson Building | 30 Corporate Center, Suite 500 |
| Towson, Maryland 21204-4918 | Columbia, Maryland 21044 |
| *Attorneys for Haskell Feldman* | *Attorneys for F.A.B. Appraisals, Inc.,* |
| *& Haskell Mortgage* | *Yvonne Griffin & Wayne Rogers* |

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
& Anthony J. Dabbondonza*

Stanley Alpert, Esquire
Cohen, Alpert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan Gotshall*

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown &
Best Appraisal, LLC*

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

John T. Henderson, Jr., Esquire
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
B&S Enterprises Appraisal Service*

William D. Bayliss, Esquire
Williams, Muller Clark & Dobbins
Two James Center
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorneys for Vanguard Signature
Settlements*

/s/ David R. Breschi
David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue., Suite 405
Towson, Maryland 21204
*Attorneys for Chase Title, Inc. &
Barry Snyder*

P. F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorneys for Sovereign Title Company, LLC,
Elizabeth Brooks & Aura J. Colon*

_____
John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company
& Anthony J. Dabbondonza*

_____
Stanley Alpert, Esquire
Cohen, Albert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan Gotshall*