IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE

Flagstar Bank, FSB ("Flagstar"), by their undersigned attorneys, hereby requests substitution of Southern Title for First American in paragraph 86 of the Second Amended Complaint originally filed with its Motion to Amend the Complaint on June 17, 2002.

Respectfully submitted,

_____
Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Fed Bar No.: 24778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

PLD0021-L658-01

APPROVED THIS 3RD DAY OF SEPT. 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_11th\_\_ day of September 2002, a copy of the Line was mailed, first-class, postage prepaid, to the following:

J. Edward Martin, Esquire
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile -- Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman
 & Haskell Mortgage*

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown &
 Best Appraisal, LLC*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
 B&S Enterprises Appraisal Service*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue., Suite 405
Towson, Maryland 21204
*Attorneys for Chase Title, Inc. &
 Barry Snyder*

Richard L. Miller, Esquire
Monshower, Miller & Magrogan, LLP
10440 Little Patuxent Parkway
30 Corporate Center, Suite 500
Columbia, Maryland 21044
*Attorneys for F.A.B. Appraisals, Inc.,
 Yvonne Griffin & Wayne Rogers*

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

William D. Bayliss, Esquire
Williams, Muller Clark & Dobbins
Two James Center
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorneys for Vanguard Signature
 Settlements*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorneys for Sovereign Title Company, LLC,
 Elizabeth Brooks & Aura J. Colon*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street
7th Floor – Scarlett Place
Baltimore, Maryland 21202
*Attorneys for All County Title Company*
 *& Anthony J. Dabbondonza*

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

Stanley Alpert, Esquire
Cohen, Albert & Forman, LLC
334 St. Paul Place
Baltimore, Maryland 21202
*Attorneys for John Gotshall and Susan Gotshall*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Company*

Tracey L. Heater
522 Streaker Road
Sykesville, Maryland 21784

_____
Alison E. Goldenberg

# GORDON·FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER

**ALISON E. GOLDENBERG**
410.576.4283
Fax 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 11  P 3:41

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

September 11, 2002

## HAND DELIVERED

Clerk
United States District Court
   for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street – 4th Floor
Baltimore, Maryland 21201

Re:   *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
      Case Number: L01 CV 2221

Dear Clerk:

Enclosed please find an original and three copies of a Line with regard to the above-entitled matter.

Please date stamp the extra copy and give it to our waiting firm messenger.

If you have any questions, please call me.

Very truly yours,

Alison E. Goldenberg

AEG/sdj
Enclosures

cc:   All Counsel and Parties Related

FlagstarHaskell.clerkltr