IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L 01 CV 2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DEFAULT

Upon consideration of the Plaintiff Flagstar Bank, FSB's Request for Entry of Order of Default against Defendant Tracy L. Heater, it is this _14TH_ day of _November_, 2002, by the United States District Court for the District of Maryland;

ORDERED that this Court enter an order of default against Defendant, Tracy L. Heater, because the time for pleading has expired and Defendant, Tracy L. Heater, has failed to plead as required by the Federal Rules of Civil Procedure.

_____
Benson E. Legg
Senior United States District Judge

PLD1549-L931-01

cc: Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
*Attorney for Plaintiff Flagstar Bank, FSB*

Tracy Heater
522 Streaker Road
Sykesville, Maryland 21784

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage*

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown*
  *& Best Appraisal, LLC*

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esq.
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements*

David R. Breschi, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204
*Attorney for Chase Title, Inc.*
*and Barry F. Snyder*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC*
  *Elizabeth Brooks & Aura J. Colon*

PLD1549-L931-01

- 8 -

| | |
|---|---|
| John S. Vander Woude, Esquire<br>R. Scott Krause, Esquire<br>Eccleston & Wolf, P.C.<br>7th Floor – Scarlett Place<br>Baltimore, Maryland 21202<br>*Attorneys for All County Title Company<br>and Anthony J. Dabbondonza* | Brian C. Parker, Esquire<br>Parker, Dumler & Kiely, LLP<br>36 South Charles Street<br>Suite 2200<br>Baltimore, Maryland 21201<br>*Attorneys for Chicago Title Insurance<br>Company* |