UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

February 3, 2003

RE: Flagstar Bank v. Haskell Mortgage, et al., L-01-2221

MEMORANDUM FOR COUNSEL

Dear Counsel:

    This will confirm that the settlement conference scheduled for today (regarding the Cole and Moses' loans) will be rescheduled to Friday, March 7, 2003 at 10:00 a.m. in my chambers, Room 7C. This will further confirm that the following parties and their counsel are required to attend: Flagstar Bank, Tracy Heater, Vanguard Title and Southern Title.

    I would encourage counsel to confer prior to the conference in an effort to initiate settlement discussions. If you would like to submit any supplemental materials to me to consider prior to the conference, please submit them by Friday, February 28.

    Thank you for your attention to this matter. If I may be of assistance prior to our conference, please do not hesitate to call me.

Sincerely,

Beth P. Gesner
United States Magistrate Judge

cc: Judge Legg
    Court file
    All counsel of record