**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

March 4, 2003

RE: Flagstar Bank v. Haskell Mortgage, et al., L-01-2221

MEMORANDUM FOR COUNSEL

Dear Counsel:

This will confirm that the settlement conference scheduled for Friday, March 7th (regarding the Cole and Moses' loans) will be postponed pending discussions among the parties involved in those loans, (Flagstar Bank, Tracy Heater, Vanguard Title and Southern Title), which will occur over the next week. As we discussed, I will expect to hear from you regarding the status of those discussions by Monday, March 17th.

With respect to the other parties in this case, when we last met there were still some ongoing discussions. I have not been advised as to the status of those discussions. By copy of this letter to all other counsel in the case, I am requesting that the plaintiff confer, over the next week, with any other parties with whom they are still in settlement discussions. Plaintiff (and other party so interested) should provide me with a report as to the status of those discussions by close of business on Monday, March 17th. Those reports may be submitted ex parte.

Thank you for your attention to this matter. I have advised Judge Legg that I will advise him as to the status of our settlement discussions after I receive your March 17th status reports.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: All counsel of record