IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, F.S.B. | : | |
| | : | |
| v. | : | CIVIL NO. L01-2221 |
| | : | |
| HASKELL MORTGAGE, INC., et al. | : | |

## ORDER

By Order dated August 19, 2002, the Court referred this case to the Honorable Beth P. Gesner for a settlement conference. For a variety of reasons, the final iteration of that settlement conference has been repeatedly postponed.

Pending are five separate motions to dismiss, which were all filed before the case was referred to Judge Gesner. Any agreements reached at the settlement conference might impact these motions to dismiss.

Accordingly, the Court hereby ADMINISTRATIVELY CLOSES the following motions:

(i) the Motion to Dismiss filed by First American Title (Docket No. 47);

(ii) the Motion to Dismiss filed by F.A.B. Appraisals, et al. (Docket No. 58);

(iii) the Motion to Dismiss filed by All County Title, et al. (Docket No. 59);

(iv) the Motion to Dismiss filed by All County Title, et al. (Docket No. 82); and

(v) the Motion to Dismiss filed by F.A.B. Appraisals, et al. (Docket No. 83)

At any time, the parties may petition the Court to reopen these motions for good cause shown.

It is so ORDERED this 4th day of March, 2003.

/s/ Benson Everett Legg
Chief Judge