IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FLAGSTAR BANK, FSB, )
)
      Plaintiff )
)
v. ) Civil Action No. L01CV2221
)
HASKELL MORTGAGE, INC., a/k/a )
HMI, et al, )
)
      Defendants )

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, William D. Bayliss and Karen A. Doner of Williams, Mullen, Clark & Dobbins, P.C., hereby note their appearance as counsel for Tracy Heater in this matter.

TRACY HEATER

By _____
      Of Counsel

William D. Bayliss, Esquire
VSB No. 13741
Karen A. Doner, Esquire
Maryland Bar No. 15065
Williams, Mullen, Clark & Dobbins
P. O. Box 1320
Richmond, VA 23218-1320
(804) 643-1991
(804) 783-6507 (FAX)

## CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance was mailed this _____ day of April, 2003 to all counsel of record herein.

---
William D. Bayliss

I:\WMCDLIB\BILLBAY\0916715.01