IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses without prejudice all claims arising out of the mortgage loan transaction for Eura Grant (the "Grant Loan Transaction") as against Defendant Lingard I. Whiteford, IV. The Defendant, who is a party to this action solely by virtue of the Grant Loan Transaction, namely Defendant Lingard I. Whiteford, is hereby dismissed without prejudice and removed as a party to these proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Charles F. Morgan | /s/ |
| Charles F. Morgan, Esquire | Donald A. Rea (Federal Bar No.: 23194) |
| Hodes, Ulman, Pessin & Katz, P.A. | Alison E. Goldenberg (Federal Bar No.: 024778) |
| 901 Dulaney Valley Road | Gordon, Feinblatt, Rothman, Hoffberger |
| Suite 400 |   & Hollander, LLC |
| Towson, MD 21204 | The Garrett Building |
| *Attorneys for Lingard I. Whiteford, IV* | 233 East Redwood Street |
|  | Baltimore, Maryland 21202 |
|  | *Attorneys for Plaintiff Flagstar Bank, FSB* |
|  | Motion to Withdraw filed by Wobber |
|  | William Bayliss entered appearance for Heater |
| /s/ | |
| J. Edward Martin, Esq. | Kathleen Wobber, Esquire |
| Joseph Edward Martin, Esq. Chtd. | Parler & Wobber |
| 409 Washington Ave., Suite 707 | 406 E. Joppa Road |
| Mercantile – Towson Building | Towson, Maryland 21286 |
| Towson, Maryland 21204-4918 | *Attorneys for Tracy Heater* |
| *Attorneys for Haskell Feldman* | |
|   *& Haskell Mortgage* | |

PLD1749-L931-01

/s/
---
Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown
& Best Appraisal, LLC*

/s/
---
John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
B&S Enterprises Appraisal Service*

/s/
---
William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements,
and Southern Title Insurance Company*

/s/*
---
David R. Breschi, Esquire
Shumaker Williams, P.C.
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland
*Attorney for Chase Title, Inc. and
Barry F. Snyder*

/s/
---
Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC
Elizabeth Brooks & Aura J. Colon*

/s/
---
John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor-Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202
*Attorneys for All County title Company
and Anthony J. Dabbondonza*

/s/
---
Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance
Company*

[signature]
---
Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

* A copy of the signature page bearing original signatures is attached hereto as Attachment 1.

# ATTACHMENT 1

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
401 Allegheny Avenue
Towson, Maryland 21204
*Attorneys for Kenneth Brown
& Best Appraisal, LLC*

William D. Bayliss, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carry Street, P.O. Box 1320
Richmond, Virginia 23218-1320
*Attorney for Vanguard Signature Settlements,
and Southern Title Insurance Company*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorney for Sovereign Title Company, LLC
Elizabeth Brooks & Aura J. Colon*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance
Company*

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
8401 Corporate Drive, Suite 440
Landover, Maryland 20785
*Attorneys for Burton Stevenson &
B&S Enterprises Appraisal Service*

_/s/ David R. Breschi_
David R. Breschi, Esquire
Shumaker Williams, P.C.
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland
*Attorney for Chase Title, Inc. and
Barry F. Snyder*

John S. Vander Woude, Esquire
R. Scott Krause, Esquire
Eccleston & Wolf, P.C.
7th Floor-Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202
*Attorneys for All County title Company
and Anthony J. Dabbondonza*

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*