IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB,     *

    Plaintiff     *

v.     *     Civil Action No. L-01-CV-2221

HASKELL MORTGAGE, INC., et al.,     *

    Defendants     *

\*    \*    \*    \*    \*

## MOTION TO WITHDRAW APPEARANCE

Kathleen M. Wobber, counsel for Tracey L. Heater, hereby requests to withdraw her appearance pursuant to the Rules of U.S. District Court of Maryland, Local Rule 102(2). Appearance of counsel William D. Bayliss, Karen A. Doner and the firm of Williams, Mullen, Clark & Dobbins, has been entered on behalf of Tracey L. Heater (See "Exhibit A").

Respectfully submitted,

/s/
KATHLEEN M. WOBBER
Federal Bar No. 11004
**Parler & Wobber, LLP**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286-5401
Telephone: 410-832-1800
Fax: 410-832-2536
Attorney for Defendant Tracey L. Heater

APPROVED THIS **23** DAY OF **April, 2003**

/s/
BENSON EVERETT LEGG, U.S.D.J.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Wpdocs\CASES\Flagstar v Heater\MotiontoWithdrawAppearance.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2003, that a copy of the aforegoing Motion to Withdraw Appearance was e-filed to:

Donald A. Rea, Esq.
Alison E. Goldenberg, Esq.
Gordon, Feinblatt, Rothman,
**Hoffberger & Hollander, L.L.C.**
233 East Redwood Street
Baltimore, MD 21202

John S. VanderWoude, Esq.
**Eccleston & Wolf, P.C.**
729 East Pratt Street
7th Floor-Scarlett Place
Baltimore, MD 21202

Joseph Edward Martin, Esq.
409 Washington Ave., Suite 707
Mercantile Towson Building
Towson, MD 21204-4918

John T. Henderson, Esq.
**Craig & Henderson, L.L.C.**
8401 Corporate Drive, Suite 440
Landover, MD 20785

Michael J. Moran, Esq.
**Law Offices of Michael J. Moran, PC**
1400 Front Avenue, Suite 202
Lutherville, MD 21093

William D. Bayliss, Esq.
Karen A. Doner, Esq.
**Williams, Mullen, Clark & Dobbins, P.C.**
P.O. Box 1320
Richmond, VA 23218-1320

/s/
KATHLEEN M. WOBBER