

**DONALD A. REA**
410.576.4290
FAX 410.576.4246
drea@gfrlaw.com

233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

May 12, 2003

**VIA HAND DELIVERY**

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court
 For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:  *Flagstar Bank, FSB vs. Haskell Mortgage, Inc., et al.*
              Case No.: L01CV2221

Dear Judge Gesner:

    Pursuant to Your Honor's request, the following is a proposed scheduling order with regard to the above-referenced matter:

| | |
|---|---|
| Defendants' Counter designation of Experts | 06/12/03 |
| Plaintiff's Designation of Rebuttal Experts | 07/03/03 |
| Discovery Deadline | 08/29/03 |
| Dispositive Motions | 09/19/03 |
| Oppositions to Dispositive Motions | 10/20/03 |



The Honorable Judge Gesher
May 12, 2003
Page 2

| | |
|---|---|
| Hearing on Dispositive Motions | To be determined by the Court |
| Pretrial Conference | To be determined by the Court |
| Trial | To be determined by the Court |

I have only heard from John Vander Woude as to his agreement with the proposed Scheduling Order.

If You require any further information, please do not hesitate to contact me.

Respectfully submitted,

Donald A. Rea

LTR1827-L931-01