IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.:  L01CV2221 |
| HASKELL MORTGAGE, INC. /AKA HMI, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF FLAGSTAR BANK FSB'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) and Local Rule 103.6, Plaintiff Flagstar Bank, FSB (hereinafter "Flagstar"), hereby moves this Court for an Order granting Flagstar Leave to Amend its Complaint to include allegations in connection with (1) Lewis Feldman and (2) an additional loan file against defendants Haskell Mortgage, Haskell Feldman and Lewis Feldman.  A copy of Flagstar's proposed Third Amended Complaint is attached hereto as **Exhibit A**.  In support of its Motion, Flagstar states as follows:

1. On July 27, 2002, Flagstar filed suit against Haskell Mortgage, Haskell Feldman, Lewis Feldman, Lewis Becker, Scott Smith, F.A.B. Appraisals, Inc., Yvonne Griffin, Wayne Rogers, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford and Burton Stevenson for breach of contract, fraud and negligent misrepresentation.  Pursuant to Judge Legg's Scheduling Order, since Flagstar was unable to serve the Complaint on Lewis Feldman, Lewis Becker and Scott Smith by May 7, 2002, they were voluntarily dismissed without prejudice.

2. Pursuant to the Scheduling Order, on April 8, 2002, Flagstar filed its First Amended Complaint against B&S Enterprises Appraisal Service, Vanguard Signature Settlements, LLC, Sovereign Title Company, LLC, All County Title, LLC, Chase Title, Inc., Tracy Heater, Elizabeth Brooks, Aura Colon, Anthony Dabbondonza, Barry Snyder, Chicago Title Insurance

Company and First American Title Insurance for federal RICO Act, fraud and negligent misrepresentation. At that time, Flagstar discovered fraudulent misrepresentations in another loan file involving some of the same defendants in the instant case for borrower, Daren Gadsden, and property located at 532 N. Payson Street, Baltimore, Maryland 21223 ("Payson Street").

3.   In late January 2003, a mediation took place before Judge Beth Gesner. Shortly, before mediation, Flagstar discovered fraudulent misrepresentations in another loan file involving some of the same defendants in the instant case for borrowers Debra Frutchey and David Penn ("Frutchey/Penn Loan Transaction"). The Frutchey/Penn Loan Transaction was included in the mediation and was included in settlements reached with various defendants.

4.   Since Flagstar was unable to reach a settlement with Haskell Mortgage and Haskell Feldman, Flagstar's Third Amended Complaint contains allegations against Haskell Mortgage, Haskell Feldman and Lewis Feldman in connection with the Frutchey/Penn Loan Transaction.

5.   Like the majority of the other loan files, Flagstar's investigation reveals that Haskell Mortgage misrepresented employment and submitted to Flagstar a mortgage loan package that includes false information regarding Frutchey and Penn's cash at settlement.

6.   Lewis Feldman played an integral part in all seven loan transactions discussed in the Third Amended Complaint. Lewis Feldman is an officer of Haskell Mortgage and assisted in preparing loan applications on behalf of borrowers for at least five of the mortgage loan transactions. Upon information and belief, Lewis Feldman also used the name Scott Smith on loan applications for the remaining borrowers. Upon information and belief, Lewis Feldman arranged same day flip transactions for four of the loan transactions. The same day flips involved prior transactions for the properties wherein the purchase prices were at or near the true appraised value of the properties. The later transactions were supported with inflated appraisals and were flipped to the borrowers for thousands of dollars more than the true value of the properties. On at least one transaction at issue in this case, Lewis Feldman's companies, Super Highway Consulting ("SCI")

and Haskell Mortgage acted as seller and mortgage broker, respectively. For several transactions, the HUD-1 settlement statements indicate payoffs to SCI pursuant to unidentifiable invoices.

7. As set forth in Flagstar's Third Amended Complaint, the above-mentioned allegations constitute violations of the federal RICO Act, fraud and negligent misrepresentations against Defendants Haskell Mortgage, Lewis Feldman and Haskell Feldman.

8. Fed. Rule. Civ. P. 15(a) provides that leave to amend a pleading shall be "freely given when justice so requires." In *Foman v. Davis*, 371 U.S. 178 (1962), the Supreme Court explained the "freely given" standard of Rule 15(a) as follows:

> If the underlying facts or circumstances relied upon by a [party] may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason – such as undue delay bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be freely given.

*Id.* at 182; *Ward Elecs. Service, Inc. v. First Commercial Bank*, 819 F.2d 496, 497 (4th Cir. 1987).

9. The instant motion will not prejudice Haskell Mortgage, Haskell Feldman and Lewis Feldman. Similarly, the proposed Third Amended Complaint will not substantially alter the scope or volume of discovery in this case. On May 14, 2003, an Order setting a discovery deadline of August 29, 2003 was entered. Moreover, discovery is still in its early stages; no depositions have been taken (or even noticed).

10. Pursuant to Local Rule 103(6)(d), on June 3, 2003, undersigned counsel faxed and mailed a letter to all defendants requesting defendants' consent to the relief sought herein. This request was granted by all parties.

WHEREFORE, Flagstar respectfully request that this Court issue an Order granting Flagstar leave to amend the Complaint. A proposed Order is attached.

Respectfully submitted,

_____
Donald A. Rea (Fed Bar No. 23194)
Alison E. Goldenberg (Fed Bar No. 024778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2003, a copy of the foregoing Plaintiff Flagstar Bank FSB's Motion for Leave to Amend the Complaint was mailed, first class, postage prepaid, to:

J. Edward Martin, Esquire
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918
*Attorneys for Haskell Feldman*
 *& Haskell Mortgage*

Charles F. Morgan, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
*Attorneys for Lingard Whiteford*

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093
*Attorneys for Kenneth Brown &*
 *Best Appraisal, LLC*

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1320
*Attorneys for Vanguard Signature*
 *Settlements, Tracy Heater and Southern Title Insurance Company*

John T. Henderson, Jr., Esq.
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Burton Stevenson &*
 *B&S Enterprises Appraisal Service*

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920
*Attorneys for Sovereign Title Company, LLC,*
*Elizabeth Brooks & Aura J. Colon*

J. Steven Lovejoy, Esquire
Shumaker Williams, PC
40 W. Chesapeake Avenue., Suite 405
Towson, Maryland 21204
*Attorneys for Chase Title, Inc. &*
 *Barry Snyder*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
*Attorneys for Chicago Title Insurance Co.*

John S. Vander Woude, Esquire
Scott Krause, Esquire
Eccleston & Wolf, P.C.
729 East Pratt Street, 7th Floor
Baltimore, Maryland 21202
*Attorneys for All County Title Company*
 *& Anthony J. Dabbondonza*

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title Insurance*

Writing:

/s/
Donald A Rea (Federal Bar No. 23194)
Alison E. Goldenberg (Federal Bar No. 024778)

Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202-3332
(410) 576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:  L01CV2221 |
| HASKELL MORTGAGE, INC. /AKA HMI, et al. | * | |
| Defendants. | * | |

* * * * * * * * * * *   * * * * * * * * * * *

# ORDER

This matter having come before the Court upon Plaintiff Flagstar Bank, FSB's Motion for Leave to Amend the Complaint, good cause having been shown, it is by this Court this _____ day of _____, 2003,

ORDERED that Plaintiff's Motion for Leave to Amend the Complaint is hereby granted; and it is

FURTHER ORDERED that Plaintiff's Third Amended Complaint shall be filed and served within 10 days of the entry of this Order.

_____
Honorable Benson Everett Legg
United States District Court
   for the District of Maryland

cc:

| | |
|---|---|
| J. Edward Martin, Esquire<br>Joseph Edward Martin, Esq. Chtd.<br>409 Washington Ave., Suite 707<br>Mercantile – Towson Building<br>Towson, Maryland 21204-4918<br>*Attorneys for Haskell Feldman*<br>*  & Haskell Mortgage* | Charles F. Morgan, Esq.<br>Hodes, Ulman, Pessin & Katz, P.A.<br>901 Dulaney Valley Road, Suite 400<br>Towson, Maryland 21204<br>*Attorneys for Lingard Whiteford* |
| Michael J. Moran, Esquire<br>Law Offices of Michael J. Moran, PC<br>1400 Front Avenue, Suite 202<br>Lutherville, Maryland 21093<br>*Attorneys for Kenneth Brown &*<br>*   Best Appraisal, LLC* | William D. Bayliss, Esquire<br>Williams, Muller, Clark & Dobbins<br>1021 East Carry Street<br>Richmond, Virginia 23218-1320<br>*Attorneys for Vanguard Signature*<br>*   Settlements, Tracy Heater and Southern Title*<br>*Insurance Company* |
| John T. Henderson, Jr., Esq.<br>Randall J. Craig, Jr., Esquire<br>Craig & Henderson, LLC<br>207 East Redwood Street<br>Baltimore, Maryland 21202<br>*Attorneys for Burton Stevenson &*<br>*  B&S Enterprises Appraisal Service* | Paul F. Newhouse, Esquire<br>409 Washington Avenue, Suite 420<br>Towson, Maryland 21204-4920<br>*Attorneys for Sovereign Title Company, LLC,*<br>*Elizabeth Brooks & Aura J. Colon* |
| J. Steven Lovejoy, Esquire<br>Shumaker Williams, PC<br>40 W. Chesapeake Avenue., Suite 405<br>Towson, Maryland 21204<br>*Attorneys for Chase Title, Inc. &*<br>*   Barry Snyder* | Brian C. Parker, Esquire<br>Parker, Dumler & Kiely, LLP<br>36 South Charles Street<br>Suite 2200<br>Baltimore, Maryland 21201<br>*Attorneys for Chicago Title Insurance Co.* |
| John S. Vander Woude, Esquire<br>R. Scott Krause, Esquire<br>Eccleston & Wolf, P.C.<br>729 East Pratt Street<br>7th Floor – Scarlett Place<br>Baltimore, Maryland 21202<br>*Attorneys for All County Title Company*<br>*   & Anthony J. Dabbondonza* | Robert J. Kim, Esquire<br>Mark W. Schweitzer, Esquire<br>6411 Ivy Lane, Suite 200<br>Greenbelt, Maryland 20770<br>*Attorneys for First American Title Insurance* |