IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FLAGSTAR BANK, FSB                                    *
260 Telegraph Road, Suite 100
Bloomfield Hills, Michigan 48302                      *

                     Plaintiff,                          *          Civil Action No.: L01CV2221

v.                                                    *

HASKELL MORTGAGE, INC./AKA HMI                        *
1501 Reisterstown Road, Suite 201
Baltimore, Maryland 21208                             *

    SERVE ON:  Haskell Feldman                 *
               1501 Reisterstown Road
               Suite 201                          *
               Baltimore, Maryland 21208
and                                                   *

HASKELL FELDMAN                                       *
1501 Reisterstown Road, Suite 201
Baltimore, Maryland 21208                             *

and                                                   *

LEWIS I. FELDMAN                                      *
3500 Englemeade Road
Pikesville, Maryland  21208                           *

and                                                   *

SOVEREIGN TITLE COMPANY, LLC                          *
301 West Pennsylvania Avenue, 3rd Floor
Towson, Maryland 21204                                *

    SERVE ON:  Elizabeth B. Brooks             *
               304 W. Pennsylvania Avenue
               Towson, Maryland 21204             *
               Resident Agent
and                                                   *

ELIZABETH B. BROOKS                                   *

304 W. Pennsylvania Avenue
Towson, MD 21204                                              *

and                                                          *

AURA J. COLON                                                *
821 207th Street
Pasadena, MD 21122                                           *

and                                                          *

~~F.A.B. APPRAISALS, INC.~~                                  *
~~8401 Wisconsin Avenue~~
~~Bethesda, Maryland 20814~~                                 *

~~SERVE ON: Wayne Rogers~~                                   *
~~8401 Wisconsin Avenue~~
~~Bethesda, Maryland 20814~~                                 *

and                                                          *

~~YVONNE GRIFFIN~~                                           *
~~12201 Edgemont Street~~
~~Silver Spring, Maryland 20902~~                            *

~~and~~                                                      *

~~WAYNE ROGERS~~                                             *
~~8401 Wisconsin Avenue~~
~~Bethesda, Maryland 20814~~                                 *

~~and~~                                                      *

~~BEST APPRAISALS, LLC~~                                     *
~~129 East Main Street, #201~~
~~Westminster, Maryland 21157~~                              *

~~SERVE ON: Kenneth Brown~~                                  *
~~129 E. Main Street, #201~~
~~Westminster, Maryland 21157~~                              *
~~and~~

~~KENNETH BROWN~~                                            *
~~129 E. Main Street, #201~~
~~Westminster, Maryland 21157~~                              *

and                                                              *

LINGARD WHITEFORD                                                *
7120 Cunning Circle
Baltimore, Maryland 21220                                        *

and                                                              *

BURTON STEVENSON                                                 *
7908 Main Falls Circle
Baltimore, Maryland 21228                                        *

and                                                              *

VANGUARD SIGNATURE SETTLEMENTS,                                  *
L.L.C f/k/a Vanguard Title & Escrow, L.L.C.
205 Ridgeville Boulevard, Suite B                                *
Mt. Airy, Maryland 21771
                                                                 *

    SERVE ON:  Cleaveland D. Miller
            c/o Semmes, Bowen & Semmes                           *
            250 Pratt Street
            Baltimore, Maryland 21201                            *
            Resident Agent
and                                                              *

SOVEREIGN TITLE COMPANY, LLC                                     *
301 West Pennsylvania Avenue, 3rd Floor
Towson, Maryland 21204                                           *

    SERVE ON:  Elizabeth B. Brooks                               *
            304 W. Pennsylvania Avenue
            Towson, Maryland 21204                               *
            Resident Agent
                                                                 *
and
                                                                 *
ALL COUNTY TITLE, LLC
608 Baltimore Avenue
Towson, Maryland 21204                                           *

    SERVE ON: Nicholas J. Pistolas                               *
            608 Baltimore Avenue
            Towson, Maryland 21204                               *

pld0638-03caption                    - 3 -
6/11/03

~~Resident Agent~~
~~and~~                                                    *

~~CHASE TITLE, INC.~~                                      *
~~10 Crossroads, Suite 203~~
~~Owings Mills, Maryland 21117~~                           *

~~SERVE ON: Arnold Hyatt~~                                 *
~~10 Valley Gate Way~~
~~Baltimore, Maryland 21208~~                              *
~~and~~
                                                          *

~~TRACY L. HEATER~~
~~522 Streaker Road~~                                      *
~~Sykesville, MD 21784~~
                                                          *

~~and~~
                                                          *

~~ELIZABETH B. BROOKS~~
~~304 W. Pennsylvania Avenue~~                             *
~~Towson, MD 21204~~
                                                          *

~~and~~
~~AURA J. COLON~~                                          *
~~821 207th Street~~
~~Pasadena, MD 21122~~                                     *

~~and~~                                                    *

~~ANTHONY J. DABBONDONZA~~                                 *
~~7509 Harmans Road~~
~~Harmans, MD 21077~~                                      *

~~and~~                                                    *

~~BARRY F. SNYDER~~                                        *
~~1 Wellhaven Circle, Apt. 1215~~
~~Owings Mills, MD 21117~~                                 *
                                                          *

~~and~~
                                                          *

~~CHICAGO TITLE INSURANCE COMPANY~~
~~51 Monroe Street, Penthouse III~~                        *
~~Rockville, Maryland 20850~~
                                                          *

~~SERVE ON: CT Corporation System~~
                 ~~120 S. Central Ave.~~                          *
                 ~~Clayton, Missouri 63105~~
                 ~~Resident Agent~~                               *
~~and~~

~~FIRST AMERICAN TITLE INSURANCE~~
~~COMPANY~~
~~1051 East Cary Street, Suite 111~~
~~Richmond, Virginia 23219~~

                 ~~SERVE ON:   James W. Deboer~~
                 ~~First American Title~~
                 ~~Insurance Company~~
                 ~~1051 East Cary Street~~
                 ~~Suite 111~~
                 ~~Richmond, Virginia 23219~~
                 ~~Resident Agent~~

~~and~~

~~SOUTHERN TITLE INSURANCE CORPORATION~~
~~P.O. Box 399~~
~~Richmond, Virginia 23218~~

                 ~~SERVE ON: Gerald W. Sklar~~
                 ~~Southern Title Insurance~~
                 ~~Corporation~~
                 ~~Three James Center, Suite 700~~
                 ~~1051 East Cary Street~~
                 ~~Richmond, Virginia 23219~~

                 ~~Defendants.~~