LAW OFFICE
**PAUL F. NEWHOUSE**
409 WASHINGTON AVENUE • SUITE 220 • TOWSON, MARYLAND 21204 • (410) 296-8565 • FAX (410) 296-1517

*[Stamp: 2003 JUN 3 P 3:59 CLERK'S OFFICE AT BALTIMORE ___ DEPUTY]*

*[Stamp: RECEIVED IN THE CHAMBERS OF BENSON EVERETT LEGG JUN 9 2003 UNITED STATES DISTRICT JUDGE]*

June 5, 2003

Honorable Benson E. Legg
United States District Judge
101 W. Lombard St.
Baltimore, MD 21201

RE: *Flagstar Bank, FSB v. Haskell Mortgage, Inc.*
Civil No.: L01CV221  01-221

Dear Judge Legg

I represent Elizabeth Brooks, Aura Colon and Sovereign Title Company of Maryland, LLC, some of the remaining defendants in the above civil action. Alison E. Goldenberg, counsel for plaintiff, has kindly consented to an extension of time until June 27 in which the above defendants may designate an expert witness. Correspondingly, I have agreed that she may have until July 18 to designate any rebuttal expert. These extensions are relatively short, and do not otherwise affect the scheduling order. I request that the court approve our mutual extensions. Thank you for your attention.

Very truly yours,

*/s/ Paul F. Newhouse*

Paul F. Newhouse

cc: Alison E. Goldenberg, Esq.
J. Edward Martin, Esq.

APPROVED THIS 13TH DAY OF June, 2003
*/s/ B. Legg*
BENSON EVERETT LEGG, U.S.D.J