IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, F.S.B.　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:　　　　CIVIL NO. L01-2221
　　　　　　　　　　　　　　　　　:
HASKELL MORTGAGE, INC., et al.　　:

## **ORDER**

Pending is Plaintiff's Motion for Leave to File a Third-Amended Complaint.  Defendants do not object to the proposed amendments.  (Motion for Leave to Amend ¶ 10).  Accordingly, the Court hereby GRANTS Plaintiff's Motion.

It is so ORDERED this 26th day of June, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge