IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB<br>260 Telegraph Road, Suite 100<br>Bloomfield Hills, Michigan 48302 | * <br><br> * | |
| Plaintiff, | * | Civil Action No.: L01CV2221 |
| v. | * | |
| HASKELL MORTGAGE, INC./AKA HMI<br>1501 Reisterstown Road, Suite 201<br>Baltimore, Maryland 21208 | * <br><br> * | |
| SERVE ON: Haskell Feldman<br>1501 Reisterstown Road<br>Suite 201<br>Baltimore, Maryland 21208 | * <br><br> * | |
| and | * | |
| HASKELL FELDMAN<br>1501 Reisterstown Road, Suite 201<br>Baltimore, Maryland 21208 | * <br><br> * | |
| and | * | |
| LEWIS I. FELDMAN<br>3500 Englemeade Road<br>Pikesville, Maryland 21208 | * <br><br> * | |
| and | * | |
| SOVEREIGN TITLE COMPANY, LLC<br>301 West Pennsylvania Avenue, 3rd Floor<br>Towson, Maryland 21204 | * <br><br> * | |
| SERVE ON: Elizabeth B. Brooks<br>304 W. Pennsylvania Avenue<br>Towson, Maryland 21204<br>Resident Agent | * <br><br> * | |
| and | * | |
| ELIZABETH B. BROOKS | * | |

pld0638-03caption
6/11/03

- 2 -

304 W. Pennsylvania Avenue  
Towson, MD 21204                                               *

and                                                            *

AURA J. COLON                                                  *
821 207th Street
Pasadena, MD 21122                                             *

and                                                            *

~~F.A.B. APPRAISALS, INC.~~                                    *
~~8401 Wisconsin Avenue~~
~~Bethesda, Maryland 20814~~                                   *

   ~~SERVE ON: Wayne Rogers~~                                  *
         ~~8401 Wisconsin Avenue~~
           ~~Bethesda, Maryland 20814~~                        *

and                                                            *

~~YVONNE GRIFFIN~~                                             *
~~12201 Edgemont Street~~
~~Silver Spring, Maryland 20902~~                              *

~~and~~                                                        *

~~WAYNE ROGERS~~                                               *
~~8401 Wisconsin Avenue~~
~~Bethesda, Maryland 20814~~                                   *

~~and~~                                                        *

~~BEST APPRAISALS, LLC~~                                       *
~~129 East Main Street, #201~~
~~Westminster, Maryland 21157~~                                *

   ~~SERVE ON: Kenneth Brown~~                                 *
         ~~129 E. Main Street, #201~~
           ~~Westminster, Maryland 21157~~                     *

~~and~~

~~KENNETH BROWN~~                                              *
~~129 E. Main Street, #201~~
~~Westminster, Maryland 21157~~                                *

pld0638-03caption                              - 2 -
6/11/03

| | |
|---|---|
| ~~and~~ | * |
| ~~LINGARD WHITEFORD~~<br>~~7120 Cunning Circle~~<br>~~Baltimore, Maryland 21220~~ | *<br><br>* |
| ~~and~~ | * |
| ~~BURTON STEVENSON~~<br>~~7908 Main Falls Circle~~<br>~~Baltimore, Maryland 21228~~ | *<br><br>* |
| ~~and~~ | * |
| ~~VANGUARD SIGNATURE SETTLEMENTS,~~<br>~~L.L.C f/k/a Vanguard Title & Escrow, L.L.C.~~<br>~~205 Ridgeville Boulevard, Suite B~~<br>~~Mt. Airy, Maryland 21771~~ | *<br><br>*<br><br>* |
| ~~SERVE ON: Cleaveland D. Miller~~<br>~~c/o Semmes, Bowen & Semmes~~<br>~~250 Pratt Street~~<br>~~Baltimore, Maryland 21201~~<br>~~Resident Agent~~ | *<br><br>* |
| ~~and~~ | * |
| ~~SOVEREIGN TITLE COMPANY, LLC~~<br>~~301 West Pennsylvania Avenue, 3rd Floor~~<br>~~Towson, Maryland 21204~~ | *<br><br>* |
| ~~SERVE ON: Elizabeth B. Brooks~~<br>~~304 W. Pennsylvania Avenue~~<br>~~Towson, Maryland 21204~~<br>~~Resident Agent~~ | *<br><br>*<br><br>* |
| ~~and~~ | * |
| ~~ALL COUNTY TITLE, LLC~~<br>~~608 Baltimore Avenue~~<br>~~Towson, Maryland 21204~~ | *<br><br>* |
| SERVE ON: Nicholas J. Pistolas<br>608 Baltimore Avenue<br>Towson, Maryland 21204 | *<br><br>* |

pld0638-03caption
6/11/03

- 3 -

~~Resident Agent~~
~~and~~                                                          *

~~CHASE TITLE, INC.~~                                            *
~~10 Crossroads, Suite 203~~
~~Owings Mills, Maryland 21117~~                                *

~~SERVE ON: Arnold Hyatt~~                                      *
~~10 Valley Gate Way~~
~~Baltimore, Maryland 21208~~                                   *

~~and~~
                                                                 *

~~TRACY L. HEATER~~
~~522 Streaker Road~~                                           *
~~Sykesville, MD 21784~~
                                                                 *

~~and~~
                                                                 *

~~ELIZABETH B. BROOKS~~
~~304 W. Pennsylvania Avenue~~                                  *
~~Towson, MD 21204~~
                                                                 *

~~and~~
~~AURA J. COLON~~                                               *
~~821 207th Street~~
~~Pasadena, MD 21122~~                                          *

~~and~~                                                          *

~~ANTHONY J. DABBONDONZA~~                                      *
~~7509 Harmans Road~~
~~Harmans, MD 21077~~                                           *

~~and~~                                                          *

~~BARRY F. SNYDER~~                                             *
~~1 Wellhaven Circle, Apt. 1215~~
~~Owings Mills, MD 21117~~                                      *
                                                                 *
~~and~~
                                                                 *

~~CHICAGO TITLE INSURANCE COMPANY~~
~~51 Monroe Street, Penthouse III~~                             *
~~Rockville, Maryland 20850~~
                                                                 *

~~SERVE ON: CT Corporation System~~
~~120 S. Central Ave.~~                    *
~~Clayton, Missouri 63105~~
~~Resident Agent~~                         *

~~and~~

~~FIRST AMERICAN TITLE INSURANCE~~
~~COMPANY~~
~~1051 East Cary Street, Suite 111~~
~~Richmond, Virginia 23219~~

~~SERVE ON:  James W. Deboer~~
~~First American Title~~
~~Insurance Company~~
~~1051 East Cary Street~~
~~Suite 111~~
~~Richmond, Virginia 23219~~
~~Resident Agent~~

and

~~SOUTHERN TITLE INSURANCE CORPORATION~~
~~P.O. Box 399~~
~~Richmond, Virginia 23218~~

SERVE ON: ~~Gerald W. Sklar~~
~~Southern Title Insurance~~
~~Corporation~~
~~Three James Center, Suite 700~~
~~1051 East Cary Street~~
~~Richmond, Virginia 23219~~

~~Defendants.~~