• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB
             Plaintiff,

                                              **SUMMONS IN A CIVIL CASE**

             V.

HASKELL MORTGAGE, INC./AKA HML, et al.
             Defendants.

                          CASE L01CV2221

TO: (Name and address of Defendant)

LEWIS I. FELDMAN
3500 ENGLEMEADE ROAD
PIKESVILLE, MARYLAND 21208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202

Third Amended Complaint

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

                                              June 27, 2003
                                              DATE

(By) DEPUTY CLERK