IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
|     Plaintiff | * |
| | *   Civil Action No. L01CV2221 |
| v. | * |
| HASKELL MORTGAGE, INC., et al.. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Mr/Ms. Clerk:

Please enter the appearance of David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank and Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201 as attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks and Aura Colon in the captioned case.

```
                              _____
                              DAVID B. APPLEFELD (#08311)
                              H. SCOTT JONES (#27101)
                              Adelberg, Rudow, Dorf & Hendler, LLC
                              600 Mercantile Bank and Trust Building
                              2 Hopkins Plaza
                              Baltimore, Maryland 21201
                              (410) 539-5195

                              Attorneys for Sovereign Title Company, LLC,
                              Elizabeth Brooks and Aura Colon
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2003, a copy of the foregoing Notice of Entry of Appearance of Counsel was hand-delivered to:

>   Donald A. Rea, Esquire
>   Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
>   223 East Redwood Street
>   Baltimore, Maryland 21202

and was mailed, first class, postage pre-paid to:

>   J. Edward Martin, Esquire
>   Joseph Edward Martin, Esquire, Chtd.
>   409 Washington Avenue, Suite 707
>   Towson, Maryland 21204-4918
>
>   Michael J. Moran, Esquire
>   Law Offices of Michael J. Moran, PC
>   1400 Front Avenue, Suite 202
>   Lutherville, Maryland 21093
>
>   John T. Henderson, Jr., Esquire
>   Craig & Henderson, LLC
>   207 East Redwood Street
>   Baltimore, Maryland 21202
>
>   J. Steven Lovejoy, Esquire
>   Schumaker Williams, PC
>   40 W. Chesapeake Avenue, Suite 405
>   Towson, Maryland 21204
>
>   John S. Vander Woude, Esquire
>   Eccleston & Wolf, P.C.
>   729 E. Pratt Street, 7th Floor
>   Baltimore, Maryland 21202
>
>   Charles F. Morgan, Esquire
>   Hodes, Ulman, Pessin & Katz, P.A.
>   901 Dulaney Valley Road, Suite 400
>   Towson, Maryland 21204
>
>   William D. Bayliss, Esquire
>   Williams, Muller, Clark & Dobbins
>   1021 East Carry Street
>   Richmond, Virginia 23218-1230

Paul F. Newhouse, Esquire
409 Washington Avenue, Suite 420
Towson, Maryland 21204-4920

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

_____
DAVID B. APPLEFELD (#08311)