IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| | * | Civil Action No. L01CV2221 |
| v. | * | |
| HASKELL MORTGAGE, INC., et al.. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 2nd day of July, 2003, copies of Aura Colon's Interrogatories to Flagstar Bank, FSB, Sovereign Title Company, LLC's Interrogatories to Flagstar Bank, FSB, Elizabeth Brooks' Interrogatories to Flagstar Bank, FSB and Sovereign Title Company, LLC's Request for Production of Documents to Flagstar Bank, FSB were hand-delivered to:

> Donald A. Rea, Esquire
> Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
> 223 East Redwood Street
> Baltimore, Maryland 21202

and were mailed, first class, postage pre-paid to:

> J. Edward Martin, Esquire
> Joseph Edward Martin, Esquire, Chtd.
> 409 Washington Avenue, Suite 707
> Towson, Maryland 21204-4918

> Michael J. Moran, Esquire
> Law Offices of Michael J. Moran, PC
> 1400 Front Avenue, Suite 202
> Lutherville, Maryland 21093

> John T. Henderson, Jr., Esquire
> Craig & Henderson, LLC
> 207 East Redwood Street
> Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

Attorneys for Sovereign Title Company, LLC,
Elizabeth Brooks and Aura Colon