AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB
    Plaintiff,
    V.

**SUMMONS IN A CIVIL CASE**

HASKELL MORTGAGE, INC./AKA HML, et al.
    Defendants.

CASE L01CV2221

TO: (Name and address of Defendant)

LEWIS I. FELDMAN
3500 ENGLEMEADE ROAD
PIKESVILLE, MARYLAND 21208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202

an answer to the ~~complaint~~ *Third Amended Complaint* which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE  June 27, 2003

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 3, 2003 |
| NAME OF SERVER (PRINT) JESSE CHRISTAL | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☑ G  Served personally upon the defendant. Place where  WASHINGTON MUTUAL HOME MTG SECTION, 8100 SW 10th ST, BLDG #3, STE 3100, PLANTATION, FL 33324-3279.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

G  Returned _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  7-03-2003
Date

Signature of Server  /s/ Jesse Christal

635 MELALEUCA LANE
Address of Server
MIAMI, FL 33137

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.