## HAND DELIVERY RECEIPT

From:       A&C Worldwide

To:         Lewis Feldman
            Washington Mutual
            8100 SW 10th Street, Bldg #3
            Plantation, FL 33324
            (954) 625-8066

One (1) Box of Miscellaneous legal and mortgage documents hand delivered.

_____
Lewis Feldman

7/3/03
_____
Date

At approximately 11:31 am, a gentleman matching Feldman's description approached the front desk wearing tennis shoes, faded blue jeans and a blue and gold "Old Navy" t-shirt. Christal asked if he was Lewis Feldman and he indicated "Yes". Investigator Christal indicated that he had a delivery of documents for him that he needed to sign for. Feldman stated that he had never had documents personally delivered to him but at approximately 11:32 am he signed the receipt for the documents which was attached to the top of the box containing all of the following of documents: 1) the summons; 2) the Third Amended Complaint; 3) Plaintiff's First Set of Interrogatories; 4) Plaintiff's Request for Production of Documents; 5) Comparite Between 2nd and 3rd Amended Complaint; and 6) Eight volumes of pleadings and other documents listed in Exhibit A (attached to the return of service). The receipt that he signed indicated that he was

signing for "One box of Miscellaneous legal and mortgage documents hand delivered." From A&C Worldwide.

2