**FLAGSTAR BANK, FSB**
v.
**HASKELL MORTGAGE, INC., et al.**
**U.S. DISTRICT COURT**
**Case No. L01CV2221**
**EXHIBIT A**

| DESCRIPTION |
|---|
| Complaint; Civil Cover Sheet; General Consent to Proceed Before a United States Magistrate Judge |
| Plaintiff's Summons:<br>Becker, Lewis<br>Best Appraisals, LLC<br>Brown, Kenneth<br>F.A.B. Appraisals, Inc.<br>Feldman, Haskell<br>Feldman, Lewis<br>Griffin, Yvonne<br>Haskell Mortgage, Inc./aka HMI<br>Rogers, Wayne<br>Smith, Scott<br>Stevenson, Burton<br>Whiteford, Lingard |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum:<br>All County Title Company – 8/27/01 at 10:00 a.m. at GFRH&H with Affidavit of Service **(served 7/31/01)** |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum:<br>Chase Title – 8/27/01 at 10:00 a.m. at GFRH&H with Affidavit of Service **(served 7/30/01)** |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum:<br>Sovereign Title Co. – 8/27/01 at 10:00 a.m. at GFRH&H with Affidavit of Service **(served 7/30/01)** |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum:<br>Vanguard Title & Escrow, LLC – 8/27/01 at 10:00 a.m. at GFRH&H |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum:<br>Vanguard Signature Settlements LLC, f/k/a Vanguard Title & Escrow, LLC – 9/4/01 at 10:00 a.m. at GFRH&H with Affidavit of Service **(served 8/2/01)** |
| Affidavits of Services on Cleaveland D. Miller, Esq., resident agent for Vanguard Signature; Betty Brooks, custodian for Sovereign Title Company; Pamela Singley, custodian for All County Title; and Jennifer Alexion, custodian for Chase Title |
| Disclosure of Corporate Affiliations and other Entities with a Direct Financial Interest in Litigation |
| Affidavits of Service on Burton Stevenson; Philip Griffin for Yvonne Griffin; Haskell Feldman on behalf of Haskell Mortgage, Inc., aka HMI; Haskell Feldman; Kenneth Brown; Wayne Rogers, F.A.B. Appraisals, Inc.; Lingard Whiteford |
| Combined Answer to Complaint and Cross-Claim of Defendants FAB Appraisals, Inc., Yvonne Griffin and Wayne Rogers and Certificate of Service and Disclosure of Financial Interest for |

| |
|---|
| Defendants FAB Appraisals, Inc., Yvonne Griffin and Wayne Rogers |
| Defendant Haskell Feldman's Answer to Complaint |
| Defendant Burton Stevenson's Response to Complaint |
| Letter dated 8/31/01 from Andrew Radding to Judge Legg re: extending date to file Answer to Complaint on behalf of Haskell Mortgage, Inc. to 9/10/01 |
| Defendant's Notice of Service of Discovery Material: F.A.B. Appraisals, Inc.'s First Request for Production of Documents |
| Order by Judge Legg – Granting Haskell Mortgage an extension to file Answer with the Court until September 10, 2001 |
| Answer by Defendant Haskell Mortgage, Inc. |
| Combined Answer to Complaint and Cross Claim of Defendant Best Appraisals, LLC and Kenneth  Brown |
| Stipulation for Extension of Time to Respond to Complaint |
| Court Docket |
| Answer by Lingard Whiteford to Complaint |
| Plaintiff's Response to Defendant F.A.B. Appraisals, Inc.'s First Request for Production of Documents |
| Flagstar Bank, FSB's Motion for Protective Order |
| Haskell Mortgage, Inc. and Haskell Feldman's Reply to Plaintiff's Motion for Protective Order |
| Answer of Best Appraisals, LLC and Kenneth Brown Defendants to Plaintiff's Motion for Protective Order |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: Stewart Title of Maryland, Inc., Serve Resident Agent: Jerome T. Miraglia – 11/21/01 at 10:00 a.m. at GFRH&H with Affidavit of Service **(served 10/26/01) (Gotshalls)** |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: Southern Title Insurance Corporation, Serve Resident Agent: Gerald W. Sklar – 11/21/01 at 10:00 a.m. at GFRH&H **(Cheryl Moses)** |
| Affidavit of Service on Mary Cole; served  Notice of Deposition Duces Tecum w/Exhibit A on 10/22/01 |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: Cheryl L. Moses – 11/12/01 at 10:00 a.m. at GFRH&H |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: Keith L. Dove – 11/9/01 at 10:00 a.m. at GFRH&H |
| Affidavit of Service on Stewart Title served on Custodian of Records on 10/26/01 (resident agent has not been at Miles & Stockbridge for the last 5 or 6 years and could not locate him so service was made on custodian of records) **(Gotshalls)** |
| Affidavit of Service by Certified Mail to Gerald W. Sklar, Registered Agent for Southern Title Insurance Company **(Cheryl Moses)** |
| Defendant Burton Stevenson's Motion to File Amended Answer |
| Amended Answer of Defendant Burton Stevenson to Complaint |
| Protective Order  (granted) |
| Affidavit of Service by Certified Mail  to Eura Grant |
| Notice and Certificate of Service to Eura Grant |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum to Cheryl Moses – 11/29/01 at 10:00 a.m. at GFRH&H |

| |
|---|
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum to Keith Dove – 11/30/01 at 10:00 a.m. at GFRH&H |
| Subpoena for Mary Cole re: Notice To Take Deposition on 12/7/01 @ 10: a.m. |
| Affidavit of Service for Mary Cole re: Notice to Take Depo. (served 11/23/01) |
| Stewart Title's Response to Plaintiff Flagstar Bank, FSB's Notice of Deposition Duces Tecum |
| Plaintiff's Subpoena to Bernice L. Dove  **(Keith Dove)** |
| Plaintiff's Subpoena to Sheila Johnson **(Cheryl L. Moses)** |
| Affidavit of Service of Sheila Johnson served 1/16/02 **(Cheryl L. Moses)** |
| Order from Judge Legg directing that a teleconference be held between the parties on 2/7/02 at 10:30 a.m. |
| Affidavit of **Service of Bernice L. Dove served 1/28/02 (Keith Dove)** |
| ORDER Granting Defendant Barton [sic] Stevenson's Motion for Leave to file Amended Answer |
| Letter to The Honorable Benson Everett Legg regarding outstanding discovery issue/dispute |
| Memorandum to Counsel from Judge Legg: a joint proposed order memorializing the conference of 2/7/02 due 2/19/02 |
| Answer of Haskell Mortgage to Cross-Claim of F.A.B. Appraisals, Inc. |
| Answer of Haskell Mortgage, Inc. and Haskell Feldman to Cross-Claim of Defendants Best Appraisals, LLC and Kenneth Brown |
| Answer of Haskell Mortgage and Haskell Feldman to Cross-Claim of Defendants, F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers |
| Letter to Judge Legg with redline and clean versions of the proposed scheduling order |
| Affidavit of Service by Certificate Mail to Christy Flynt **(Cheryl Moses)** |
| Redlined Scheduling Order granted by Judge Legg |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: **Keith L. Dove** – 4/5/02 at 10:00 a.m. at GFRH&H |
| Ltr. to Clerk requesting Reissue of Summons for Lewis Feldman |
| Ordered that served pursuant to Md. Fin. Inst. 1-394(b)(2) has been waived; and Flagstar shall produce financial records or info. in connection with John & Susan Gotshall and Darnell Acree |
| Summons reissued to Lewis Feldman |
| Affidavit of Service: to James Dove serving copies of subpoena and notice of deposition duces tecum with exhibit A **(served 2/28/02) (Keith Dove)** |
| Defendant Lingard Whiteford's Answer to Defendant Burton Stevenson's Cross-Claim and Lingard Whiteford's Claim Against Defendants HMI, Haskell Feldman, Lewis Feldman, Lewis Becker, Scott Smith, Best Appraisals and Kenneth Brown |
| Cross Claim of Defendant Best Appraisals, LLC and Kenneth Brown against Lingard Whiteford |
| Cross Claim of Defendant Best Appraisals, LLC and Kenneth Brown against Lewis Feldman |
| Certificate of Service for #83 and #84 |
| Defendant F.A.B. Appraisals, Inc.'s First Set of Interrogatories to Plaintiff |
| Defendants FAB Appraisals, Yvonne Griffin & Wayne Rogers' Amended Answer to Complaint |
| Defendants Best Appraisals, LLC and Kenneth Brown's Answer to Cross Claim of Co-Defendant Lingard Whiteford |
| Amended Notice of Deposition Duces Tecum for Keith L. Dove on 4/19/02 @ 10:00 a.m. |
| First Amended Complaint |
| Summons for Eric Becker, B&S Enterprises (Burton Stevenson), Sovereign Title Co. (Elizabeth |

| |
|---|
| B. Brooks), All County Title, LLC (Nicholas J. Pistolas), Chase Title, Inc. (Arnold Hyatt), Tracy L. Heater, Elizabeth Brooks, Aura J. Colon, Anthony J. Dabbondonza, Barry F. Snyder, Chicago Title Insurance Co. (CT Corporation System), First American Title Insurance Co. (James W. Deboer), and Vanguard Signatures Settlements, LLC (Cleaveland D. Miller) |
| Notice and Certificate of Service  re: Amended Notice of Deposition Duces Tecum for Keith L. Dove on 4/19/02 @ 10:00 a.m. |
| Affidavit of Service reflecting that Mrs. Barry Snyder, who resides with, Barry F. Snyder, was served w/first amended complaint |
| Affidavit of Service reflecting that Nicholas J. Pistolas, resident agent for, All County Title, LLC was served w/first amended complaint |
| Affidavit of Service reflecting that Elizabeth Brooks was served w/first amended complaint |
| Affidavit of Service reflecting that Elizabeth Brooks, Nicholas J. Pistolas, resident agent for Sovereign Title Company, LLC was served w/first amended complaint |
| Affidavit of Service reflecting that Cleaveland Miller, resident agent for Vanguard Signature Settlements, LLC was served w/first amended complaint |
| Letter from AEG to Richard L. Miller and cc to Counsel ("Pursuant to Flagstar's Interrogatory Answers, additional documents are available for inspection and copying at Legal Images.") |
| Combined Answer to First Amended Complaint and Cross-Claim of Defendants F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers |
| Affidavit of Service reflecting that Tracy L. Heater was served w/first amended complaint |
| Affidavit of Service reflecting that Burton Stevenson, B&S Enterprises, Appraisal Service was served w/first amended complaint |
| Letter from Richard Miller re: issue with Interrogatory No. 22 |
| Affidavit of Service indicating that Burton Stevenson was served on behalf, of B&S Enterprises Appraisal Service |
| Letter to Richard Miller re: document production |
| Plaintiff's Answers to Defendant F.A.B. Appraisals, Inc.'s First Set of Interrogatories |
| Affidavit of Service reflecting that Anthony J. Dabbondonza was served w/first amended complaint |
| Affidavit of Service reflecting that Antoinio Munoz, who stated that he resides with Aura J. Colon, was served w/first amended complaint |
| Affidavit of Service reflecting that Arnold Hyatt, resident agent for Chase Title, Inc., was served w/first amended complaint |
| Answer of Defendant Burton Stevenson and B&S Enterprises Appraisal Service to First Amended Complaint of Pl. Flagstar Bank, FSB |
| Defendant, Burton Stevenson, First Set of Interrogatories to Flagstar Bank |
| Defendant, Burton Stevenson, First Request for Production of Documents to Flagstar Bank |
| Lingard Whiteford's Answer to First Amended Complaint |
| Lingard Whiteford's Answer to the Cross-claim of Defendants Best Appraisals, LLC and Kenneth Brown |
| Defendant Lingard Whiteford's Cross-claim against all other Defendants |
| Vanguard Signature Settlements LLC Answer & Affirmative Defenses |
| Stipulation of Extension of Time to for All County Title, LLC and Anthony J. Dabbondonza Respond to Amended Complaint |
| Def. First American Title Insurance Company Motion to Dismiss First Amended Complaint and |

| |
|---|
| Request for Hearing |
| Def. First American Title Insurance Company Memorandum in Support of Motion to Dismiss First Amended Complaint |
| Affidavit of Service by Certified Mail to Chicago Title Insurance Company c/o CT Corporation System |
| Order Granting Stipulation of Extension of Time for All County Title & Anthony Dabbondonza to Respond to Amended Complaint |
| Order granting Sovereign Title Company to respond to 5/8/02 |
| Def. F.A.B. Appraisals, Inc. Amendment to Answer to First Amended Complaint |
| Defendant, Chicago Title Insurance Company, Local Rule 103.3 Certificate |
| Answer to Amended Complaint and Cross-Claim of Chicago Title Ins. Co. |
| Voluntary Dismissal of Def. Lewis Feldman, Eric Becker, Lewis Becker and Scott Smith without prejudice |
| ORDER APPROVING Voluntary Dismissal of Defendants Lewis Feldman, Eric Becker, Lewis Becker and Scott Smith without prejudice |
| Answer by Sovereign Title Company, LLC and Elizabeth Brooks to First Amended Complaint |
| Letter from AEG to All Counsel & Parties (Pursuant to Flagstar's additional documents available for inspection and copying at Legal Images: bate stamp documents FLAG002484 through FLAG003171) |
| Answer of Best Appraisal, LLC and Kenneth Brown to First Amended Complaint |
| Motion by F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers to Dismiss Defendant Lingard Whiteford's Cross-Claim with supporting Memorandum |
| Defendant All County Title's and Dabbondonza's Motion to Dismiss Counts IV, V, VI, VII and VIII of the First Amended Complaint |
| Disclosure of Financial Interest by Defendants All County Title, LLC and Anthony J. Dabbondonza |
| Third-Party Complaint by Defendants All County Title, LLC and Anthony J. Dabbondonza |
| Cross-Claim by Defendants/Cross-Plaintiffs, All County Title, LLC and Anthony J. Dabbondonza |
| Flagstar Bank's Memorandum in Opposition to First American Title Insurance Company's Motion to Dismiss First Amended Complaint |
| Letter from AEG to All Counsel & Parties (Flagstar's Guidelines and Procedures) |
| Lingard Whiteford's Answer to Chicago Title Insurance Company's Cross-Claim |
| Defendant Lingard Whiteford's Opposition to Motion to Dismiss Cross-Claim |
| Best Appraisals, LLC First Request for Production of Documents |
| Answer of Aura Colon to First Amended Complaint |
| Best Appraisals, LLC's First Request for Production of Documents to Flagstar |
| Exhibit A to Flagstar Bank's Memorandum in Opposition to First American Title Ins. Co.'s Motion to Dismiss (inadvertently not included) |
| Letter by AEG to David R. Breschi, Esq. granting Chase Title an unlimited extension to file a response to the Complaint in order to exhaust all potential settlement remedies |
| Answer of Defendants Best Appraisals, LLC and Kenneth Brown to Cross Claim of Chicago Title Insurance Company |
| Answer of Defendants Best Appraisals, LLC and Kenneth Brown to Cross Claim of Lingard Whiteford Insurance Company |

| |
|---|
| Cross Claim of Defendant Best Appraisals, LLC and Kenneth Brown Against All Other Defendants |
| Second Request for Production of Documents by Defendant Best Appraisals, LLC To Flagstar Bank |
| Third Request for Production of Documents by Defendant Best Appraisals, LLC to Flagstar Bank |
| Flagstar Bank FSB's Answers to Defendant Burton Stevenson's and B&S Enterprises Appraisal Services' First Set of Interrogatories |
| Flagstar Bank FSB's Response to Defendant Burton Stevenson First Request for Production of Documents |
| Answer of Chicago Title Insurance Company to Cross Claim of Best Appraisals, LLC and Kenneth Brown |
| Answer to Cross-Claim by Sovereign Title Co., Elizabeth Brooks & Aura Colon |
| Plaintiff Flagstar Bank FSB's Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304 |
| All County Title LLC Interrogatories to Flagstar Bank, FSB |
| All County Title LLC Request for Production of Documents to Flagstar Bank |
| Best Appraisals, LLC's Interrogatories to Flagstar Bank, FSB |
| ORDER – by Judge Legg on Pl. Flagstar Bank FSB's Motion for Protective Order in Connection with MD Fin. Inst. § 1-304 |
| Flagstar Bank's Opposition to All County Title and Anthony J. Dabbondonza's Motion to Dismiss First Amended Complaint |
| Plaintiff Flagstar Bank FSB's Designation of Expert Witnesses |
| Lingard Whiteford's Answer to the Cross-claim of Defendants Best Appraisals, LLC and Kenneth Brown against all other Defendants |
| Order granting Karen A. Doner's Motion for Admission *Pro Hac Vice* to appear as counsel for Vanguard Signature Settlements, LLC |
| Answer of Haskell Mortgage, Inc & Haskell Feldman to First Amended Complaint and Answer to Cross Claim of Co-Defendant Lingard Whiteford |
| Letter to Judge Benson E. Legg re: Scheduling Order, depositions of expert witnesses and depositions of defendant's experts |
| PROPOSED Order of Flagstar for Protective Order in Connection with Md. Fin. Inst. § 1-304 (sent to Judge Benson E. Legg) |
| Answer and Affirmative Defenses to Cross Claim of Best Appraisals, LLC and Kenneth Brown |
| Defendant All County Title's and Dabbondonza's Motion to Dismiss Cross-Claim of Best Appraisals, LLC and Kenneth Brown |
| Motion to Dismiss Cross-Claim of Def. Best Appraisals, LLC and Kenneth Brown |
| Plaintiff Flagstar Bank, FSB's Motion for Leave to Amend Complaint |
| Plaintiff Flagstar Bank, FSB's Second Amended Complaint |
| Plaintiff Flagstar Bank, FSB's Redlined of First & Second Amended Complaint |
| Plaintiff Flagstar Bank, FSB Joint Motion to Modify the Scheduling Order |
| Plaintiff Flagstar Bank, FSB's Request for Mediation |
| Plaintiff Flagstar Bank, FSB's Response to Defendant Best Appraisal, LLC's First Request for Production of Documents |
| Plaintiff Flagstar Bank, FSB's Response to Defendant Best Appraisal, LLC's Second Request |

| |
|---|
| for Production of Documents |
| Plaintiff Flagstar Bank, FSB's Response to Defendant Best Appraisal, LLC's Third Request for Production of Documents |
| Def. All County Title's and Dabbondonza's Opposition to Pl. Motion to Leave to Amend Complaint |
| Pl. Flagstar Bank FSB's First Set of Interrogatories to Haskell Mortgage |
| Pl. Flagstar Bank FSB's Request for Production of Documents to Haskell Mtge |
| Pl. Flagstar Bank FSB's Supplemental Answers to Def. F.A.B. Appraisals Inc.'s First Set of Interrogatories |
| Pl. Flagstar Bank FSB's Request for Production of Documents to F.A.B. Appraisals, Yvonne Griffin, Wayne Rogers, Best Appraisals, LLC Kenneth Brown, Lingard Whiteford and Burton Stevenson |
| Pl. Flagstar Bank FSB's First Set of Interrogatories to F.A.B. Appraisals, Yvonne Griffin, Wayne Rogers, Best Appraisals, LLC Kenneth Brown, Lingard Whiteford and Burton Stevenson |
| Answer of Defendants F.A.B. Appraisals, Inc., Yvonne Griffin and Wayne Rogers to Cross-Claim |
| Stipulation of Extension of Time to Respond to Third Party Complaint by All County Title, LLC, Anthony Dabbondonza and Third Party Defendants John Gotshall and Susan Gotshall |
| Flagstar Bank FSB's Reply in Support of its Motion for Leave to Amend Complaint |
| Def. First American Title Insurance Company's Interrogatories to Plaintiff |
| Def. First American Title Insurance Company's Request for Production of Documents to Plaintiff |
| ORDER Approving Stipulation of Extension of Time to Respond to Third Party Complaint between All County Title, Anthony J. Dabbondonza and John Gotshall and Susan Gotshall until July 12, 2002 to respond to Third Party Complaint |
| Answer of Best Appraisals, LLC and Kenneth Brown to Defendant F.A.B. Appraisals, Inc.'s Motion to Dismiss Cross Claim |
| Answer of Best Appraisals, LLC and Kenneth Brown to Defendants All County Title and Anthony Dabbondonza's Motion to Dismiss Cross-Claim |
| Answer of Defendant First American Title Insurance Company to Cross-Claim of Defendant Lingard Whiteford |
| Answer of Defendant First American Title Insurance Company to Cross-Claim of Defendants Best Appraisals, LLC and Kenneth Brown |
| Answers by John Gotshall and Susan Gotshall to Third Party Complaint |
| Disclosure of Financial Interest by John Gotshall and Susan Gotshall |
| Order approving Stipulation Extending Time by which Best Appraisals, LLC and Kenneth Brown may respond to the Co-Defendants' Motion to Dismiss the Cross Claim |
| Flagstar Bank's Answers to Def. All County Title, LLC's Interrogatories |
| Flagstar Bank's Response to Def. All County Title, LLC's Request for Production of Documents |
| Flagstar Bank's Answers to Def. Best Appraisal, LLC's Interrogatories |
| Defendant All County Title's and Dabbondonza's Reply to Best Appraisals, LLC's and Kenneth Brown's Opposition to Motion to Dismiss Cross-Claim |
| Defendant Lingard Whiteford's Interrogatories to Flagstar Bank |

| |
|---|
| Defendant Lingard Whiteford's First Request for Prod. of Doc to Flagstar Bank |
| Defendant Lingard Whiteford's Interrogatories to Defendant and Cross-Plaintiff Best Appraisals, LLC |
| Defendant Lingard Whiteford's First Request for Production of Documents to Defendant and Cross-Plaintiff Best Appraisals, LLC |
| Flagstar Bank's Designation of Expert Witness With Respect to Damages |
| ORDER by Judge Legg Approving Joint Motion to Modify the Scheduling Order |
| Def. Haskell Mortgage, Inc.'s Answer to Plaintiff's First Set of Interrogatories |
| Order Granting Flagstar Bank's Motion for Protective Order in Connection with Md. Fin. Inst. § 1-304 |
| Answer of Defendants Sovereign Title Company of Maryland, LLC, Elizabeth Brooks and Aura Colon to Cross-Claim of Defendant Lingard Whiteford |
| Flagstar Bank FSB's Answers to First American Title Insurance Company's Interrogatories |
| Flagstar Bank FSB's Responses to First American Title Insurance Company's Request for Production of Documents |
| Order that discovery be stayed, with the exception of written discovery, until mediation is completed |
| Def. Chase Title Co.'s Answer to Best Appraisals, LLC and Kenneth Brown's Cross-Claim |
| Def. Barry Snyder's Answer to Best Appraisals, LLC and Kenneth Brown's Cross Claim |
| Def. Lingard Whiteford's Answers to Pl.'s First Set of Interrogatories |
| Def. Lingard Whiteford's Response to Pl.'s Request for Production of Documents |
| Order of Reference to United States Magistrate Judge Beth P. Gesner re: Settlement or other ADR conference |
| Line filed by Flagstar Bank substituting paragraph 88 of the Second Amended Complaint |
| Flagstar Bank's Answers to Defendant Lingard Whiteford's Interrogatories |
| Flagstar Bank's Responses to Defendant Lingard Whiteford's Request for Production of Documents |
| Order granting Line by Flagstar Bank substituting Southern Title for First American in paragraph 86 of the Second Amended Complaint |
| Order granting Line by Flagstar Bank substituting paragraph 88 of the Second Amended Complaint |
| Letter from Judge Beth P. Gesner requesting Plaintiff to submit a brief letter summarizing loan transactions at issue |
| Letter from AEG to All Counsel & Parties (In accordance with the Protective Order and Judge Legg's Order of 8/8/02; documents sent to Legal Images, Inc. – Document production) |
| Line filed by Flagstar Bank substituting paragraph 86 of the Second Amended Complaint |
| Letter from Charles F. Morgan Re: Lingard Whiteford's Supplemental Answers to Interrogatories and Responses to Production of Documents |
| Motion by First American Title Insurance Company to Compel Discovery to Flagstar Bank |
| Memorandum in Support of Motion to Compel Discovery by First American |
| Stipulation by Flagstar Bank of Dismissal (Dismissing the Gotshall Loan Transaction) |
| Order Approving Stipulation of Dismissal of the Gotshall Loan Transaction |
| Haskell Mortgage, Inc.'s Response to Plaintiff's Request for Production of Documents |
| Letter from Judge Beth Gesner Re: settlement conferences |

| |
|---|
| Letter from Mark W. Schweitzer, counsel for First American Title Insurance Company, to Judge Beth Gesner requesting alternative mediation dates (Dove transactions) |
| Letter from Judge Beth P. Gesner regarding settlement conference (Attendance of Mr. Vander Woude's client's insurance representative) |
| Letter to Judge Beth P. Gesner re: letter to Mr. Vander Woude regarding Flagstar Bank's consent to All County Title's insurance representative in the mediation by telephone |
| Letter to Judge Gesner by J. Edward Martin, counsel for Haskell Mortgage and Haskell Feldman, regarding the attendance of the insurance representative at the settlement conference |
| Flagstar Bank's Subpoena and Notice of Deposition Duces Tecum for Daren K. Gadsden – 11/18/02 @ 10:00 a.m. at GFRHH |
| Proof of Service of Brad Sligh, President, Resident Agent of Allstate Lending Service, Inc. |
| Flagstar Bank's letter to Judge Gesner re: scheduling of settlement conferences |
| Flagstar Bank's letter to Judge Gesner Re: Settlement Conference schedule |
| Flagstar Bank's Notice of Deposition to Chase Title, Inc. c/o David Breschi |
| Flagstar Bank's Affidavit of Service by Mail of the Notice of Deposition Duces Tecum to Chase Title, Inc. |
| Flagstar Bank's Request for Entry of Order of Default against Tracy Heater |
| Flagstar Bank's Request for Entry of Default against Tracy Heater |
| Flagstar Bank's Letter to Judge Legg Re: Hearing on Dispositive Motions set for Friday 11/8/02 |
| Order of Default against Tracy L. Heater |
| Order granting Pl. Flagstar Bank's Request for Entry of Order of Default against Tracy L. Heater |
| Def. Burton Stevenson's Answers to the First Set of Interrogatories from Pl. Flagstar Bank |
| Def. Best Appraisals Answers to Def. and Cross Def. Whiteford's First Set of Interrogatories |
| Def. Best Appraisals Responses to Def. and Cross-Def. Lingard Whiteford's Request for Production of Documents |
| Def. Best Appraisal, LLC's and Kenneth Brown Answers to Pl. Flagstar Bank's First Set of Interrogatories |
| Def. Best Appraisals, LLC's Answer to Pl.'s Request for Production of Documents |
| Plaintiff's Subpoena – Notice of Deposition Duces Tecum: Daren K. Gadsden – 12/30/02 at 10:00 a.m. at GFRH&H with (**served 12/2/02**) |
| Flagstar Bank's Affidavit of Service by Mail of the Notice of Deposition Duces Tecum to Daren K. Gadsden |
| Letter from AEG on behalf of Flagstar Bank to All Counsel (Pl. Flagstar Bank's Production of Documents Re: Charkatz report) |
| Defendant Tracy Heater's Motion to Set Aside Default and to Extend Time to File Answer |
| Defendant Tracy Heater's Memorandum in Support of Tracy L. Heater's Motion to Set Aside Default and for Leave to File Answer |
| Letter from Judge Gesner re: rescheduling settlement conference to March 7, 2003 |
| Letter to Judge Legg stating Flagstar will not oppose Ms. Heater's Motion |
| Heater's Motion to Set Aside Default and to Extend Time to File Answer APPROVED by Judge Legg |
| Defendant, Burton Stevenson's Suggestion of Bankruptcy |
| Order closing motions |

| |
|---|
| Flagstar's Letter to Judge Gesner re: settlement discussions |
| Order postponing settlement conference by Judge Gesner |
| Order granting Suggestion of Bankruptcy by Burton Stevenson |
| Motion to Withdraw Appearance as attorney for Tracey Heater filed by Kathleen Wobber |
| Stipulation of Dismissal against Linguard I. Whiteford, IV |
| Order granting Motion to Withdraw Appearance as attorney filed by Kathleen Wobber |
| Flagstar's letter to Judge Gesner re: proposed scheduling order |
| Paperless order approving Stipulation of Dismissal against Linguard . Whiteford, IV |
| Paperless marginal order approving proposed scheduling order |
| Letter to Judge Gesner from Joseph Edward Martin re: email from court |
| Flagstar Bank's First Set of Interrogatories to Defendant Sovereign Title Company, LLC, Auro Colon and Elizabeth Brooks |
| Letter to Judge Legg from Paul F. Newhouse, Esquire re: extensions |
| Various letters re: document productions by plaintiff |
| Notice of Deposition for Haskell Feldman |
| Electronic filing notice re: Letter Motion for Extension of Time to 7/18/03 to designate any rebuttal expert by counsel for plaintiff by Elizabeth Brooks, Aura Colon, and Sovereign Title |
| Electronic filing Marginal Order granting Extension of Time to 7/18/03 to designate any rebuttal expert |
| Notice of Deposition of Haskell Feldman |
| Notice of Deposition of Sovereign Title Company |
| Notice of Deposition of Aura Colon |
| Notice of Deposition of Elizabeth B. Brooks |
| Subpoena and Notice of Deposition *Duces Tecum* of Maria Sloman |
| Subpoena and Notice of Deposition *Duces Tecum* of Kristina Malkowski |
| Subpoena and Notice of Deposition *Duces Tecum* of Edward Malkowski |
| Subpoena and Notice of Deposition *Duces Tecum* of Witold Malkowski |
| Amended Notice of Deposition of Haskell Mortgage, Inc. |
| Amended Notice of Deposition of Haskell Feldman |
| Plaintiff's Motion for Leave to File Amended Complaint |
| Order Granting Plaintiff's Motion for Leave to File Amended Complaint |
| E-file Notification of filing of Third Amended Complaint |
| Designation of Sovereign's Title expert |