IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| | * | Civil Action No. L01CV2221 |
| v. | * | |
| HASKELL MORTGAGE, INC., et al.. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 10th day of July, 2003, copies of Sovereign Title Company, LLC's Notices to Take Deposition Duces Tecum of Paul R. Cooper and Michael J. Shelton, Esquire were mailed, first class, postage prepaid, to:

Donald A. Rea, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire, Chtd.
409 Washington Avenue, Suite 707
Towson, Maryland 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
1501 Reisterstown Road, Suite 201
Baltimore, Maryland 21208
   and
207 E. Redwood Street, Suite 806
Baltimore, Maryland 21202

_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

Attorneys for Sovereign Title Company, LLC,
Elizabeth Brooks and Aura Colon