IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| | * | Civil Action No. L01CV2221 |
| v. | * | |
| HASKELL MORTGAGE, INC., et al.. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

ANSWER TO THIRD AMENDED COMPLAINT

Now come Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon, three of the Defendants (collectively "Defendants") by their attorneys, David B. Applefeld, H. Scot Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and, for Answer to the Third Amended Complaint (the "Complaint") filed by Flagstar Bank, F.S.B. in the captioned matter and each and every claim contained therein states:

RESPONSE TO NUMBERED PARAGRAPHS IN COMPLAINT

1.      Defendants are not required to respond to the matters set forth in paragraph 1 of the Complaint.

2.      Defendants are not required to respond to the matters set forth in paragraph 2 of the Complaint.

3.      Defendants are not required to respond to the matters set forth in paragraph 3 of the Complaint.

4.      Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 4 of the Complaint, and, therefore, deny them.

5.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 5 of the Complaint, and, therefore, deny them.

6.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 6 of the Complaint, and, therefore, deny them.

7     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 7 of the Complaint, and, therefore, deny them.

8.     With respect to paragraph 8 of the Complaint, Defendants admit that Brooks is an employee of Sovereign Title Company, LLC and conducted one of the settlements on a Mortgage loan transaction at issue in this litigation.  Defendants deny the remainder of the factual allegations contained in paragraph 8 of the Complaint.

9.     With respect to paragraph 9 of the Complaint, Defendants admit that Colon conducted one of the settlements on a Mortgage loan transaction at issue in this litigation.  Defendants deny the remainder of the factual allegations contained in paragraph 9 of the Complaint.

10.     Defendants deny the factual allegations contained in paragraph 10 of the Complaint.

11.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 11 of the Complaint, and, therefore, deny them.

12.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 12 of the Complaint, and, therefore, deny them.

13.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 13 of the Complaint, and, therefore, deny them.

14.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 14 of the Complaint, and, therefore, deny them.

15.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 15 of the Complaint, and, therefore, deny them.

16.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 16 of the Complaint, and, therefore, deny them.

17.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 17 of the Complaint, and, therefore, deny them.

18.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 18 of the Complaint, and, therefore, deny them.

19.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 19 of the Complaint, and, therefore, deny them.

20.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 20 of the Complaint, and, therefore, deny them.

21.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 21 of the Complaint, and, therefore, deny them.

22.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 22 of the Complaint, and, therefore, deny them.

23.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 23 of the Complaint, and, therefore, deny them.

24.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 24 of the Complaint, and, therefore, deny them.

25.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 25 of the Complaint, and, therefore, deny them.

26.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 26 of the Complaint, and, therefore, deny them.

27.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 27 of the Complaint, and, therefore, deny them.

28.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 28 of the Complaint, and, therefore, deny them.

29.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 29 of the Complaint, and, therefore, deny them.

30.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 30 of the Complaint, and, therefore, deny them.

31.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 31 of the Complaint, and, therefore, deny them.

32.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 32 of the Complaint, and, therefore, deny them.

33.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 33 of the Complaint, and, therefore, deny them.

34.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 34 of the Complaint, and, therefore, deny them.

35.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 35 of the Complaint, and, therefore, deny them.

36.    Defendants admit the factual allegations contained in the first sentence of paragraph 36 of the Complaint. Defendants are without knowledge sufficient to form a belief as to the truth of

the factual allegations contained in the remainder of paragraph 36 of the Complaint, and, therefore, deny them.

37.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in the remainder of paragraph 37 of the Complaint, and, therefore, deny them.

38.     Defendants admit the factual allegations contained in the first sentence of paragraph 38 of the Complaint. Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in the remainder of paragraph 38 of the Complaint, and, therefore, deny them.

39.     Defendants admit the factual allegations contained in the first sentence of paragraph 39 of the Complaint. Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in the remainder of paragraph 39 of the Complaint, and, therefore, deny them.

40.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 40 of the Complaint, and, therefore, deny them.

41.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 41 of the Complaint, and, therefore, deny them.

42.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 42 of the Complaint, and, therefore, deny them.

43.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in the first two sentences of paragraph 43 of the Complaint, and, therefore, deny them. Defendants admit the truth of the factual allegations contained in the third sentence of paragraph 43 of the Complaint, and, therefore, deny them. With respect to the fourth

sentence of Paragraph 43 of the Complaint, Defendants deny the allegation that Dove "never brought any funds to the settlement." Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in the remainder of the fourth sentence of paragraph 43 of the Complaint, and, therefore, deny them.

44.    As phrased, Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 44 of the Complaint, and, therefore, deny them.

45.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 45 of the Complaint, and, therefore, deny them.

46.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 46 of the Complaint, and, therefore, deny them.

47.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 47 of the Complaint, and, therefore, deny them.

48.    Defendants deny the factual allegations contained in paragraph 48 of the Complaint.

49.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 49 of the Complaint, and, therefore, deny them.

50.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 50 of the Complaint, and, therefore, deny them.

51.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 51 of the Complaint, and, therefore, deny them.

52.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 52 of the Complaint, and, therefore, deny them.

53.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 53 of the Complaint, and, therefore, deny them.

54.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 54 of the Complaint, and, therefore, deny them.

55.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 55 of the Complaint, and, therefore, deny them.

56.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 56 of the Complaint, and, therefore, deny them.

57.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 57 of the Complaint, and, therefore, deny them.

58.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 58 of the Complaint, and, therefore, deny them.

59.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 59 of the Complaint, and, therefore, deny them.

60.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 60 of the Complaint, and, therefore, deny them.

61.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 61 of the Complaint, and, therefore, deny them.

62.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 62 of the Complaint, and, therefore, deny them.

63.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 63 of the Complaint, and, therefore, deny them.

64.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 64 of the Complaint, and, therefore, deny them.

65.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 65 of the Complaint, and, therefore, deny them.

66.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 66 of the Complaint, and, therefore, deny them.

67.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 67 of the Complaint, and, therefore, deny them.

68.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 68 of the Complaint, and, therefore, deny them.

69.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 69 of the Complaint, and, therefore, deny them.

70.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 70 of the Complaint, and, therefore, deny them.

71.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 71 of the Complaint, and, therefore, deny them.

72.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 72 of the Complaint, and, therefore, deny them.

73.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 73 of the Complaint, and, therefore, deny them.

74.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 74 of the Complaint, and, therefore, deny them.

75.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 75 of the Complaint, and, therefore, deny them.

76.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 76 of the Complaint, and, therefore, deny them.

77.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 77 of the Complaint, and, therefore, deny them.

78.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 78 of the Complaint, and, therefore, deny them.

79.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 79 of the Complaint, and, therefore, deny them.

80.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 80 of the Complaint, and, therefore, deny them.

81.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 81 of the Complaint, and, therefore, deny them.

82.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 82 of the Complaint, and, therefore, deny them.

83.    In response to paragraph 83 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 82 of the Complaint.

84.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 84 of the Complaint, and, therefore, deny them.

85.    Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 85 of the Complaint, and, therefore, deny them.

86.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 86 of the Complaint, and, therefore, deny them.

87.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 87 of the Complaint, and, therefore, deny them.

88.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 88 of the Complaint, and, therefore, deny them.

89.     In response to paragraph 89 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 88 of the Complaint.

90.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 90 of the Complaint, and, therefore, deny them.

91.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 91 of the Complaint, and, therefore, deny them.

92.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 92 of the Complaint, and, therefore, deny them.

93.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 93 of the Complaint, and, therefore, deny them.

94.     In response to paragraph 94 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 93 of the Complaint.

95.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 95 of the Complaint, and, therefore, deny them.

96.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 96 of the Complaint, and, therefore, deny them.

97.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 97 of the Complaint, and, therefore, deny them.

98.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 98 of the Complaint, and, therefore, deny them.

99.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 99 of the Complaint, and, therefore, deny them.

100.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 100 of the Complaint, and, therefore, deny them.

101.     In response to paragraph 101 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 100 of the Complaint.

102.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 102 of the Complaint, and, therefore, deny them.

103.     Defendants deny the factual allegations contained in paragraph 103 of the Complaint.

104.     Defendants deny the factual allegations contained in paragraph 104 of the Complaint.

105.     Defendants deny the factual allegations contained in paragraph 105 of the Complaint.

106.     In response to paragraph 106 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 105 of the Complaint.

107.     Defendants deny the factual allegations contained in paragraph 107 of the Complaint.

108.     Defendants deny the factual allegations contained in paragraph 108 of the Complaint.

109.     Defendants deny the factual allegations contained in paragraph 109 of the Complaint.

110.     Defendants deny the factual allegations contained in paragraph 110 of the Complaint.

111.     Defendants are without knowledge sufficient to form a belief as to the truth of the factual allegations contained in paragraph 111 of the Complaint, and, therefore, deny them.

112.    Defendants deny the factual allegations contained in paragraph 112 of the Complaint.

113.    Defendants deny the factual allegations contained in paragraph 113 of the Complaint.

114.    In response to paragraph 114 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 113 of the Complaint.

115.    Defendants deny the factual allegations contained in paragraph 115 of the Complaint.

116.    Defendants deny the factual allegations contained in paragraph 116 of the Complaint.

117.    Defendants deny the factual allegations contained in paragraph 117 of the Complaint.

118.    Defendants deny the factual allegations contained in paragraph 118 of the Complaint.

119.    In response to paragraph 119 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 118 of the Complaint.

120.    Defendants deny the factual allegations contained in paragraph 120 of the Complaint.

121.    Defendants deny the factual allegations contained in paragraph 121 of the Complaint.

122.    Defendants deny the factual allegations contained in paragraph 122 of the Complaint.

123.    Defendants deny the factual allegations contained in paragraph 123 of the Complaint.

124.    Defendants deny the factual allegations contained in paragraph 124 of the Complaint.

125.    Defendants deny the factual allegations contained in paragraph 124 of the Complaint

126.    In response to paragraph 126 of the Complaint, Defendants adopt and in corporate their responses to the factual allegations set forth in paragraphs 1 through 125 of the Complaint.

127.    Defendants deny the factual allegations contained in paragraph 127 of the Complaint.

128.    Defendants deny the factual allegations contained in paragraph 128 of the Complaint.

129.    Defendants deny the factual allegations contained in paragraph 129 of the Complaint.

130.    Defendants deny the factual allegations contained in paragraph 130 of the Complaint.

131.    Defendants deny the factual allegations contained in paragraph 131 of the Complaint.

132.     Defendants deny the factual allegations contained in paragraph 132 of the Complaint.

133.     Defendants deny the factual allegations contained in paragraph 133 of the Complaint.

134.     Defendants specifically deny any factual allegation contained in the Complaint which has not been previously addressed above.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses:

1.     Defendants raise the defense of collateral estoppel.

2.     Defendants raise the defense of estoppel.

3.     Defendants raise the defense of laches.

4.     Defendants raise the defense of res judicata.

5.     Defendants raise the defense of statute of limitations

6.     Defendants raise the defense of waiver.

7.     Defendants raise the defense of release.

8.     Defendants raise the defense of failure of consideration.

9.     Defendants raise the defense of fraud.

10.     Defendants raise the issue of privilege.

11.     Defendants raise the defense of contributory negligence.

12.     Defendants raise the defense of ultra vires.

13.     Defendants raise the defense of assumption of risk.

14.     Defendants raise the defense of statute of frauds.

15.     Defendants raise the defense of illegality.

16.     Defendants raise the defense of payment.

17.     Defendants raise the defense of averment of the execution of any instrument upon which the Plaintiff's claim is based.

18.     Defendants raise the defense of capacity of the Plaintiff to sue.


## OTHER DEFENSES

1.     The Complaint fails to state a claim upon which relief can be granted.

2.     Plaintiff has failed to mitigate damages.

3.     The Court lacks jurisdiction over the subject matter of the Complaint.

4.     The Court lacks personal jurisdiction over the Defendants.

5.     Venue is not proper.

6.     Plaintiff's have failed to join necessary parties.

WHEREFORE, Defendants, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon request this Honorable Court:

A.     Dismiss the Complaint with costs to be paid by Plaintiff;

B.     Enter judgment for Defendants with costs to be paid by Plaintiff;

C.     Deny any recovery to the Plaintiff;

D.     Award costs, attorneys' fees and expenses to Defendants; and

E.     Provide Defendants with such other and further relief as the Court may deem necessary and proper.


_____/S/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank and Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2003, copies of the foregoing Answer was

mailed, first class, postage prepaid, to:

> Donald A. Rea, Esquire
> Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
> 223 East Redwood Street
> Baltimore, Maryland 21202
>
> J. Edward Martin, Esquire
> Joseph Edward Martin, Esquire, Chtd.
> 409 Washington Avenue, Suite 707
> Towson, Maryland 21204-4918
>
> Michael J. Moran, Esquire
> Law Offices of Michael J. Moran, PC
> 1400 Front Avenue, Suite 202
> Lutherville, Maryland 21093
>
> John T. Henderson, Jr., Esquire
> Craig & Henderson, LLC
> 207 East Redwood Street
> Baltimore, Maryland 21202
>
> J. Steven Lovejoy, Esquire
> Schumaker Williams, PC
> 40 W. Chesapeake Avenue, Suite 405
> Towson, Maryland 21204
>
> John S. Vander Woude, Esquire
> Eccleston & Wolf, P.C.
> 729 E. Pratt Street, 7th Floor
> Baltimore, Maryland 21202
>
> Charles F. Morgan, Esquire
> Hodes, Ulman, Pessin & Katz, P.A.
> 901 Dulaney Valley Road, Suite 400
> Towson, Maryland 21204
>
> William D. Bayliss, Esquire
> Williams, Muller, Clark & Dobbins
> 1021 East Carry Street
> Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida   33324-3279


_____/S/_____
DAVID B. APPLEFELD (#08311)