IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB             *

    Plaintiff              *

                                   *     Civil Action No. L01CV2221
v.
                                   *

HASKELL MORTGAGE, INC., et al..
                                   *

    Defendants
                *      *      *      *      *      *      *

<u>NOTICE OF SERVICE OF DISCOVERY</u>

I HEREBY CERTIFY that on this 24th day of July, 2003, copies of Sovereign Title, LLC's, Elizabeth Brooks' and Aura Colon's Answers to Plaintiff's Interrogatories were mailed, first class, postage prepaid, to:

        Donald A. Rea, Esquire
        Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
        223 East Redwood Street
        Baltimore, Maryland 21202

        J. Edward Martin, Esquire
        Joseph Edward Martin, Esquire, Chtd.
        409 Washington Avenue, Suite 707
        Towson, Maryland 21204-4918

        Michael J. Moran, Esquire
        Law Offices of Michael J. Moran, PC
        1400 Front Avenue, Suite 202
        Lutherville, Maryland 21093

        John T. Henderson, Jr., Esquire
        Craig & Henderson, LLC
        207 East Redwood Street
        Baltimore, Maryland 21202

        J. Steven Lovejoy, Esquire
        Schumaker Williams, PC
        40 W. Chesapeake Avenue, Suite 405
        Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida   33324-3279

_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

Attorneys for Sovereign Title Company, LLC,
Elizabeth Brooks and Aura Colon