IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                     *

    Plaintiff                          *

                                       *      Civil Action No. L01CV2221

v.                                     *

HASKELL MORTGAGE, INC., et al.         *

    Defendants                         *

                   *    *    *    *    *    *    *

CROSS-CLAIM

Now come Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon, three of the

Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott

Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and file this Cross-Claim against Haskell

Mortgage, Inc., Haskell Feldman and Lewis Feldman, (collectively the "Cross-Defendants"), and for

reasons, state:

I.  INDEMNITY

1.      Plaintiff, Flagstar Bank, F.S.B. ("Flagstar"), has filed suit against the Sovereign

Parties and the Cross-Defendants.

2.      Flagstar contends that it was damaged as a result of the acts and omissions of the

Sovereign Parties, the Cross Defendants, and others in connection with certain real estate

transactions. The allegations set forth in Flagstar's Second Amended Complaint as to the Cross-

Defendants are incorporated by reference herein.

3.      The Sovereign Parties deny that Flagstar was damaged as alleged and/or that

Flagstar's alleged damages were caused by any act or omission on the part of the Sovereign Parties.

4.     In the event that Flagstar was damaged, such damages occurred solely as a result of the negligent and/or intentional acts of the Cross-Defendants, without any acts or omissions on the part of the Sovereign Parties contributing thereto.

5.     In the event that the Sovereign Parties are found liable to Flagstar, the Cross-Defendants are liable to the Sovereign Parties for indemnity for the amount of any judgment, plus costs and attorney fees incurred.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon demand judgment, individually, jointly and severally against Haskell Mortgage, Inc., Haskell Feldman, and Lewis Feldman for any judgment entered against Sovereign Title Company, LLC, Elizabeth Brooks and/or Aura Colon in favor of Plaintiff, Flagstar Bank, F.S.B., plus costs and attorneys fees incurred.

## II.  CONTRIBUTION

6.     The Sovereign Parties adopt and incorporate by reference herein the allegations of paragraphs 1-5 of this Cross-Claim.

7.     In the event that the Sovereign Parties are found liable to Flagstar, then the negligent and/or intentional acts and omissions of the Cross-Defendants contributed to the happening of Flagstar's injuries, losses and damages.

8.     In the event that the Sovereign Parties are found liable to Flagstar, then the Cross-Defendants are liable to the Sovereign Parties for their contributive share of any judgment entered in favor of Flagstar against the Sovereign Parties, plus costs and attorney fees incurred.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon demand judgment, individually, jointly and severely against Haskell Mortgage, Inc., Haskell Feldman, and Lewis Feldman for their contributive share of the amount of any judgment entered

against Sovereign Title Company, LLC, Elizabeth Brooks and/or Aura J. Colon in favor of Plaintiff,

Flagstar Bank, F.S.B., plus costs and attorneys fees incurred.


_____/S/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2003, copies of the foregoing Cross-Claim

was mailed, first class, postage prepaid, to:

Donald A. Rea, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire, Chtd.
409 Washington Avenue, Suite 707
Towson, Maryland 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida   33324-3279


_____/S/_____
DAVID B. APPLEFELD (#08311)