IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB      *

    Plaintiff            *

                           *      Civil Action No. L01CV2221

v.

                           *

HASKELL MORTGAGE, INC., et al.      *

    Defendants

          *      *      *      *      *      *      *

<u>MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT</u>

Now come Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon, three of the

Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott

Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and pursuant to F.R.C.P. 14 move for leave to

file the Third-Party Complaint attached hereto as *Exhibit 1,* and for reasons, state:

     1.      Plaintiff, Flagstar Bank, F.S.B. ("Flagstar"), initially filed suit against Sovereign

Parties and each of the Third Party Defendants.  *See* Flagstar's Second Amended Complaint.

     2.      Flagstar contends that it was damaged as a result of the acts and omissions of the

Sovereign Parties, the Third-Party Defendants and others in connection with certain real estate

transactions. The allegations set forth in Flagstar's Second Amended Complaint as to the Third-Party

Defendants are adopted and incorporated by reference herein.

     3.      On June 11, 2003, Flagstar filed a Motion for Leave to File the Third Amended

Complaint removing the Third-Party Defendants as parties in this action and adding additional

claims against the remaining Defendants.

     4.      On June 26, 2003, this Court entered an order granting Flagstar leave to proceed on

its Third Amended Complaint.  Through the Third Amended Complaint, Flagstar seeks to hold The Sovereign Parties liable as alleged co-conspirators and/or participants for the intentional and/or negligent acts and omissions of the Third Party Defendants.

5.      The Sovereign Parties deny that Flagstar was damaged as alleged and/or that Flagstar's alleged damages were caused by any act or omission on the part of the Sovereign Parties.

6.      The Sovereign Parties contend that in the event that Flagstar was damaged, such damages occurred solely as a result of the negligent and/or intentional acts of the Third-Party Defendants, without any acts or omissions on the part of the Sovereign Parties contributing thereto.

7.      Accordingly, the Sovereign Parties have valid indemnity and contribution claims against the Third-Party Defendants.

8.      Each of the Third Party Defendants has been participating in this case (as a party Defendant) since its inception.  But for the filing of the Third-Amended Complaint, each of the Third-Party Defendants would still be a party to this action.  Accordingly, there would be no prejudice in permitting the Sovereign Parties to proceed on their Third-Party Complaint.

9.      On balance, if the Sovereign Parties' Motion is denied, they will be forced to immediately file a separate indemnity and contribution action and move to have that separate action consolidated with this case.

10.     The result would be a waste of judicial resources and would result only in additional costs to the parties.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon request this Court enter an Order granting them leave to file a Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers,

Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc.,

All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title

Insurance Company and Southern Title Insurance Company.


_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2003, copies of the foregoing Motion and

proposed Order were mailed, first class, postage prepaid, to:

Donald A. Rea, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire, Chtd.
409 Washington Avenue, Suite 707
Towson, Maryland 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida  33324-3279


_____/s/_____
DAVID B. APPLEFELD (#08311)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                    *

    Plaintiff                    *

                              *        Civil Action No. L01CV2221

v.                                    *

HASKELL MORTGAGE, INC., et al.        *

    Defendants        *        *        *        *        *        *        *

## ORDER

Upon consideration of Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon's

Motion for Leave to File Third Party Complaint, any opposition thereto and the applicable law, it is

this _____ day of _____, 2003 ORDERED:

    1.    That the Motion be and hereby is GRANTED; and

    2.    That Sovereign Title Company, LLC, Elizabeth Brooks and Aura Colon SHALL be

permitted to file a Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth

Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements,

L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L.

Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title

Insurance Company.

_____
JUDGE