IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
|     Plaintiff | * | |
| | * | Civil Action No. L01CV2221 |
| v. | * | |
| HASKELL MORTGAGE, INC., et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SOVEREIGN TITLE COMPANY, LLC | * |
| and | * |
| ELIZABETH B. BROOKS | * |
| and | * |
| AURA J. COLON | * |
|     Defendants/Third Party Plaintiffs | * |
| v. | * |
| F.A.B. APPRAISALS, INC.<br>8401 Wisconsin Avenue<br>Bethesda, Maryland 20814 | * |
|   SERVE ON: Wayne Rogers<br>                8401 Wisconsin Avenue<br>                Bethesda, Maryland 20814 | *<br><br>* |
| and | * |
| YVONNE GRIFFIN<br>12201 Edgemont Street<br>Silver Spring, Maryland 20902 | *<br><br>* |
| and | * |
| WAYNE ROGERS<br>8401 Wisconsin Avenue<br>Bethesda, Maryland 20814 | *<br><br>* |

2

| | |
|---|---|
| and | * |
| BEST APPRAISALS, LLC<br>129 East Main Street, #201<br>Westminster, Maryland 21157 | *<br><br>* |
|   SERVE ON:  Kenneth Brown<br>                   129 East Main Street, #201<br>                   Westminster, MD 21157 | *<br><br>* |
| and | * |
| KENNETH BROWN<br>129 East Main Street, #201<br>Westminster, Maryland 21157 | *<br><br>* |
| and | * |
| LINGARD WHITEFORD<br>7120 Cunning Circle<br>Baltimore, Maryland 21220 | *<br><br>* |
| and | * |
| VANGUARD SIGNATURE<br>  SETTLEMENTS, LLC<br> f/k/a Vanguard Title & Escrow, L.L.C.<br>205 Ridgeville Boulevard, Suite B<br>Mt. Airy, Maryland 21771 | *<br><br>*<br><br>* |
|   SERVE ON:  Alan N. Gamse<br>                   Semmes, Bowen & Semmes<br>                   16th Floor<br>                   250 Pratt Steet<br>                   Baltimore, Maryland 21201<br>                   Resident Agent | *<br><br>*<br><br>*<br><br>* |
| and | * |
| ALL COUNTY TITLE, LLC<br>608 Baltimore Avenue<br>Towson, Maryland 21204 | *<br><br>* |
|   SERVE ON: Nicholas J. Pistolas<br>                  608 Baltimore Avenue<br>                  Towson, Maryland 21204<br>                  Resident Agent | *<br><br>*<br><br>* |

and
                                                    *
CHASE TITLE, INC.
10 Valley Gate Way                                  *
Baltimore, Maryland 21208
                                                    *
   SERVE ON: Arnold Hyatt
              10 Valley Gate Way                    *
              Baltimore, Maryland 21208
                                                    *
and
                                                    *
TRACY L. HEATER
522 Streaker Road                                   *
Sykesville, Maryland 21784
                                                    *
and
                                                    *
ANTHONY J. DABBONDONZA
7509 Harmans Road                                   *
Harmans, MD 21077
                                                    *
and
                                                    *
BARRY F. SNYDER
1 Wellhaven Circle, Apt. 1215                       *
Owings Mills, Maryland 21117
                                                    *
and
                                                    *
CHICAGO TITLE INSURANCE
 COMPANY                                            *
19 East Fayette Street
Baltimore, Maryland 21202                           *

   SERVE ON: Brian C. Parker                        *
             Parker, Dumler & Kiely, LLP
             36 South Charles Street                *
             Suite 2200
             Baltimore, Maryland 21201              *

and                                                 *

| | |
|---|---|
| SOUTHERN TITLE INSURANCE<br> CORPORATION<br>222 South Peters Road<br>Knoxville, Tennessee 37923<br><br>   SERVE ON: William D. Bayliss, Esq.<br>               Williams, Muller Clark<br>                & Dobbins<br>               Two James Center<br>               1021 East Carry Street<br>               Richmond, VA 23218-1320<br><br>   Defendants/Third-Party Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \*

## THIRD-PARTY COMPLAINT

Now come Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon, three of the Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and file this Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title Insurance Corporation (collectively the "Third-Party Defendants"), and for reasons, state:

### I. INDEMNITY

1.     Plaintiff, Flagstar Bank, F.S.B. ("Flagstar"), has filed suit against the Sovereign Parties and others.

2.     Flagstar contends that it was damaged as a result of the acts and omissions of the Sovereign Parties, the Third-Party Defendants (and/or their agents and employees), and others in

connection with certain real estate transactions. The allegations set forth in Flagstar's Second Amended Complaint as to the Third-Party Defendants are incorporated by reference herein.

    3.    The Sovereign Parties deny that Flagstar was damaged as alleged and/or that Flagstar's alleged damages were caused by any act or omission on the part of the Sovereign Parties.

    4.    In the event that Flagstar was damaged, such damages occurred solely as a result of the negligent and/or intentional acts of the Third-Party Defendants, without any acts or omissions on the part of the Sovereign Parties contributing thereto.

    5.    Accordingly, in the event that the Sovereign Parties are found liable to Flagstar, the Third-Party Defendants are liable to the Sovereign Parties for indemnity for the amount of any judgment, plus costs and attorney fees incurred.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon demand judgment, individually, jointly and severally against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title Insurance Corporation for any judgment entered against Sovereign Title Company, LLC, Elizabeth Brooks and/or Aura Colon in favor of Plaintiff, Flagstar Bank, F.S.B., plus costs and attorneys fees incurred.

## II. CONTRIBUTION

    6.    The Sovereign Parties adopt and incorporate by reference herein the allegations of paragraphs 1-5 of this Third-Party Claim.

7. In the event that the Sovereign Parties are found liable to Flagstar, then the negligent and/or intentional acts and omissions of the Third-Party Defendants contributed to the happening of Flagstar's injuries, losses and damages.

8. Accordingly, in the event that the Sovereign Parties are found liable to Flagstar, then the Third-Party Defendants are liable to the Sovereign Parties for their contributive share of any judgment entered in favor of Flagstar against the Sovereign Parties, plus costs and attorney fees incurred.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon demand judgment, individually, jointly and severely against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title Insurance Corporation for their contributive share of the amount of any judgment entered against Sovereign Title Company, LLC, Elizabeth Brooks and/or Aura Colon in favor of Plaintiff, Flagstar Bank, F.S.B., plus costs and attorneys fees incurred.

.

_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2003, copies of the foregoing Third-Party Claim was mailed, first class, postage prepaid, to:

>Donald A. Rea, Esquire
>Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
>223 East Redwood Street
>Baltimore, Maryland 21202
>
>J. Edward Martin, Esquire
>Joseph Edward Martin, Esquire, Chtd.
>409 Washington Avenue, Suite 707
>Towson, Maryland 21204-4918
>
>Michael J. Moran, Esquire
>Law Offices of Michael J. Moran, PC
>1400 Front Avenue, Suite 202
>Lutherville, Maryland 21093
>
>John T. Henderson, Jr., Esquire
>Craig & Henderson, LLC
>207 East Redwood Street
>Baltimore, Maryland 21202
>
>J. Steven Lovejoy, Esquire
>Schumaker Williams, PC
>40 W. Chesapeake Avenue, Suite 405
>Towson, Maryland 21204
>
>John S. Vander Woude, Esquire
>Eccleston & Wolf, P.C.
>729 E. Pratt Street, 7th Floor
>Baltimore, Maryland 21202
>
>Charles F. Morgan, Esquire
>Hodes, Ulman, Pessin & Katz, P.A.
>901 Dulaney Valley Road, Suite 400
>Towson, Maryland 21204
>
>William D. Bayliss, Esquire
>Williams, Muller, Clark & Dobbins
>1021 East Carry Street
>Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida   33324-3279

_____/s/_____
DAVID B. APPLEFELD (#08311)