UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 29, 2003

MEMORANDUM TO COUNSEL RE:   <u>Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.</u>
Civil #L-01-2221

Dear Counsel:

By Order dated June 26, 2003, the Court granted Flagstar leave to file a third amended complaint, which effectively dismissed several defendants from this case. Pending is a motion for leave to file a third-party complaint filed by Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon (collectively referred to as "Sovereign Title"). The proposed third-party complaint would bring the recently dismissed parties back into the case.

There may be a good reason to add the dismissed parties as third-party defendants, but doing so has the disadvantage of complicating the underlying litigation at a time when it was being streamlined. The Court, therefore, is inclined to grant the motion only if the third-party complaint serves some useful purpose or raises an important protection for Sovereign Title. Accordingly, the Court hereby rules as follows:

(i)  on or before August 6th, any party who objects to granting leave to Sovereign Title shall explain his or her opposition in writing; and

(ii) if there is a cogent objection, then, on or before August 13th, Sovereign Title shall file a written reply that specifies the theory and facts underlying its claims for contribution and indemnification against the prospective third-party defendants.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file