IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB * | |
| Plaintiff, | |
| * | |
| vs. | |
| * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | |
| Defendants.     * | |

\* \* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses with prejudice all claims arising out of the mortgage loan transactions for Mary Cole ('the Cole Transaction), Keith Dove (the "Dove Loan Transaction"), and Eura Grant (the "Grant Loan Transaction"), and Daren Gadsden ('the Gadsden Transaction) as against Defendants Best Appraisals, LLC and Kenneth Brown, Chase Title, Inc. and First American Title Insurance Company, and Barry F. Snyder, Vanguard Signature Settlements, L.L.C., Southern Title Insurance Company, Tracy Heater, All County Title Company and Anthony J. Dabbondonza are hereby dismissed with prejudice and removed as a party to these proceedings.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Charles F. Morgan, Esquire | Donald A. Rea (Federal Bar No.: 23194) |
| Hodes, Ulman, Pessin & Katz, P.A. | Alison E. Goldenberg (Fed Bar No.:024778) |
| (signed copy of document bearing | Gordon, Feinblatt, Rothman, Hoffberger |
| signature of Charles F. Morgan is being |   & Hollander, LLC |
| maintained in office of | 233 East Redwood Street |
| Alison E. Goldenberg) | Baltimore, MD 21202 |
| *Attorneys for Lingard I. Whiteford, IV* | *Attorneys for Plaintiff Flagstar Bank, FSB* |

PLD1868-L931-01

| | |
|---|---|
| _____/s/_____<br>Brian C. Parker, Esquire<br>Parker, Dumler & Kiely, LLP<br>(signed by Alison E. Goldenberg<br>with permission of Brian C. Parker)<br>*Attorneys for Chicago Title Insurance* | _____/s/_____<br>Robert J. Kim, Esquire<br>Mark W. Schweitzer, Esquire<br>(signed copy of document bearing<br>signature of Robert J. Kim is being<br>maintained in office of<br>Alison E. Goldenberg)<br>*Attorneys for First American Title Insurance*<br>  *Company* |
| _____/s/_____<br>Michael J. Moran, Esquire<br>(signed by Alison E. Goldenberg<br>with permission of Michael J. Moran)<br>*Attorneys for Kenneth Brown*<br>  *& Best Appraisal, LLC* | _____/s/_____<br>John T. Henderson, Jr., Esquire<br>(signed by Alison E. Goldenberg<br>with permission of John T. Henderson, Jr.)<br>*Attorneys for Burton Stevenson &*<br>  *B&S Enterprises Appraisal Service* |
| _____/s/_____<br>William D. Bayliss, Esquire<br>(signed copy of document bearing<br>signature of William D. Bayliss is<br>being maintained in office of<br>Alison E. Goldenberg*)*<br>*Attorney for Vanguard Signature Settlements,*<br>  *and Southern Title Insurance Company* | _____/s/_____<br>J. Steven Lovejoy, Esquire<br>(signed by Alison E. Goldenberg with<br>permission from J. Steven Lovejoy)<br>*Attorney for Chase Title, Inc. and*<br>  *Barry F. Snyder* |
| _____<br>David B. Applefeld, Esquire<br><br>*Attorney for Sovereign Title Company, LLC*<br>  *Elizabeth Brooks & Aura J. Colon* | _____/s/_____<br>John S. Vander Woude, Esquire<br>(signed by Alison E. Goldenberg<br>with permission from John S. Vander<br>Woude)<br>*Attorneys for All County Title Company*<br>  *and Anthony J. Dabbondonza* |

/s/
--------------------
Joseph Edward Martin, Esquire
(signed copy of document bearing
signature of J. Edward Martin is being
maintained in office of
Alison E. Goldenberg)
*Attorneys for Haskell Feldman*
  *& Haskell Mortgage, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
|     Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
|     Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>CERTIFICATE OF SERVICE</u>**

HEREBY CERTIFY that on this _____day of _____, 2003, a copy of the Stipulation of Dismissal against Defendants, Best Appraisals, LLC and Kenneth Brown, Chase Title, Inc. and First American Title Insurance Company, and Barry F. Snyder, Vanguard Signature Settlements, L.L.C., Southern Title Insurance Company, Tracy Heater, All County Title Company and Anthony J. Dabbondonza which was electronically filed on _____, 2003, was mailed, first class, postage prepaid, to

    J. Edward Martin, Esq.
    Joseph Edward Martin, Esq. Chtd.
    409 Washington Ave., Suite 707
    Mercantile – Towson Building
    Towson, Maryland  21204-4918

    Michael J. Moran, Esq.
    Law Offices of Michael J. Moran, PC
    1400 Front Avenue, Suite 202
    Lutherville, MD 21093

                                                  _____
                                                  Alison E. Goldenberg