IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses without prejudice all claims arising out of the mortgage loan transactions for Eura Grant (the "Grant Loan Transactions"), Mary Cole (the "Cole Transaction"), Cheryl Moses (the "Moses Transaction") and Keith Dove (the "Dove Transactions") as against Defendants Burton Stevenson and B&S Enterprises Appraisal Service. The Defendants, who are a party to this action solely by virtue of the Cole, Dove, and Moses Loan Transactions, namely Defendants Burton Stevenson and B & S Enterprises Appraisal Service, are hereby dismissed without prejudice and removed as parties to these proceedings.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Charles F. Morgan, Esquire | Donald A. Rea (Federal Bar No.: 23194) |
| Hodes, Ulman, Pessin & Katz, P.A. | Alison E. Goldenberg (Fed Bar No.:024778) |
| (signed copy of document bearing | Gordon, Feinblatt, Rothman, Hoffberger |
| signature of Charles F. Morgan is being | & Hollander, LLC |
| maintained in office of | 233 East Redwood Street |
| Alison E. Goldenberg*)* | Baltimore, MD 21202 |
| *Attorneys for Lingard I. Whiteford, IV* | *Attorneys for Plaintiff Flagstar, FSB* |

/s/    /s/

J. Edward Martin, Esquire
(signed copy of document bearing
signature of J. Edward Martin is being
maintained in office of Alison E. Goldenberg)

*Attorneys for Haskell Feldman*
  *& Haskell Mortgage, Inc.*

Michael J. Moran, Esquire
(signed copy of document bearing
signature of Michael J. Moran is
being maintained in office of
Alison E. Goldenberg)

*Attorneys for Kenneth Brown*
  *& Best Appraisal, LLC*


            /s/
John T. Henderson, Jr., Esquire
(signed copy of document bearing
signature of John T. Henderson, Jr.
is being maintained in office of
Alison E. Goldenberg)
*Attorneys for Burton Stevenson &*
  *B&S Enterprises Appraisal Service*

            /s/
David R. Breschi, Esquire
(signed by Alison E. Goldenberg with
permission from David Breschi)
*Attorney for Chase Title, Inc. and*
  *Barry F. Snyder*


            /s/
William D. Bayliss, Esquire
(signed by Alison E. Goldenberg with
permission from William Bayliss)

*Attorney for Vanguard Signature Settlements,*
  *and Southern Title Insurance Company*

            /s/
John S. Vander Woude, Esquire
(signed by Alison E. Goldenberg
with permission from John S.
Vander Woude)

*Attorneys for All County title Company*
  *and Anthony J. Dabbondonza*


David B. Applefeld, Esquire

*Attorney for Sovereign Title Company, LLC*
  *Elizabeth Brooks & Aura J. Colon*

            /s/
Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
(signed copy of document bearing
signature of Robert J. Kim is being
maintained in office of
Alison E. Goldenberg)
*Attorneys for First American Title Insurance*
  Company

          /s/
_____
Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
(signed by Alison E. Goldenberg
with permission of Brian C. Parker)
*Attorneys for Chicago Title Insurance*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*      \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this ___ day of June, 2003, a copy of the Stipulation of Dismissal against Defendants, Burton Stevenson and B&S Enterprises Appraisal Service, which was electronically filed on _____, was mailed, first class, postage prepaid, to

    J. Edward Martin, Esq.
    Joseph Edward Martin, Esq. Chtd.
    409 Washington Ave., Suite 707
    Mercantile – Towson Building
    Towson, Maryland  21204-4918

    Michael J. Moran, Esq.
    Law Offices of Michael J. Moran, PC
    1400 Front Avenue, Suite 202
    Lutherville, MD 21093

_____
Alison E. Goldenberg