IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses with prejudice all claims arising out of the mortgage loan transaction for Eura Grant ("the Grant Transaction"), as against Defendant Chicago Title Insurance Company ("Chicago Title"). Chicago Title is hereby dismissed with prejudice and removed as a party to these proceedings.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Charles F. Morgan, Esquire | Donald A. Rea (Federal Bar No.: 23194) |
| Hodes, Ulman, Pessin & Katz, P.A. | Alison E. Goldenberg (Fed Bar No.:024778) |
| (signed by Alison E. Goldenberg | Gordon, Feinblatt, Rothman, Hoffberger |
| with permission of Charles F. Morgan) |   & Hollander, LLC |
| | 233 East Redwood Street |
| *Attorneys for Lingard I. Whiteford, IV* | Baltimore, MD 21202 |
| | *Attorneys for Plaintiff Flagstar Bank, FSB* |

| /s/ | /s/ |
|---|---|
| Brian C. Parker, Esquire | Robert J. Kim, Esquire |
| Parker, Dumler & Kiely, LLP | Mark W. Schweitzer, Esquire |
| (signed by Alison E. Goldenberg | (signed copy of document bearing |
| with permission of Brian C. Parker) | signature of Robert J. Kim is being |
| *Attorneys for Chicago Title Insurance* | maintained in office of |
| | Alison E. Goldenberg) |
| | *Attorneys for First American Title Insurance* |
| |   *Company* |

| | |
|---|---|
| _____/s/_____ <br> Michael J. Moran, Esq. <br> (signed copy of document bearing signature of Michael J. Moran is being maintained in office of Alison E. Goldenberg) <br> *Attorneys for Kenneth Brown <br> & Best Appraisal, LLC* | _____/s/_____ <br> John T. Henderson, Jr., Esquire <br> (signed copy of document bearing signature of John T. Henderson is being maintained in office of Alison E. Goldenberg) <br> *Attorneys for Burton Stevenson & <br> B&S Enterprises Appraisal Service* |
| _____/s/_____ <br> William D. Bayliss, Esquire <br> (signed by Alison E. Goldenberg with permission from William Bayliss) <br><br> *Attorney for Vanguard Signature Settlements, <br> and Southern Title Insurance Company* | _____/s/_____ <br> David R. Breschi, Esquire <br> (signed by Alison E. Goldenberg with permission from David Breschi) <br> *Attorney for Chase Title, Inc. and <br> Barry F. Snyder* |
| _____ <br> David B. Applefeld, Esquire <br> *Attorney for Sovereign Title Company, LLC <br> Elizabeth Brooks & Aura J. Colon* | _____/s/_____ <br> John S. Vander Woude, Esquire <br> (signed by Alison E. Goldenberg with permission from John S. Vander Woude) <br><br> *Attorneys for All County title Company <br> and Anthony J. Dabbondonza* |
| _____/s/_____ <br> J. Edward Martin, Esq. <br> (signed copy of document bearing signature of J. Edward Martin is being maintained in office of Alison E. Goldenberg) <br> *Attorneys for Haskell Feldman <br> & Haskell Mortgage, Inc.* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB <br>         Plaintiff, <br><br> vs. <br><br> HASKELL MORTGAGE, INC., *et al*. <br>         Defendants. | * <br> * <br> *    Civil Action No.: L01CV2221 <br> * |

\* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this _____ day of _____, 2003, a copy of the Stipulation of Dismissal against Defendant, Chicago Title Insurance Company, which was electronically filed on _____, 2003, was mailed, first class, postage prepaid, to

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland  21204-4918

Michael J. Moran, Esq.
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, MD 21093

Lewis Feldman

_____
Alison E. Goldenberg