UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC. aka HMI, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**OBJECTION TO THE REQUEST OF SOVEREIGN TITLE, ELIZABETH BROOKS AND AURA COLON FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST CHICAGO TITLE INSURANCE COMPANY**

Defendant, Chicago Title Insurance Company, by its undersigned counsel, files this Objection to the Request of Sovereign Title, Elizabeth Brooks and Aura Colon for Leave to File Third-Party Complaint Against Chicago Title Insurance Company.

1. The present case was instituted by Flagstar Bank, FSB ("Flagstar") against several Defendants who were allegedly directly or indirectly involved in generating and closing several mortgage loans that were originated by Haskell Mortgage, Inc. and subsequently purchased by Flagstar.

2. On April 8, 2002, Flagstar filed an Amended Complaint in which it added a number of additional Defendants to the case. One of the Defendants that was added was Chicago Title Insurance Company ("Chicago Title"). Chicago Title was sued solely in connection with the Grant Loan Transaction.

3. At the time Flagstar filed the Amended Complaint, Flagstar also added Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon (the "Sovereign Title Defendants") as

Defendants. The Sovereign Title Defendants were sued solely in connection with the Dove Loan Transactions.

4. In July of 2003, Flagstar, with the approval of this court, filed a Third Amended Complaint. In the Third Amended Complaint, Flagstar dropped its claims against a number of Defendants, including Chicago Title. Flagstar continued to pursue its claims against the Sovereign Title Defendants.

5. The Sovereign Title Defendants have requested leave to file a Third-Party Complaint against all of the Defendants originally sued by Flagstar, including Chicago Title. In the Third-Party Complaint, the Sovereign Title Defendants allege that if the Sovereign Title Defendants are found liable to Flagstar, the Sovereign Title Defendants are entitled to indemnification or contribution from the third-party defendants. However, the proposed Third-Party Complaint that the Sovereign Title Defendants are seeking to file fails to allege any facts to support its contribution or indemnification claims.

6. There is no conceivable legal or factual basis for the Sovereign Title Defendants to sue Chicago Title for indemnification or contribution. Chicago Title had no involvement in the Dove Loan Transactions. In fact, Chicago Title had no direct involvement in any of the loan transactions at issue in this case. Chicago Title was sued by Flagstar solely because Chase Title Company issued a title policy on behalf of Chicago Title in connection with the Grant Loan Transaction.

7. It is well established that an issuing agent for a title insurance company is not an agent for closing loans. <u>National Mortgage Warehouse LLC v. Bankers First Mortgage Co., Inc.</u>, 190 F. Supp. 2d 774 (D.Md. 2002). Instead, the issuing agent's authority is defined and limited by the contract between the title company and the issuing agent. In this case, Sovereign Title has not alleged (and cannot allege in good faith) that Chase Title Company had authority to act for

Chicago Title for any purpose other than to issue title policies. Thus, no basis exists to hold Chicago Title liable for the Grant Loan Transaction.

8.  Even if Chicago Title could somehow be held liable for Chase Title's actions related to the Grant Loan Transaction, Chicago Title cannot be held liable to the Sovereign Title Defendants for their actions related to the Dove Loan Transactions.

WHEREFORE, Chicago Title requests that the Motion for Leave to File Third-Party Complaint as it relates to Chicago Title be denied.

_____
Brian C. Parker
FEDERAL BAR NO.: 00518
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200, Charles Center South
Baltimore, Maryland 21201
(410) 625-9330

Attorneys for Defendant,
Chicago Title Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___4TH___ day of August, 2003, a copy of the foregoing Objection to Sovereign Title's Request for Leave to File Third-Party Complaint Against Chicago Title Insurance Company was served, via electronic filing, upon all counsel of record and mailed, postage prepaid, to:

Haskell Feldman
9541 N.W. 33rd Manor
Sunrise, Florida 33351

_____
Brian C. Parker