IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE
THIRD-PARTY COMPLAINT OF SOVEREIGN TITLE COMPANY, INC.**

Plaintiff Flagstar Bank, FSB ("Flagstar"), moves pursuant to Pursuant to Fed. R. Civ. P. 12(b)(6) and 14(a) to dismiss or, in the alternative, strike the third-party complaint of Sovereign Title Co., Inc., Aura Colon and Elizabeth Brooks (collectively "Sovereign"), and states as follows.

1.  As a result of the dismissal of Flagstar's civil RICO claims, the only claims remaining against Sovereign concern its own individual conduct. Consequently, there is no basis for third-party claims against defendants that have been dismissed and that were not involved in the loan transactions pertaining to Sovereign.

2.  Sovereign's third-party complaint is more than one year overdue and is highly prejudicial to Flagstar and the settling defendants.

3.  The grounds for this motion are more fully set forth in the accompanying memorandum of law, which is incorporated herein be reference.

WHEREFORE, for all of the foregoing reasons, Sovereign's third-party complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief could be granted or, alternatively, should be stricken pursuant to Fed. R. Civ. P. 14(a).

Respectfully submitted,

_____
Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Fed Bar No.:024778)

Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4000

*Attorneys for Plaintiff Flagstar Bank, FSB*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of August, 2003, a copy of the foregoing motion to dismiss third-party complaint of Sovereign Title Co., Inc., memorandum of law in support thereof, and proposed orders were mailed, first-class, postage prepaid, to David B. Applefeld, Esquire, H. Scott Jones, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201; to J. Edward Martin, Esquire, Joseph Edward Martin, Chtd., 409 Washington Avenue, Suite 707, Mercantile – Towson Building, Towson, Maryland 21204-4918; Michael J. Moran, Esquire, Law Offices of Michael J. Moran, PC, 1400 Front Avenue, Suite 202, Lutherville, Maryland 21093; Charles F. Morgan, Esquire, Hodes, Ulman, Pessin & Katz, P.A., 901 Dulaney Valley Road, Suite 400, Towson, Maryland 21204; William D. Bayliss, Esquire, Williams, Muller, Clark & Dobbins, 1021 East Carry Street, Richmond, Virginia 23218-1320; John T. Henderson, Jr., Esquire, Randall J. Craig, Jr., Esquire, Craig & Henderson, LLC, 207 East Redwood Street, Baltimore, MD 21202; J. Steven Lovejoy, Esquire, Shumaker Williams, PC, 40 W. Chesapeake Avenue, Suite 405, Towson, Maryland 21204; John S. Vander Woude, Esquire, R. Scott Krause, Esquire, Eccleston & Wolf, P.C., 729 East Pratt Street, 7th Floor – Scarlett Place, Baltimore, Maryland 21202; Brian C. Parker, Esquire, Parker, Dumler & Kiely, LLP, 36 South Charles Street, Suite 2200, Baltimore, Maryland 21201; Robert J. Kim, Esquire, Mark W. Schweitzer, Esquire, 6411 Ivy Lane, Suite 200, Greenbelt, Maryland 20770; and Lewis Feldman, 8100 W. W. 10th Street, Building 3, Suite 3100, Plantation, Florida 33324-3279.

_____
~~Donald~~ A. Rea

PLD2749-L627-01                    3