IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is this _____ day of _____, 2003, HEREBY ORDERED that

Plaintiff Flagstar Bank, FSB's motion to dismiss or, in the alternative, strike the third-party

complaint of Sovereign Title Co., Inc., Aura Colon and Elizabeth Brooks is GRANTED, and it is

further ordered that the third-party complaint is dismissed with prejudice pursuant to Fed. R. Civ. P.

12(b)(6).

_____
The Honorable Benson E. Legg
United States District Court for the District of Maryland
   Northern Division