IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is this _____ day of _____, 2003, HEREBY ORDERED that Plaintiff Flagstar Bank, FSB's motion to dismiss or, in the alternative, strike the third-party complaint of Sovereign Title Co., Inc., Aura Colon and Elizabeth Brooks is GRANTED, and it is further ordered that the third-party complaint is stricken from the record pursuant to Fed. R. Civ. P. 14(a).

                                                              _____
                                                              The Honorable Benson E. Legg
                                                              United States District Court for the District of Maryland
                                                                  Northern Division