1

1  IN THE UNITED STATES DISTRICT COURT

2  DISTRICT OF MARYLAND

3  (Northern Division)

4  ------------------------------------X

5  FLAGSTAR BANK, FSB                  :     ORIGINAL

6           Plaintiff                  :

7      v.                              : Civil Action No.:

8  HASKELL MORTGAGE, INC.,             :    L01 CV 2221

9  et al.,                             :

10          Defendants                 :

11 ------------------------------------X

12

13          Deposition of KEITH L. DOVE

14          Baltimore, Maryland

15          Friday, April 19, 2002

16          10:09 a.m.

17

18

19 Job No.: 9767-5

20 Pages 1 - 92

21 Reported by: Charlotte A. Burke, RPR, CRR

22 EXHIBIT B



**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

9

1    A    LabCorp.

2    Q    And how long did you work for LabCorp?

3    A    Nine years.

4    Q    I'm mainly interested in two properties that
5    you purchased, 3905 Fait Avenue in Baltimore, Maryland
6    and 719 South Conkling Street. Are you familiar with
7    these properties?

8    A    Yeah.

9    Q    I'm going to be showing you a lot of papers
10   in connection with these properties and I'll just ask
11   you some questions. We'll start with Fait Avenue. Do
12   you know who the seller of the property was?

13   A    Not offhand.

14   Q    Do you recognize the names Maria Sloman --

15   A    No.

16   Q    -- Scott Dunton?

17   A    Scott Dunton, yes.

18   Q    Okay. How do you know Mr. Dunton?

19   A    My girlfriend used to work for the mortgage
20   company, Haskell Mortgage, and she introduced me to
21   him.

22   Q    And your girlfriend's name?

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

10

1   A   Jennie Kopeck.

2   Q   Does she still work for them?

3   A   She quit, she moved back --

4   Q   Do you know when she quit?

5   A   -- back to Chicago.

6   Q   Oh, okay. Do you know when she quit working
7   for them?

8   A   I can't give you a date.

9   Q   Do you know if it was in the year 2001,
10  2000?

11  A   2000, 2000.

12  Q   As far as -- you said that she introduced
13  you to Haskell Mortgage. Did she introduce you to
14  Scott Dunton?

15  A   Yes.

16  Q   Or how did --

17  A   Yeah, she worked there so she introduced me
18  to everyone in the office.

19  Q   Okay. Do you remember who you met at the
20  office? Maybe I can help refresh your recollection.
21  How about Haskell Feldman, did you meet with him?

22  A   Yes.

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

11

1    Q    Lewis Feldman?

2    A    Yes.

3    Q    Eric Becker?

4    A    Yes.

5    Q    Lewis Becker -- actually, you may not have
6 met Lewis Becker because he may not actually exist.
7 Scott Smith?

8    A    I can't recall him.

9    Q    Okay. When you first were introduced to
10 Haskell Mortgage, who did you deal with mostly? You
11 said you were familiar with all those people but did
12 you deal with one person more than another?

13   A    Lewis.

14   Q    Can you explain to me what happened after
15 you met Lewis Feldman and how you got involved with
16 the loan?

17   A    Well, see, my girlfriend worked there and we
18 were living together, buying the house, and she
19 basically said that we could buy these properties, I
20 didn't have to worry about anything, we'd buy them and
21 sell them. And that's how I got involved in all this.
22 She said she'd take care of all the paperwork, so I

20

```
 1        A    -- because we called him at Haskell Mortgage
 2   and he was there but he didn't want to talk.
 3        Q    Okay.  So you'd call and you'd always get
 4   the run around --
 5        A    Right.
 6        Q    -- after you bought the property?
 7        A    You'd call his cell phone, he wouldn't
 8   return calls, he wouldn't answer.
 9        Q    Okay.  Whose idea was it to flip the
10   properties?
11        A    Jennie's -- the red hair guy.
12        Q    And did they tell you that you were going to
13   make any money off of it or --
14        A    Yeah.
15        Q    And what did they promise that you would
16   get?
17        A    Well, we paid however much for the house, he
18   said we could make ten grand or more.
19        Q    And did you ever get that money?
20        A    No.
21        Q    Did they promise this ten grand after the
22   settlement of the property happened or before or at
```

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

21

1  settlement? Do you know when you were supposed to get
2  the ten grand?
3      A    Well, basically after we sold the house we
4  got a portion on completion of the settlement.
5      Q    Okay. Did you ever get that money?
6      A    Yeah.
7      Q    Okay. And do you remember how much that
8  was?
9      A    I want to say about 3,000, I think.
10     Q    Okay. And after you supposedly were going
11 to fix the property --
12     A    And sell it, we would make much more.
13     Q    -- you were going to get another fee? Okay.
14          And did the guy with the red hair say he was
15 going to handle that second transaction with you, the
16 flip?
17     A    Yeah, he'd be in on it and --
18     Q    Okay. And when you called --
19     A    No answer, no --
20     Q    He just -- okay.
21          So going back to Exhibit 3, is this document
22 correct, that you entered into a deed with the

25

1   A   Yes.

2   Q   And the address, that's correct, Scotland

3   Drive at the time?

4   A   Yes.

5   Q   It shows here that you were employed by

6   Creative Energy for ten years?

7   A   No. Never.

8   Q   Before you said you were employed actually,

9   at that time, for LabCorp?

10   A   LabCorp. I have no idea who Creative Energy

11   is.

12   Q   Okay. So this is false?

13   A   Yes.

14   Q   Did anyone from Haskell Mortgage ever

15   discuss with you Creative Energy or having you --

16   A   Jennie and Lewis knew about that, they

17   were --

18   Q   So they, they are the ones who said they

19   were going to handle it?

20   A   Right, right.

21   Q   Don't put that away because we'll still be

22   on it but I have another document to show you.

1        (Dove Deposition Exhibit Number 7 was marked
2   for identification and attached to the transcript.)
3        Q    Mr. Dove, the court reporter has handed you
4   Exhibit Number 7, which looks like pay stubs and W-2s
5   from Creative Energy.  Have you ever seen these
6   documents before?
7        A    Wow.  No.
8        Q    And you've never received any kind of salary
9   from Creative Energy?
10       A    No.
11       Q    And today's the first time you're seeing
12  these documents?
13       A    Yes.
14       Q    Did anyone at Haskell Mortgage tell you that
15  they were going to list Creative Energy on the loan
16  application?
17       A    Lewis and Jennie.
18       Q    Did anyone at Haskell explain to you the
19  loan application?
20       A    No.
21       Q    And do you remember where you signed the
22  loan application?

27

1    A    Was I at Haskell Mortgage?

2    Q    When you signed it did you have opportunity

3 to review it or ask questions about it?

4    A    They just wanted the signature, I trusted

5 them, I guess.

6    Q    Okay.

7         (Dove Deposition Exhibit Number 8 was marked

8 for identification and attached to the transcript.)

9    Q    Just going back quickly to Exhibit 7 for

10 Creative Energy. The W-2 form -- I'll give you a

11 chance to go back there. On Page 118 and 119, the W-2

12 form for 1999 from Creative Energy said that you

13 earned a salary of $81,164. Did you ever receive that

14 salary?

15   A    Oh, no. I wish I did.

16   Q    You wish. Well, me too.

17        And on Page 119 it says that in 1998 from

18 Creative Energy you received $78,800 in salary. Did

19 you ever receive that?

20   A    No.

21   Q    Okay. Mr. Dove, the court reporter handed

22 you Exhibit Number 8. And it shows for the tax period

1999 that your wages were 23,079, is that more in line of what you got?

A   That's it, yeah.

Q   And what about for 1998, the page marked 27, it shows that your wages were 23,160.

A   That's more like it.

Q   That's more in line?

A   Yes.

Q   1997, Page 28.

A   Yeah, okay. I can deal with those numbers.

Q   Yeah. We only wish they were higher.

A   Yeah, I can deal with these numbers.

Q   So these numbers are correct?

A   Yes.

Q   And this is based on your salary from --

A   LabCorp.

Q   LabCorp. And LabCorp is the only job that you had --

A   Yeah.

Q   -- at the time of these loans? Okay.

So had you ever heard of Creative Energy?

A   I had no idea what --

1  day or the day after.

2  Q    Same day as --

3  A    Or the day after. As the loans.

4  Q    Same day as the loans. Okay. Did you ever
make deposits to the account or just withdrawals?

6  A    I made deposits. Actually, if you -- one
deposit will tell how much money I got off the deal,
it should be in it, I think.

9  Q    Okay. Go to maybe page -- or where it says
PROVKD on the bottom.

11  A    Yeah.

12  Q    28. It looks like on May 9th, there's a
deposit of 11,000 --

14  A    That's it.

15  Q    -- $777.

16  A    That's got to be it.

17  Q    So that's the money you got --

18  A    Whatever I got from the deal was put into
her account.

20  Q    Was this money from both Conkling and Fait
Avenue?

22  A    I'm trying to -- I know we had two checks, I

36

1  don't -- that may have been both. I think that may
2  have been both.
3      Q    Okay. And is this the money that they
4  promised you that you'd get after the settlement?
5      A    Yeah.
6      Q    And they meaning Lewis Feldman, the guy with
7  the red hair, and Jennifer?
8      A    Yeah, and Jennifer.
9      Q    At the bottom of the same page, 28, on
10 May 16th, it looks like there's a deposit of 15,395.
11     A    That could have been the second check.
12     Q    Okay. And that's related to either the Fait
13 Avenue or the Conkling property?
14     A    Right.
15     Q    Okay. If we go to Page KD12. In February
16 of 2000, which was a couple of months before the
17 closings on the property, what was the opening balance
18 that you had in your checking account? It shows at
19 top that it was $16.12; is that accurate?
20     A    I couldn't tell you. She handled the
21 checking.
22     Q    So when bank statements were sent --

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

38

1  Q   Okay.  Why don't you take a quick look
2  through at what's been handed to you as Exhibit 13,
3  the bank statements from First Union.  And just let me
4  know if they are accurate.
5  A   Yeah, they look accurate.
6  Q   Okay.  It says on the loan application,
7  Page 113 of Exhibit 5, that you had $35,000 in this
8  account.
9  A   No.
10 Q   Have you ever had --
11 A   No.  I wish, but no.
12 Q   Okay.  So that's not accurate?
13 A   No.
14 Q   And going back to the Provident Bank
15 account -- and this is if you know, since you said
16 that Jennifer handled the bank account.  Do you know
17 if that account had $35,000 in it?
18 A   No.  Not until maybe after we put --
19 Q   After you got the money from the properties?
20 A   Right.
21 Q   But before it didn't?
22 A   No.

46

1  Jennie.

2  Q  On the bottom it tells you total estimated
3  funds needed to close. Did anyone ever discuss those
4  funds with you?

5  A  I was told I didn't have to worry about it.

6  Q  So the total estimated funds for Conkling
7  being 23,227.75 and for Fait Avenue being 24,827.75,
8  you were told you didn't have to worry about it?

9  A  Didn't have to worry about it.

10 Q  And did anyone tell you who was going to pay
11 this?

12 A  I have no -- no, I don't know.

13 Q  At the top of Exhibit 19, it shows First
14 Priority Mortgage is listed. Do you have any idea who
15 First Priority Mortgage is?

16 A  No.

17 Q  So no one ever mentioned it to you?

18 A  I have no recollection of First Priority
19 Mortgage.

20 Q  Do you know who Wayne Rogers is?

21 A  No, I do not.

22 Q  Have you ever heard of the company called

1        A    What's the SCI per invoice that you have
2    circled?
3        Q    That's my question to you.  Do you know what
4    that is?
5        A    No, I wanted to know why you had it circled.
6        Q    You're looking at Exhibit 14.  You have no
7    idea who SCI is?
8        A    No, I saw it on both.
9        Q    It's also on Exhibit --
10       A    15.
11       Q    You don't know who SCI is?
12       A    I have no clue.
13       Q    Okay.  When you said the settlement for both
14   these properties happened the same day, did they
15   happen at the same time or were there two separate
16   settlements --
17       A    Same time.
18       Q    -- where different groups of people came in?
19       A    Same time.
20       Q    Same time.
21       A    Just had a stack of papers to sign.
22       Q    Okay.  Well, let's -- it shows that Maria

Case 1:01-cv-02221-BEL   Document 153-6   Filed 08/05/2003   Page 16 of 19
DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

60

1   Sloman signed.  Was Maria Sloman at the settlement?
2       A    No, I didn't see her.
3       Q    Who was at the settlement, do you remember?
4       A    It was me, Jennie, Scott, Mr. Haskell, his
5   father.
6       Q    Was Lewis there?
7       A    No.
8       Q    So Haskell Feldman was there.  And was
9   anyone from the title company there?
10      A    Yeah, we had it at their office.
11      Q    So their office, Sovereign Title,
12  Pennsylvania Avenue in Towson, do you remember going
13  there?
14      A    Yeah.
15      Q    Now, there were two settlement agents on the
16  Fait Avenue.  There was Elizabeth Brooks, do you
17  remember meeting her?
18      A    Don't remember meeting her.
19      Q    And for the Conkling Street it's a person
20  named Aura Colon, was that person at settlement?
21      A    (Shaking head.)
22      Q    Do you remember --

64

1  title company?
2      A    I remember, Aura was there. I kind of
3  remember her, she was with the title company.
4      Q    Oh, okay. So did this person, Aura, go
5  through both settlement statements or did another
6  person --
7      A    Another person went through.
8      Q    Okay. Okay. So that might have been -- and
9  was it a woman?
10     A    Yeah.
11     Q    So it might have been Elizabeth Brooks,
12 who -- her signature's on the bottom of 107.
13     A    There was only one lady --
14     Q    It was only one woman, settlement agent?
15     A    -- that were at their office. There was two
16 in the office but I only dealt with one. Aura was
17 doing the paperwork. She was bringing me the
18 documents and --
19     Q    So only one of the settlement agents handled
20 both these settlements?
21     A    Right.
22     Q    You didn't see two settlement agents?

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

65

1    A    No.

2    Q    Okay. Did you take anything with you to
3  settlement, any documents?

4    A    Driver's license, that's it.

5    Q    Did you see any money exchanged at
6  settlement?

7    A    I was given a check.

8    Q    Who gave you a check?

9    A    Mr. -- well, Haskell.

10   Q    Was that the check that you later put into
11 your bank account?

12   A    No, no, no.

13   Q    Haskell give you a check?

14   A    He gave me a check and I basically signed it
15 right back over to him. I can't tell you how much it
16 was for.

17   Q    And did you bring cash at settlement?

18   A    Did I bring cash? I didn't bring anything.

19   Q    You didn't bring a check?

20   A    Didn't bring anything.

21   Q    Did you pay any money?

22   A    Didn't pay a thing.

DEPOSITION OF KEITH L. DOVE
CONDUCTED ON FRIDAY, APRIL 19, 2002

66

1    Q    So at the bottom of Exhibit 14, where it
2 says, Line 303, the left-hand side, look on the first
3 page, Page 512 of Exhibit 14.  Exhibit 14.
4    A    Right.
5    Q    Page 512.  It's the first page.  And see
6 where -- it's hard to see because the numbers are
7 small.  Going towards the bottom where it says
8 Line 303.
9    A    Yeah.
10   Q    It says that you are bringing cash in the
11 amount of $30,673.51.
12   A    No.
13   Q    And on the other settlement, same line, 303,
14 Exhibit 15, it said you were bringing cash of
15 32,494.42.
16   A    No.
17   Q    You didn't bring that?
18   A    No.
19   Q    Okay.  And for both of the properties, were
20 you given a check by Haskell Feldman and you signed it
21 over and gave it back to him?
22   A    Right.