IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF FLAGSTAR BANK, FSB's ANSWERS TO DEFENDANT SOVEREIGN TITLE COMPANY, LLC's INTERROGATORIES

Plaintiff Flagstar Bank, FSB ("Flagstar" or "Plaintiff"), by and through its undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, hereby submits the following Answers to Defendant Sovereign Title Company, LLC's ("Sovereign Title"), Interrogatories as follows:

a. The information supplied in these answers is not based solely upon the knowledge of the executing parties, but includes the knowledge of the parties' agents, representatives, and attorneys, unless privileged.

b. The word usage and sentence structure is that of the attorney who in fact prepared these answers and does not purport to be the exact language of the executing party.

c. Flagstar reserves the right to supplement these answers if it obtains other or further information or documentation with respect to these answers to interrogatories.


EXHIBIT D

of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 14:** *See* Answer to Interrogatory No. 2.

**INTERROGATORY NO. 15:** Give a complete statement of facts upon which you base your contention in Count VI of the Third Amended Complaint that Sovereign "falsely and fraudulently and with the intent to defraud Flagstar represented to Flagstar that each borrower made the cash at settlement payments set forth in the HUD-1 settlement statements," the identity of each HUD-1 settlement statement you contend was prepared by Sovereign, the factual basis for your contention that any borrower did not make the cash at settlement payments set forth in any such HUD-1 settlement statement prepared by Sovereign, and the factual basis for your contention that any borrower did not make the cash at settlement payments set forth in any such HUD-1 settlement statement prepared by Sovereign, and the factual basis for your contention that Sovereign knew that any such borrower did not make the cash at settlement payments set forth in any HUD-1 settlement statement prepared by Sovereign, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 15:** *See* Answer to Interrogatory No. 2.

**INTERROGATORY NO. 16:** If you contend that Sovereign played any role in connection with the preparation of any loan application for any loan at issue in your Complaint or any amendment thereto, give a complete statement of facts upon which you rely, specifying the nature of each act performed by Sovereign in connection with the preparation of each such loan application, and the identity of the individual of behalf of Sovereign who you contend performed each such act, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 16:** Flagstar objects to this Interrogatory inasmuch as its investigation is ongoing. Flagstar also objects to this Interrogatory to the extent it purports to require the disclosure of a contention prior to the completion of its investigation and discovery. Without waiving these objections, this is not Flagstar's contention at this time.

**INTERROGATORY NO. 17:** If you contend that Sovereign played any role in connection with the preparation of any appraisal for any property at issue in your Complaint or any amendment thereto, give a complete statement of facts upon which you rely, specifying the nature of each act performed by Sovereign in connection with the preparation of each such appraisal and the identity of the individual on behalf of Sovereign who you contend performed each such act, the identity

of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 17:** Flagstar objects to this Interrogatory inasmuch as its investigation is ongoing. Flagstar also objects to this Interrogatory to the extent it purports to require the disclosure of a contention prior to the completion of its investigation and discovery. Without waiving these objections, this is not Flagstar's contention at this time.

**INTERROGATORY NO. 18:** Give a complete statement of facts upon which you base your contention in Count VI of the Third Amended Complaint that Sovereign "falsely and fraudulently and with the intent to defraud Flagstar represented to Flagstar that each borrower had income and assets set forth in their loan applications," specifying the identity of the person who on behalf of Sovereign allegedly made such representation, the identity of the person to whom such representation was made, the manner in which such representation was made (oral or written), the date of the representation, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 18:** *See* Answer to Interrogatory No. 2.

**INTERROGATORY NO. 19:** Give a complete statement of facts upon which you base your contention in Count VIII of the Third Amended Complaint that each current and former defendant in this litigation committed acts which constituted "racketeering activity," specifying each act which you contend constituted "racketeering activity," the identity of the person who committed each act, the date thereof, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 19:** *See* Answer to Interrogatory No. 2

**INTERROGATORY NO. 20:** Give a complete statement of facts surrounding any claim for damages that is being made, specifying an itemized statement of all expenses and losses paid or incurred by you as a result of the wrongs alleged, specifying which items have been paid, and by whom, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

PLD0941-L658-03

- 23 -

As to Answers:

I hereby affirm under the penalties of perjury that the foregoing is true and correct to the best of my understanding, knowledge and belief.

_____
Mark Stevens,
Senior Vice President and Human
Resources Director