IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT LINGARD WHITEFORD'S OPPOSITION TO THE MOTION OF SOVEREIGN TITLE COMPANY, LLC, ELIZABETH BROOKS AND AURA J. COLON FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Lingard Whiteford, Defendant, by his attorney, Charles F. Morgan, hereby opposes the Motion of Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon (the "Sovereign Title Defendants") for Leave to File a Third-Party Complaint against Lingard Whiteford for the following reasons:

1. The causes of action in the lawsuit brought by Flagstar Bank FSB ("Flagstar") against Lingard Whiteford ("Whiteford") involved an allegation that he participated in the appraisal of 2020 Eagle Street, the mortgage loan on which was subsequently purchased by Flagstar (the "Grant Loan Transaction"). Whiteford's alleged involvement in the alleged scheme to defraud Flagstar was limited solely to the Grant Loan Transaction.

2. The proposed Third-Party Complaint which the Sovereign Title Defendants are requesting leave to file fails to allege any facts to support their claims for contribution or indemnification against Whiteford. The Sovereign Title Defendants were sued by Flagstar solely in connection with their alleged involvement in the Dove Loan Transactions. Whiteford is not alleged to have been involved in those transactions. Whiteford was sued by Flagstar in connection with the Grant Loan Transaction solely because his name appeared on an appraisal of

the Eagle Street property notwithstanding that he did not make the appraisal. There is no conceivable basis on which Whiteford could be held liable to the Sovereign Title Defendants for their liability to Flagstar, if any, in connection with the Dove Loan Transactions.

WHEREFORE, Lingard Whiteford requests that the Motion for Leave to File Third-Party Complaint as it relates to Lingard Whiteford be denied.

*[signature]*
Charles F. Morgan
(Federal Bar No. 436)
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
Telephone: 410-938-8800
Facsimile:  410-938-8806

Attorney for Lingard Whiteford

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2003, a copy of Defendant Lingard Whiteford's Opposition to the Motion of Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon for Leave to File Third-Party Complaint was served, via electronic filing, upon all counsel of record and mailed first-class, postage prepaid to:

Haskell Feldman
9541 N.W. 33rd Manor
Sunrise, FL 33351

*[signature]*
Charles F. Morgan