IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
|    Plaintiffs | * | |
| v. | * | CASE NO: L-01CV2221 |
| HASKELL MORTGAGE, INC. *et al.* | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### OPPOSITION TO THE REQUEST OF SOVEREIGN TITLE, ELIZABETH BROOKS AND AURA COLIN FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST ALL COUNTY TITLE, LLC AND ANTHONY DABBONDONZA

Defendants, All County Title, LLC and Anthony J. Dabbondonza, by their attorneys, John S. Vander Woude, R. Scott Krause and Eccleston & Wolf, P.C., hereby opposes the Motion of Sovereign Title, Elizabeth Brooks and Aura J. Colin to file a Third-Party Complaint against All County Title, LLC and Anthony J. Dabbondonza.

1. Flagstar Bank, FSB ("Flagstar") recently filed a Third-Amended Complaint in which it dropped its claim against a number of Defendants, including All County Title, LLC and Anthony J. Dabbondonza. Flagstar continues to pursue its claims against the Sovereign Title Defendants.

2. The only loan transaction in which All County Title, LLC and Anthony J. Dabbondonza were involved was the "Gadsden" loan transaction in which the settlement was conducted by All County Title, LLC and Anthony J. Dabbondonza. None of the Sovereign Title Defendants were involved in the Gadsden loan transaction.

3. Neither All County Title, LLC or Anthony Dabbondonza were involved in any of the loan transactions at issue in this litigation in which the Sovereign Title Defendants were

involved. As a result, there is no basis for any claim for indemnification or contribution by the Sovereign Title Defendants against All County Title, LLC and/or Anthony J. Dabbondonza.

4.  The proposed Third-Party Complaint of the Sovereign Title Defendants acknowledges this fatal flaw when it acknowledges that its claims for indemnification and contribution are based upon allegations in the <u>Second</u> Amended Complaint of Flagstar, not the Third-Amended Complaint. <u>See</u>, Sovereign Title's Third-Party Complaint at ¶2.

WHEREFORE, Defendants All County Title, LLC and Anthony J. Dabbondonza request that Sovereign Title's Motion for Leave to File Third-Party Complaint as it relates to these Defendants be denied.

Respectfully submitted,

*[signature]*

John S. Vander Woude, (Federal Bar No. 04882)
R. Scott Krause, (Federal Bar No. 23667)
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474
*Attorneys for Defendants, All County Title, LLC and Anthony J. Dabbondonza*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of August, 2003 a copy of the aforegoing Opposition to the Request of Sovereign Title, Elizabeth Brooks and Aura Colin for Leave to File Third Party Complaint Against All County Title, LLC and Anthony Dabbondonza was mailed first class, postage prepaid, to:

Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
Hofferberger & Holander, LLC
233 East Redwood Street
Baltimore, MD 21201
*Attorneys for Plaintiff*

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, P.C.
401 Allegheny Avenue
Towson, Maryland 21204

James A. List, Esquire
Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Attorneys for First American Title
Insurance Company*

David R. Reschi, Esquire
Shumaker Williams, P.C.
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland 21204-4918

David B. Applefeld, Esquire, H. Scott Jones, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

John T. Henderson, Jr., Esquire
Randall J. Craig, Jr., Esquire
Craig & Henderson, LLC
98401 Corporate Drive, Suite 440
Landover, Maryland 20785

William Bayless, Esquire
Williams Mullen Clark & Dobbins
Two James Center
1021 East Carey Street, P.O. Box 1320
Richmond, VA 23218
*Attorneys for Vanguard Signature
Settlement and Tracy Heater*

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201
*Chicago Title Insurance Company*

_____
John S. Vander Woude