

GORDON■FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**DONALD A. REA**
410.576.4290
Fax 410.576.4246
drea@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

August 8, 2003

The Honorable Benson Everett Legg
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re: *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
        Case Number: L01 CV 2221

Dear Judge Legg:

  I am writing on behalf of Plaintiff, Flagstar Bank, FSB ("Flagstar"), in connection with the above-referenced matter. I am enclosing a courtesy copy of a Stipulation of Dismissal wherein Flagstar dismisses Count VIII of the Third Amended Complaint, which count alleges violations of the Racketeer Influenced Corrupt Organizations Act ("RICO") as against all defendants.

  All counsel, excluding two (2) parties, have either authorized me to sign the Stipulation of Dismissal or a signed copy of the Stipulation bearing their signature is being maintained in my office. We have not received a response from Michael J. Moran and Joseph Edward Martin. Additionally, Mr. Applefeld's authorization to sign the Stipulation is contingent upon the Stipulation of Dismissal being "with prejudice," therefore, I am filing the Stipulation of Dismissal with that intent. In addition, I have not received a response from Mr. Lewis Feldman, who is a *pro se* defendant, with regard to the Stipulation.

LTR2101-L931-01



August 8, 2003
Page 2

If I may be of any further assistance to Your Honor, please contact me.

Respectfully submitted,

/s/

Donald A. Rea

Enclosure

cc:    All Counsel and Parties Related

LTR2101-L931-01