IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses Count VIII of the Third Amended Complaint, which count alleges violations of the Racketeer Influenced Corrupt Organizations Act ("RICO") as against all defendants.

Respectfully submitted,

_____         /s/
Lewis Feldman, *pro se*                 _____
                                        Donald A. Rea (Federal Bar No.: 23194)
                                        Alison E. Goldenberg (Fed Bar No.:024778)
                                        Gordon, Feinblatt, Rothman, Hoffberger
                                          & Hollander, LLC
                                        233 East Redwood Street
                                        Baltimore, MD 21202
                                        *Attorneys for Plaintiff Flagstar Bank, FSB*

| | |
|---|---|
| _____/s/_____<br>Brian C. Parker, Esquire<br>Parker, Dumler & Kiely, LLP<br>(signed by Donald A. Rea with permission<br>of Brian C. Parker)<br>*Attorneys for Chicago Title Insurance* | _____/s/_____<br>Robert J. Kim, Esquire<br>Mark W. Schweitzer, Esquire<br>(signed copy of document bearing<br>signature of Robert J. Kim is being<br>maintained in office of Donald A. Rea)<br>*Attorneys for First American Title Insurance*<br>*    Company* |
| _____<br>Michael J. Moran, Esquire<br><br><br>*Attorneys for Kenneth Brown*<br>*    & Best Appraisal, LLC* | _____/s/_____<br>John T. Henderson, Jr., Esquire<br>(signed by Donald A. Rea with permission<br>of John T. Henderson)<br>*Attorneys for Burton Stevenson &*<br>*    B&S Enterprises Appraisal Service* |
| _____/s/_____<br>William D. Bayliss, Esquire<br>(signed by Donald A. Rea with<br>permission of William D. Bayliss)<br><br>*Attorney for Vanguard Signature Settlements,*<br>*    and Southern Title Insurance Company* | _____/s/_____<br>J. Steven Lovejoy, Esquire<br>(signed copy of document bearing<br>signature of J. Steven Lovejoy is being<br>maintained in office of Donald A. Rea)<br>*Attorney for Chase Title, Inc. and*<br>*Barry Snyder* |
| _____/s/_____<br>David B. Applefeld, Esquire<br>(signed by Donald A. Rea with permission<br>of David B. Applefeld)<br>*Attorney for Sovereign Title Company, LLC*<br>*  Elizabeth Brooks & Aura J. Colon* | _____/s/_____<br>John S. Vander Woude, Esquire<br>(signed by Donald A. Rea with permission<br>of John S. Vander Woude)<br>*Attorney for All County Title Company*<br>*  and Anthony J. Dabbondonza* |
| _____/s/_____<br>Charles F. Morgan, Esquire<br>(signed by Donald A. Rea with permission<br>of Charles F. Morgan)<br>*Attorney for Lingard Whiteford* | _____<br>Joseph Edward Martin, Esquire<br>*Attorney for Haskell Feldman and*<br>*Haskell Mortgage, Inc.* |

PLD2078-L931-02