IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB             *

    Plaintiff             *

                                          *       Civil Action No. L01CV2221

v.                              *

HASKELL MORTGAGE, INC., et al.  *

    Defendants            *
                *   *   *   *   *   *   *

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE
<u>THIRD-PARTY COMPLAINT UNDER SEAL</u>**

Now come Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon, three of the Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and file this Motion for Leave to File Reply to Plaintiff, Flagstar Bank, FSB's Motion to Dismiss or in the Alternative to Strike the Third-Party Complaint under seal, and for reasons state:

    1.    On June 25, 2003, the Sovereign Parties filed a Motion for Leave to File their Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title Insurance Company.

    2.    Flagstar has filed a Motion to Dismiss or in the Alternative to Strike the Sovereign Parties' Third-Party Complaint.

    3.    The Sovereign Parties have prepared and are in a position to file a reply (the "Reply") to Flagstar's Motion.

M:\WP\116\sovereign\pleadings\mot.seal.wpd

4. The Sovereign Parties' Reply contains quotes from and exhibits (exhibits 1, 2, and 3) which are among the documents designated by Flagstar in this case as "confidential."

5. Under the Protective Order entered in this case, the Sovereign Parties are precluded from filing their Reply which contains quotes from and exhibits which are among the documents designated by Flagstar in this case as "confidential" unless and until they are granted leave to file that Reply under seal.

6. For purposes of ruling on this Motion, a copy of the Sovereign Parties' Reply with exhibits is being attached to the courtesy copy of this Motion which will be delivered to the trial Judge assigned to this case as <u>Exhibit A</u>.

WHEREFORE, Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon request this Court enter an Order permitting them to file their Reply to Plaintiff, Flagstar Bank, FSB's ("Flagstar") Motion to Dismiss or in the Alternative to Strike the Third-Party Complaint Under Seal.

/s/ David B. Applefeld
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195
*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2003, a copy of the foregoing Motion was served via electronic mailing, to:

Donald A. Rea, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire, Chtd.
409 Washington Avenue, Suite 707
Towson, Maryland 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

and mailed, first class, postage pre-paid to:

>Lewis Feldman
>Washington Mutual Home Mortgage Section
>8100 SW 10th Street, Building 3
>Plantation, Florida 33324-3279

                              _____
                              DAVID B. APPLEFELD (#08311)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB　　　　　　　　＊

　　　Plaintiff　　　　　　　　　　＊

　　　　　　　　　　　　　　　　　＊　　Civil Action No. L01CV2221
v.
　　　　　　　　　　　　　　　　　＊
HASKELL MORTGAGE, INC., et al.
　　　　　　　　　　　　　　　　　＊
　　　Defendants
　　　　　＊　　＊　　＊　　＊　　＊　　＊　　＊

## ORDER

Upon consideration of Sovereign Title Company, LLC, Elizabeth Brooks and Aura J. Colon's Motion for Leave to File Reply to Flagstar Bank, FSB's Motion to Strike or, in the Alternative to Dismiss the Third-Party Complaint Under Seal, and the applicable law, it is this _____ day of _____, 2003 ORDERED:

1.　　　That the Motion be and hereby is GRANTED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE

M:\WP\116\sovereign\pleadings\mot.seal.wpd