```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

       AUG 1 1 2003
        AT BALTIMORE
     CLERK U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY                        DEPUTY
```

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FLAGSTAR BANK, FSB                              Civil Action No. L01-CV-2221

      Plaintiff,

Vs

HASKELL MORTGAGE, INC., et al

      Defendants.

---

## SUGGESTION OF BANKRUPTCY

LEWIS FELDMAN, Defendant, provides notice of the filing of a Petition under Chapter 7 of the Bankruptcy Code no July 30, 2003 in the United States Bankruptcy Court for the Southern District of Florida, the assignment of Case No. 03-25614 BKC-RBR to that proceeding and the application of the provisions of the automatic stay of U.S.C. Section 362 to further proceedings in this case.

*/s/ Lewis Feldman*
Lewis Feldman

I HEREBY CERTIFY on this __6th__ day of August, 2003, a copy of the above and foregoing Suggestion of Bankruptcy was mailed to Donald A. Rea and Alison E. Goldenberg of Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, the Garrett Building, 233 East Redwood Street, Baltimore, Maryland 21202.

*/s/ Lewis Feldman*
Lewis Feldman