# ADELBERG, RUDOW, DORF & HENDLER, LLC

ATTORNEYS AT LAW

David B. Applefeld

dapplefeld@adelbergrudow.com

also a member of:
District of Columbia Bar
Colorado Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

August 1, 2003

**VIA FACSIMILE AND U.S. FIRST CLASS MAIL**
Donald A. Rea, Esquire
Allison Goldenberg, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

Re: Flagstar Bank, FSB v.
Haskell Mortgage, Inc., et al.
Civil Action No.: L01CV2221

Dear Donald and Allison:

I received your client's Answers to Interrogatories and Response to Request for Production. They are grossly deficient. Under the Local Rule 104(7) I am required to have a discovery conference with you in an attempt to resolve this issue prior to filing a Motion to Compel. I would like to accomplish this next week, so other discovery in this case is not delayed.

Please get back to me with a list of available dates and times.

Very truly yours,

David B. Applefeld

DBA/ps
cc:  J. Edward Martin, Esquire
     Michael J. Moran, Esquire
     John T. Henderson, Jr., Esquire
     J. Steven Lovejoy, Esquire
     John S. Vander Woude, Esquire
     Charles F. Morgan, Esquire
     William D. Bayliss, Esquire

EXHIBIT 4

## ADELBERG, RUDOW, DORF & HENDLER, LLC

Donald A. Rea, Esquire
Alison Goldenberg, Esquire
August 1, 2003
Page 2

Paul F. Newhouse, Esquire
Brian C. Parker, Esquire
Robert J. Kim, Esquire

M:\WP\116\sovereign\sec\Rea1.ltr.wpd

## ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

David B. Applefeld

dapplefeld@adelbergrudow.com

also a member of:
District of Columbia Bar
Colorado Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

August 7, 2003

**VIA FACSIMILE AND U.S. FIRST CLASS MAIL**
Donald A. Rea, Esquire
Allison Goldenberg, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

Re:  Flagstar Bank, FSB v.
     Haskell Mortgage, Inc., et al.
     Civil Action No.: L01CV2221

Dear Counsel:

Reference is made to my fax to each of you on August 1, 2003 and my voice mail message to Mr. Rea on August 4, 2003, to which I have not received a response. As I advised, there are serious deficiencies in the Answers to Interrogatories and Response to Request for Production provided by your client. Under the Local Rule 104(7) we are required to have a discovery conference an attempt to resolve these issues prior to filing a Motion to Compel. Given the discovery deadline, this needs to be accomplished this week. I wrote to you on August 1st and left you a message on August 4th. If I do not hear from you I will have no alternative but to file my Motion and certify to the Court that you refused to meet to discuss the issue.

Please call me.

Very truly yours,

David B. Applefeld

DBA/ps
cc:  J. Edward Martin, Esquire
     Michael J. Moran, Esquire
     John T. Henderson, Jr., Esquire


## ADELBERG, RUDOW, DORF & HENDLER, LLC

Donald A. Rea, Esquire
Alison Goldenberg, Esquire
August 7, 2003
Page 2

    J. Steven Lovejoy, Esquire
    John S. Vander Woude, Esquire
    Charles F. Morgan, Esquire
    William D. Bayliss, Esquire
    Paul F. Newhouse, Esquire
    Brian C. Parker, Esquire
    Robert J. Kim, Esquire

M:\WP\116\sovereign\sec\Rea3.ltr.wpd