IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                          *

        Plaintiff,                         *

v.                                          *     Civil Action No.:  L01CV2221

HASKELL MORTGAGE, INC., et al.              *

        Defendants.                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF FLAGSTAR BANK, FSB's ANSWERS TO DEFENDANT SOVEREIGN TITLE COMPANY, LLC's INTERROGATORIES

        Plaintiff Flagstar Bank, FSB ("Flagstar" or "Plaintiff"), by and through its undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, hereby submits the following Answers to Defendant Sovereign Title Company, LLC's ("Sovereign Title"), Interrogatories as follows:

        a.     The information supplied in these answers is not based solely upon the knowledge of the executing parties, but includes the knowledge of the parties' agents, representatives, and attorneys, unless privileged.

        b.     The word usage and sentence structure is that of the attorney who in fact prepared these answers and does not purport to be the exact language of the executing party.

        c.     Flagstar reserves the right to supplement these answers if it obtains other or further information or documentation with respect to these answers to interrogatories.



**EXHIBIT**

5

**INTERROGATORY NO. 20:**    Give a complete statement of facts surrounding any claim for damages that is being made, specifying an itemized statement of all expenses and losses paid or incurred by you as a result of the wrongs alleged, specifying which items have been paid, and by whom, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 20:** At a minimum, Flagstar has suffered compensatory damages in the amount of the outstanding loans. In addition, Flagstar was induced into paying premiums, charges and fees in connection with the loan transactions and attorneys' fees in an amount to be determined at trial. Flagstar also has suffered and will continue to suffer other consequential and incidental damages to be determined at trial, including, but not limited to, the costs and expenses associated with investigation and disclosure of the fraud, defaults under the loan documents and foreclosure proceedings in connection with the same, and other costs and expenses. Finally, Flagstar is entitled to punitive and treble damages in an amount to be determined at trial. *See* Joel Charkatz's Report for figures pertaining to each loan which is available for inspection and copying at your expense at Legal Images.