IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FLAGSTAR BANK'S ANSWERS TO
## AURA COLON'S INTERROGATORIES

Plaintiff Flagstar Bank, FSB ("Flagstar" or "Plaintiff"), by and through its undersigned counsel, responds to the Interrogatories propounded by Defendant Aura Colon ("Colon"), and states:

    a.    The information supplied in these answers is not based solely upon the knowledge of the executing parties, but includes the knowledge of the parties' agents, representatives, and attorneys, unless privileged.

    b.    The word usage and sentence structure is that of the attorney who in fact prepared these answers and does not purport to be the exact language of the executing party.

    c.    Flagstar reserves the right to supplement these answers if it obtains other or further information or documentation with respect to these answers to interrogatories.



EXHIBIT 7

**INTERROGATORY NO. 20:** Give a complete statement of facts surrounding any claim for damages that is being made against Colon, specifying an itemized statement of all expenses and losses paid or incurred by you as a result of the wrongs alleged, specifying which items have been paid and by whom, specifying the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 20:** At a minimum, Flagstar has suffered compensatory damages in the amount of the outstanding balances on the subject loans together with certain expenses as discussed at length in the report of Joel Charkatz. In addition, Flagstar was induced into paying premiums, charges and fees in connection with the loan transactions and attorneys' fees in an amount to be determined at trial. Flagstar also has suffered and will continue to suffer other consequential and incidental damages to be determined at trial, including, but not limited to, the costs and expenses associated with investigation and disclosure of the fraud, defaults under the loan documents and foreclosure proceedings in connection with the same, and other costs and expenses. Finally, Flagstar is entitled to punitive and treble damages in an amount to be determined at trial.