IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
|    Plaintiff | * |
| | *   Civil Action No. L01CV2221 |
| v. | * |
| HASKELL MORTGAGE, INC., et al. | |
| | * |
|    Defendants | |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING SEALED REPLY TO PLAINTIFF'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, TO STRIKE THIRD-PARTY COMPLAINT**

Pursuant to instructions from the Honorable Benson E. Legg's Chambers, the original and complete un-redacted version of Sovereign's Reply to Plaintiff's Motion to Dismiss or, in the alternative, to Strike Third-Party Complaint was filed manually and in a sealed envelope with the Clerk of the United States District Court for the District of Maryland (Northern Division) on August 13, 2003, pending a ruling on Sovereign's Motion to File under Seal filed on August 8, 2003.

                                                                    _____/s/_____
                                                                    DAVID B. APPLEFELD (#08311)
                                                                    H. SCOTT JONES (#27101)
                                                                    ADELBERG, RUDOW, DORF & HENDLER, LLC
                      .                                                 600 Mercantile Bank & Trust Bldg.
                                                                    2 Hopkins Plaza
                                                                    Baltimore, Maryland 21201
                                                                    410-539-5195

*Attorneys for Defendants, Sovereign Title Company,
LLC, Elizabeth Brooks, and Aura J. Colon*