IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                    *

    Plaintiff                         *

                             *    Civil Action No. L01CV2221

v.

                             *

HASKELL MORTGAGE, INC., et al.

                             *

    Defendants

             *     *     *     *     *     *     *

**REPLY TO LINGARD WHITEFORD'S
OPPOSITION TO REQUEST FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Now come Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon, three of the Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and submit this Reply to Lingard Whiteford's Opposition to Request for Leave to File Third-Party Complaint, and for reasons state:

1.      On July 25, 2003, the Sovereign Parties filed a Motion for Leave to File their Third-Party Complaint against Whiteford and others.

2.      As described in the Sovereign Parties' Motion for Leave to File the Third-Party Complaint, each of the Third-Party Defendants had been participating in this litigation as a party Defendant until approximately three weeks prior thereto,[1] when Flagstar was granted leave to file its Third Amended Complaint. In addition to adding a new Defendant and new claims, Flagstar's Third Amended Complaint deleted Lingard Whiteford ("Whiteford") as a named party. This action on the part of Flagstar necessitated the Sovereign Parties' filing of the Third-Party Complaint.

_____

[1]Each of the Third-Party Defendants remains on the Court's and counsel's service list.

3.      Whiteford has objected to this filing on the grounds that "Whiteford was sued by Flagstar in connection with the Grant Loan Transaction solely because his name appeared on an appraisal of the Eagle Street property notwithstanding that he did not make the appraisal." Opposition, pp. 1-2.

4.      Simultaneous to the filing of this Reply, the Sovereign Parties have filed a Reply to Flagstar Bank, FBS's Motion to Dismiss, or in the Alternative, to Strike the Third-Party Complaint, which is adopted and incorporated by reference herein.

5.      In that Reply, the Sovereign Parties have demonstrated that Flagstar is, in fact, pursuing claims against them and seeking to recover damages from them arising out of six (6) separate loans, including the "Grant Loan." As stated in the Reply, the appraisal for this property is especially at issue and for the reasons contained in the Reply, the Sovereign Parties have a potential cause of action against Whiteford for indemnity and contribution.

6.      Nevertheless, if Whiteford provides counsel for the Sovereign Parties with an Affidavit that he had no involvement in performing the appraisal in question, the Sovereign Parties would dismiss its claims against Whiteford.

WHEREFORE, it is respectfully submitted that the Motion for Leave to File the Third-Party Complaint be granted and Whiteford 's Objection thereto be denied.

_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195
*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*

## REQUEST FOR HEARING

Now come Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon, three of the

Defendants, by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf &

Hendler, LLC, and request a hearing on Lingard Whiteford 's Objection to Request for Leave to File

Third-Party Complaint, and their Reply thereto.

_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

*Attorneys for Defendants, Sovereign Title Company,
LLC, Elizabeth Brooks, and Aura J. Colon*

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2003, a copy of the foregoing Reply,

Request for Hearing and proposed Order were served via electronic filing upon:

Donald A. Rea, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202

J. Edward Martin, Esquire
Joseph Edward Martin, Esquire, Chtd.
409 Washington Avenue, Suite 707
Towson, Maryland 21204-4918

Michael J. Moran, Esquire
Law Offices of Michael J. Moran, PC
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093

John T. Henderson, Jr., Esquire
Craig & Henderson, LLC
207 East Redwood Street
Baltimore, Maryland 21202

J. Steven Lovejoy, Esquire
Schumaker Williams, PC
40 W. Chesapeake Avenue, Suite 405
Towson, Maryland 21204

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, Maryland 21202

Charles F. Morgan, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

William D. Bayliss, Esquire
Williams, Muller, Clark & Dobbins
1021 East Carry Street
Richmond, Virginia 23218-1230

Brian C. Parker, Esquire
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201

Robert J. Kim, Esquire
Mark W. Schweitzer, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

and mailed, first class, postage prepaid, to

Lewis Feldman
Washington Mutual Home Mortgage Section
8100 SW 10th Street, Building 3
Plantation, Florida   33324-3279

_____/s/_____
DAVID B. APPLEFELD (#08311)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB                              *

    Plaintiff                                   *

                                                             *       Civil Action No. L01CV2221

v.
                                                             *

HASKELL MORTGAGE, INC., et al.
                                                             *

    Defendants
                 *     *     *     *     *     *     *

<u>ORDER</u>

Upon consideration of Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon's

Motion for Leave to File Third-Party Complaint, Lingard Whiteford 's Opposition to Request for

Leave to File Third-Party Complaint, the Reply thereto, the arguments of counsel and the applicable

law, it is this _____ day of _____, 2003 ORDERED:

    1.    That the Motion for Leave to File Third-Party Complaint be and hereby is

        GRANTED;

    2.    That Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon SHALL be

permitted to file a Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth

Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements,

L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L.

Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company, and Southern

Title Insurance Company; and

    3.    That Lingard Whiteford Insurance Company's Objection to Request for Leave to File

Third-Party Complaint be and hereby is DENIED; and

    4.    That if Lingard Whiteford provides an Affidavit affirming no involvement whatsoever

in the preparation of the appraisal then, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura

J. Colon SHALL DISMISS their Third-Party claims against Lingard Whiteford.

_____
JUDGE