IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
|    Plaintiff | * |
| | *   Civil Action No. L01CV2221 |
| v. | * |
| HASKELL MORTGAGE, INC., et al. | * |
|    Defendants | * |

\* \* \* \* \* \* \*

**REPLY TO ALL COUNTY TITLE, LLC AND ANTHONY DABBONDOZA'S OPPOSITION TO REQUEST FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Now come Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon, three of the Defendants (collectively the "Sovereign Parties"), by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and submit this Reply to All County Title, LLC and Anthony Dabbondoza's Opposition to Request for Leave to File Third-Party Complaint, and for reasons state:

    1.    On July 25, 2003, the Sovereign Parties filed a Motion for Leave to File their Third-Party Complaint against All County Title, LLC, Anthony Dabbondonza and others.

    2.    As described in the Sovereign Parties' Motion for Leave to File the Third-Party Complaint, each of the Third-Party Defendants had been participating in this litigation as a party Defendant until approximately three weeks prior thereto,[1] when Flagstar was granted leave to file its Third Amended Complaint. In addition to adding a new defendant and new claims, Flagstar's Third Amended Complaint deleted All County Title, LLC and Anthony Dabbondonza as named parties. This action on the part of Flagstar necessitated the Sovereign Parties' filing of the Third-

---

[1] Each of the Third-Party Defendants remains on the Court's and counsel's service list.

Party Complaint.    3.    All County Title, LLC and Anthony Dabbondonza have objected to this filing on the grounds that their sole involvement was with the "Gadsen Loan."

4.    Simultaneous to the filing of this Reply, the Sovereign Parties have filed a Reply to Flagstar Bank, FBS's Motion to Dismiss, or, in the Alternative, to Strike the Third-Party Complaint, which is adopted and incorporated by reference herein.

5.    In that Reply, the Sovereign Parties have demonstrated that Flagstar is, in fact, pursuing claims against them and seeking to recover damages from them arising out of six (6) separate loans, including the "Gadsen Loan."

6.    Insofar as the title company, All County Title, LLC and the settlement agent, Anthony Dabbondonza, are concerned, Flagstar asserts in its Third Amended Complaint that:

> The loan file included a HUD-1 settlement statement signed by Gadsden and prepared by Dabbondonza on behalf of All County Title, which indicated that Gadsden paid cash at settlement that, upon information and belief, he did not pay.

*See,* Third Amended Complaint at par. 61.

7.    In addition, Flagstar alleges that the transaction involved a "flip transaction" whereby:

> . . . a prior transaction involving Payson Street occurred on the same day as the Gadsden transaction, thus preventing discovery of the flip. For the first transaction, according to SDAT records, Camden Realty, LLC sold the property to Gadsden for $13,000.00. For the second transaction, Darnell Acree, who is affiliated with Camden Realty, sold the property again to Gadsden on the same day for $55,000.00. The prior sale and the Gadsden sale were recorded on the same day as arms length transactions allegedly representing the fair market value of the property.

*See,* Third Amended Complaint at par. 65.

8.    Hence, the Third-Party Complaint is, in fact, based upon the allegation contained in the Third Amended Complaint and any suggestion to the contrary is simply wrong.

WHEREFORE, it is respectfully submitted that the Motion for Leave to File the Third-Party Complaint be granted and All County Title, LLC and Anthony Dabbondonza's Opposition thereto be denied.

_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*

### REQUEST FOR HEARING

Now come Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon, three of the Defendants, by their attorneys, David B. Applefeld, H. Scott Jones and Adelberg, Rudow, Dorf & Hendler, LLC, and request a hearing on All County Title, LLC and Anthony Dabbondonza's Opposition to Request for Leave to File Third-Party Complaint, and their Reply thereto.

_____/s/_____
DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2003, a copy of the foregoing Reply, Request for Hearing and proposed Order was served via electronic filing only, to:

>Donald A. Rea, Esquire
>Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
>223 East Redwood Street
>Baltimore, Maryland 21202

>J. Edward Martin, Esquire
>Joseph Edward Martin, Esquire, Chtd.
>409 Washington Avenue, Suite 707
>Towson, Maryland 21204-4918

>Michael J. Moran, Esquire
>Law Offices of Michael J. Moran, PC
>1400 Front Avenue, Suite 202
>Lutherville, Maryland 21093

>John T. Henderson, Jr., Esquire
>Craig & Henderson, LLC
>207 East Redwood Street
>Baltimore, Maryland 21202

>J. Steven Lovejoy, Esquire
>Schumaker Williams, PC
>40 W. Chesapeake Avenue, Suite 405
>Towson, Maryland 21204

>John S. Vander Woude, Esquire
>Eccleston & Wolf, P.C.
>729 E. Pratt Street, 7th Floor
>Baltimore, Maryland 21202

>Charles F. Morgan, Esquire
>Hodes, Ulman, Pessin & Katz, P.A.
>901 Dulaney Valley Road, Suite 400
>Towson, Maryland 21204

>William D. Bayliss, Esquire
>Williams, Muller, Clark & Dobbins
>1021 East Carry Street
>Richmond, Virginia 23218-1230

        Brian C. Parker, Esquire
        Parker, Dumler & Kiely, LLP
        36 South Charles Street, Suite 2200
        Baltimore, Maryland 21201

        Robert J. Kim, Esquire
        Mark W. Schweitzer, Esquire
        6411 Ivy Lane, Suite 200
        Greenbelt, Maryland 20770

and was mailed, first class, postage pre-paid to:

        Lewis Feldman
        Washington Mutual Home Mortgage Section
        8100 SW 10th Street, Building 3
        Plantation, Florida   33324-3279


                                    _____/s/_____
                                    DAVID B. APPLEFELD (#08311)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLAGSTAR BANK, FSB | * |
| Plaintiff | * |
| | *   Civil Action No. L01CV2221 |
| v. | * |
| HASKELL MORTGAGE, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon's Motion for Leave to File Third-Party Complaint, All County Title, LLC and Anthony Dabbondonza's Opposition to Request for Leave to File Third-Party Complaint, the Reply thereto, the arguments of counsel and the applicable law, it is this _____ day of _____, 2003 ORDERED:

1. That the Motion for Leave to File Third-Party Complaint be and hereby is GRANTED;

2. That Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon SHALL be permitted to file a Third-Party Complaint against Yvonne Griffin, Best Appraisals, LLC, Kenneth Brown, Lingard Whiteford, F.A.B. Appraisals, Inc, Wayne Rogers, Vanguard Signature Settlements, L.L.C. f/k/a Vanguard Title & Escrow, L.L.C., Chase Title Inc., All County Title, LLC, Tracey L. Heater, Anthony Dabbondonza, Barry F. Snyder, Chicago Title Insurance Company and Southern Title Insurance Company; and

3. That All County Title, LLC and Anthony Dabbondonza's Opposition to Request for Leave to File Third-Party Complaint be and hereby is DENIED.

_____
JUDGE