IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L-01-CV-2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROTECTIVE ORDER

Upon consideration of Plaintiff Flagstar Bank, FSB's motion for protective order, and pursuant to Fed. R. Civ. Proc. 26(c), it is HEREBY ORDERED that Plaintiff's motion is GRANTED, and a protective is hereby issued prohibited the deposition of Paul Cooper as noted by Defendant Sovereign Title Company, LLC.

_____
The Honorable Benson E. Legg
United States District Court for
the District of Maryland, Northern Division