# EXHIBIT A

# United States District Court

DISTRICT OF **MARYLAND**

FLAGSTAR BANK, FSB

V.

HASKELL MORTGAGE, INC., et al.

**DEPOSITION SUBPOENA**

CASE NUMBER: L01CV2221

SUBPOENA FOR
[X] PERSON    [X] DOCUMENT(S) or OBJECT(S)

TO: Paul R. Cooper
Alex Cooper Auctioneers, Inc.
908 York Road
Towson, Maryland 21204

YOU ARE HEREBY COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| Adelberg, Rudow, Dorf & Hendler, LLC<br>600 Mercantile Bank and Trust Building<br>2 Hopkins Plaza<br>Baltimore, Maryland 21201 | August 22, 2003<br>1:30 p.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

PLEASE SEE ATTACHED NOTICE TO TAKE DEPOSITION DUCES TECUM

☐ Please see additional information on reverse

Any subpoenaed organization not a party to this suit is hereby admonished pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, to file a designation with the court specifying one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and setting forth, for each person designated, the matters on which he will testify or product documents or things. The persons so designated shall testify as to matters known or reasonably available to the organization.

U.S. MAGISTRATE OR CLERK OF COURT
**JOSEPH A. HAAS**

(BY) DEPUTY CLERK

DATE

This subpoena is issued upon application of the:

☐ Plaintiff    [X] Defendant    ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
David B. Applefeld
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER 410-539-5195

*If not applicable, enter "none"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L01CV2221 |
| | * | |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE TO TAKE DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that on Friday August 22, 2003 at 1:30 p.m. at the offices of Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201, Defendant, Sovereign Title Company, LLC ("Sovereign"), will, upon oral examination, take the deposition, pursuant to F.R.C.P. 30 before a Notary Public, or some other officer authorized by law, to continue from day to day until complete of the following person:

> Paul R. Cooper
> Alex Cooper Auctioneers, Inc.
> 908 York Road
> Towson, Maryland 21204

The witness is instructed to appear and, pursuant to Rule 2-412, produce the following records:

### DEFINITIONS

A.  As used herein, the terms "you," "your," and/or "Cooper" refers to Paul R. Cooper, Alex Cooper Auctioneers, Inc., its officers, directors, agents, servants and employees.

B. As used herein, the term "the Transactions" refers to each transaction which makes up the subject matter of the Complaint filed by Flagstar Bank, F.S.B. in the captioned case, or any amendment thereto.

C. As used herein, the term "Sovereign" refers to the Defendant, Sovereign Title Company, LLC, and, as appropriate in context, its agents, employees and officers.

D. As used herein, the term "Flagstar" refers to Plaintiff, Flagstar Bank, FSB, and, as appropriate in context, its agents, employees and officers.

E. The term "document" or "writing" includes, but is not limited to, any written, printed, typed, recorded, filmed, punched, transcribed, taped or other graphic matter of any kind or nature however produced or reproduced, whether sent or received, including the original, draft, copies, and non-identical copies bearing notations or marks not found on the original, and includes, but is not limited to, all the correspondence records, drawings or blueprints, calculations, memoranda, reports, financial statements, handwritten telegrams, cables, telex messages, tabulations, studies, analyses, evaluations, projections, work appointment books, diaries, lists, comparisons, questionnaires, surveys, charts, graphs, books, pamphlets, articles, magazines, newspapers, booklets, microfilms, microfiche, photographs, tapes or other recordings, punched cards, magnetic tapes, discs, data cells, drums, print-outs, (including IBM or similar cards for information, data or programs), computer generated reports and print-outs, other data compilations from which information can be obtained, tax returns, e-mails, and any other documents defined in Rule 34 of the Federal Rules of Civil Procedure, which is in your custody, possession, and/or control or to which you otherwise have access.

F. A document "relating," "related," "which relates," to any given subject matter means any document that constitutes, pertains to, or in any way directly or indirectly bears upon or deals with that subject, including, without limitation, documents concerning the preparation of documents.

G. If any document request calls for the production of a document which is claimed to be privileged, in lieu of production, state:

    (1)    The reason for withholding it;

(2)   The author of the document;

(3)   Each individual or other person to whom the document indicates the original or a copy has been sent;

(4)   The date of the document;

(5)   The general subject of the document.

H. The documents produced shall be organized and labeled to correspond to the categories in the Federal Rules of Civil Procedure.

## DOCUMENTS AND THINGS TO BE PRODUCED

1.   Your complete file concerning the captioned case, including all documents you have been provided and/or reviewed in connection with any opinion you have formed in this case.

2.   Any professional license you hold.

3.   All documents relating to any communication (oral or written) with any representative of Flagstar.

4.   All documents relating to any communication (oral or written) between you and Donald Rea, Esquire, Alison Goldenberg, Esquire or any representative of the law firm Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, relating to this case.

5.   All documents which relate to your opinions in the captioned case, including all reports.

6.   All documents that relate to any Transaction which is the subject of the Complaint or any amendment thereto.

7.   All documents that relate to any claim for damages which has or is being made as a result of the wrongs alleged in the Complaint or any amendment thereto, regardless if such claims have been settled.

8. All documents relating to any loan which is or has been the subject of the Complaint or any amendment thereto, including the complete loan file and any funding package(s) related thereto.

9. All documents which relate to Flagstar's loan approval and funding process, including but not limited to all manuals, guidelines, policies, procedures, brochures, instructions, requirements and internal memoranda and training materials.

10. All documents which relate to Flagstar's loan purchase and sale process, including but not limited to all manuals, guidelines, policies, procedures, brochures, instructions, requirements and internal memoranda and training materials.

11. All documents which relate to any settlement of any claim with any past or current party to this litigation, including but not limited to any settlement agreement between Flagstar and any past or current party to this case.

12. All documents which relate to your method of calculating any claim for damages which is being made against Sovereign in this litigation.

13. All documents which relate to any fees paid to you by Flagstar, Donald Rea, Esquire, Alison Goldenberg, Esquire or any representative of the law firm Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC for any reason within the past seven (7) years.

14. All documents relating to any appraisal you performed for Flagstar at any time.

DAVID B. APPLEFELD (#08311)
H. SCOTT JONES (#27101)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195
*Attorneys for Defendants, Sovereign Title Company, LLC, Elizabeth Brooks, and Aura J. Colon*