# EXHIBIT
# B

Document3
8/20/03

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265 (Exp. 12-31-86)

## B. TYPE OF LOAN

| | | |
|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [X] Conv. Unins. | 6. File Number: 00-HMI-374 | 7. Loan Number: 99-808-7470 |
| 4. [ ] VA    5. [ ] Conv. Ins. | | 8. Mortgage Insurance Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| KEITH DOVE<br>7715 Scottland Drive<br>Potomac, Maryland 20854 | TIN:<br>Kristina Malkowski a/k/a Krystyna Malkowski, Witold Malkowski, Edward Malkowski   509 S. Luzerne Road<br>Baltimore, Maryland 21224 | Haskell Mortgage, Inc.<br>1501 Reisterstown Road, Suite 201<br>Baltimore, Maryland 21208 |
| G. Property Location<br>719 S. Conkling Street<br>Baltimore, Maryland 21224 | H. Settlement Agent   TIN: 52-2041114<br>Sovereign Title Company of Maryland, LLC<br>Place of Settlement: 301 W. Pennsylvania Ave, Towson, MD 21204 | I. Settlement Date: 5/5/00 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 98,500.00 | 401. Contract sales price | 98,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 10,892.63 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    fm 5/5/00 to 6/30/00 | 180.88 | 406. City/town taxes   fm 5/5/00 to 6/30/00 | 180.88 |
| 107. County taxes     to | | 407. County taxes    to | |
| 108. Assessments      to | | 408. Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 109,573.51 | **420. GROSS AMOUNT DUE TO SELLER** | 98,680.88 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 100.00 | 501. Excess deposit (see instructions) | 100.00 |
| 202. Principal amount of new loan(s) | 78,800.00 | 502. Settlement charges to seller (line 1400) | 5,387.88 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Contrib. to closing costs | | 506. Seller Contrib. to closing costs | |
| 207. Seller's Second Mortgage | | 507. Seller's Second Mortgage | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes     to | | 511. County taxes     to | |
| 212. Assessments      to | | 512. Assessments      to | |
| 213. | | 513. Payoff SCI per Invoice # | 40,064.51 |
| 214. | | 514.    Open Water due | 59.52 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 78,900.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 45,611.91 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross Amount due from borrower (line 120) | 109,573.51 | 601. Gross Amount due seller (line 420) | 98,680.88 |
| 302. Less amounts paid by/for borrower (line 220) | 78,900.00 | 602. Less reductions in amt. due seller (line 520) | 45,611.91 |
| 303. CASH [X] FROM   [ ] TO BORROWER | $30,673.51 | 603. CASH   [X] TO   [ ] FROM SELLER | $53,068.98 |

Previous Edition is Obsolete

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6262 and/or Schedule D (Form 1040).

You are required by law to provide Sovereign Title Company with your correct taxpayer identification number. If you do not provide Sovereign Title Company with you correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

Page 1

FLAG 000512

## L. SETTLEMENT CHARGES

| | | | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE | | | $0.00 | @ | 0% | = $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | | | | |
| 701. $1,930.00 | to | O'Conor, Piper & Flynn | (Colleen Schindledecker) | | | | | |
| 702. $2,030.00 | to | O'Conor, Piper & Flynn | (Fred Huesman) | | | | | |
| 703. Commission paid at Settlement | | | | | | | | 3,960.00 |
| 704. Administrative Fee | | to O'Conor, Piper & Flynn | | | | | | 150.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | | | | |
| 801. Loan Origination Fee | | to HMI | | | | | 1,576.00 | |
| 802. Loan Discount | | to Flagstar Bank | | | | | 1,970.00 | |
| 803. Appraisal Fee | | to B & S Appraisal Services | | | | | 450.00 | |
| 804. Credit Report | | to CHD | | | | | 15.75 | |
| 805. Wire fee | | to Flagstar Bank | | | | | 15.00 | |
| 806. Document fee | | to SCI | | | | | 275.00 | |
| 807. Funding fee | | to Flagstar Bank | | | | | 155.00 | |
| 808. Processing fee | | to HMI | | | | | 495.00 | |
| 809. Underwriting fee | | to Flagstar Bank | | | | | 250.00 | |
| 810. Tax Service Fee | | to Flagstar Bank | | | | | 75.00 | |
| 811. Flood Certificate | | to Flagstar Bank | | | | | 25.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | | | |
| 901. Interest from 5/5/00 to 6/1/00 @ $21.86 /day = $590.19 | | | | | | | 590.19 | |
| 902. Mortgage Insurance Premium for months to | | | | | | | | |
| 903. Hazard Insurance Premium for years to | | | | | | | | |
| 904. years to | | | | | | | | |
| 905. | | | | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | | | | |
| 1001. Hazard Insurance | | 7 months@ | $35.00 | per month | | | 245.00 | |
| 1002. Mortgage Insurance | | months@ | | per month | $0.00 | | | |
| 1003. City property taxes | | 11 months@ | $98.39 | per month | | | 1,082.29 | |
| 1004. County property taxes | | months@ | | per month | $0.00 | | | |
| 1005. Annual assessments | | months@ | | per month | $0.00 | | | |
| 1006. | | months@ | | per month | $0.00 | | | |
| 1007. | | months@ | | per month | $0.00 | | | |
| 1008. Aggregate adjustment | | | | | | | (13.28) | |
| **1100. TITLE CHARGES** | | | | | | | | |
| 1101. Settlement or closing fee | to | Sovereign Title Company | | | | | 795.00 | |
| 1102. Abstract or title search/lien | to | H. Millier via Bristol Title Company | | | | | 200.00 | |
| 1103. Title examination | to | Bristol Title Company | | | | | 75.00 | |
| 1104. Title insurance binder | to | | | | | | 50.00 | |
| 1105. Document preparation | to | Sovereign Title Company | | | | | 495.00 | |
| 1106. Notary fees | to | STC | | | | | 20.00 | |
| 1107. Copies | to | STC | | | | | 50.00 | |
| (includes above items numbers: ) | | | | | | | | |
| 1108. Title Insurance | | to First American Title Insurance Company | | | | | 440.80 | |
| (includes above items numbers: ) | | | | | | | | |
| 1109. Owner's coverage | $98,500.00 | | | | | | | |
| 1110. Lender's coverage | $78,800.00 | | | | | | | |
| 1111. Judgment Reports | | to Chicago Title | (Bristol Title) | | | | | |
| 1112. Lien Certificates | | to Director of Finance | | | | | | |
| 1113. Courier | | to STC | | | | | 50.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | | | |
| 1201. Recording fees: Deed: 25.00. Mortgage: $105.00 Releases $22.00 | | | | | | | 105.00 | 22.00 |
| 1202. City/county tax/stamps: | | $541.75 | | | | | 270.88 | 270.88 |
| 1203. State tax/stamps: | | $492.50 | | | | | 246.25 | 246.25 |
| 1204. Transfer tax city/county | | $1,477.50 | | | | | 738.75 | 738.75 |
| 1205. | | | | | | | | - |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | | | | |
| 1301. Survey | to | Freedom Surveying, Inc. | | | | | 150.00 | |
| 1302. Pest inspection | to | | | | | | | |
| 1303. Processing Fee | to | | | | | | | |
| 1304. Taxes | to | | | | | | | |
| 1305. | to | | | | | | | |
| **1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K)** | | | | | | | $10,892.63 | $5,387.88 |

Settlement is made subject to further adjustment between all parties in the event of errors or omissions in calculations. Sovereign Title, L.L.C. assumes no responsibility for the accuracy of information supplied as to taxes, special assessments or the balance of existing encumbrances.
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Seller(s): _Krystyna Malkowski_ _M. Edward Malkowski_  Buyer(s): _Keith Dove_
Kristina Malkowski a/k/a Krystyna  719 S. Conkling Street  KEITH DOVE
Baltimore, Maryland 21224

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.
SOVEREIGN TITLE COMPANY OF MARYLAND, LLC
301 W Pennsylvania Avenue Towson, MD 21204
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States in this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

Case 1:01-cv-02221-BEL   Document 165-4   Filed 08/20/2003   Page 4 of 5

| A. Settlement Statement | U.S. Department of Housing and Urban Development | CERTIFIED True Text Copy By: [signature] Sovereign Title Co. | OMB No. 2502-0265 (Exp. 12-31-86) |

**B. TYPE OF LOAN**

1. [ ] FHA  2. [ ] FmHA  3. [X] Conv. Unins.  
4. [ ] VA  5. [ ] Conv. Ins.

6. File Number: 00-HMI-372
7. Loan Number: 99-808-7467
8. Mortgage Insurance Case Number:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Keith Dove<br>7715 Scottland Drive<br>Potomac, Maryland 20854 | TIN:<br>Maria Sloman<br>4215 E. Lombard Street<br>Baltimore, MD 21224 | Haskell Mortgage, Inc.<br>1501 Reisterstown Rd #201<br>Baltimore, MD 21208 |

| G. Property Location | H. Settlement Agent  TIN: 52-2041114 |
|---|---|
| 3905 Fait Avenue<br>Baltimore, MD 21224 | Sovereign Title Company of Maryland, LLC |

| Place of Settlement | I. Settlement Date |
|---|---|
| 301 W. Pennsylvania Ave<br>Towson, MD 21204 | 5/5/00 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 103,800.00 | 401. Contract sales price | 103,800.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 11,591.20 | 403. 99/00 RP Taxes $1483.50 POC | |
| 104 | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes  fm 5/5/00 to 6/30/00 | 203.22 | 406. City/town taxes  fm 5/5/00 to 6/30/00 | 203.22 |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 115,594.42 | **420. GROSS AMOUNT DUE TO SELLER** | 104,003.22 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 100.00 | 501. Excess deposit (see instructions) | 100.00 |
| 202. Principal amount of new loan(s) | 83,000.00 | 502. Settlement charges to seller (line 1400) | 4,409.45 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 29,219.85 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Contrib. to closing costs | | 506. Seller Contrib. to closing costs | |
| 207. Seller's Second Mortgage | | 507. Seller's Second Mortgage | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. Pay-off SCI Per Invoice # | 58,800.00 |
| 214. | | 514. Open Water Due | 188.02 |
| 215. | | 515. Open Judgment - District Court | 3,800.20 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 83,100.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 96,517.52 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross Amount due from borrower (line 120) | 115,594.42 | 601. Gross Amount due seller (line 420) | 104,003.22 |
| 302. Less amounts paid by/for borrower (line 220) | 83,100.00 | 602. Less reductions in amt. due seller (line 520) | 96,517.52 |
| 303. CASH [X] FROM  [ ] TO BORROWER | $32,494.42 | 603. CASH  [X] TO  [ ] FROM SELLER | $7,485.70 |

Previous Edition is Obsolete

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax r other transactions, complete the applicable parts of form 4797, Form 6262 and/or Schedule D (Form 1040).

You are required by law to provide Sovereign Title Company with your correct taxpayer identification number. If you do not provide Sovereign Title Company with you correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature  [signature: Maria Sloman]

Page 1



CONFIDENTIAL   FLAG 000196

## L. SETTLEMENT CHARGES

| | | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION | | ED ON PRICE | $0.00 | @ 0.0( | = $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | | | |
| 701. | $1,575.00 | to | O'Conor, Piper & Flynn | | | | |
| 702. | $1,475.00 | to | Farrow & Pucher | | | | |
| 703. Commission paid at Settlement | | | | | | | 3,050.00 |
| 704. | | | | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | | | |
| 801. Loan Origination Fee | | to HMI | | | | 1,660.00 | |
| 802. Loan Discount | | to Flagstar Bank | | | | 2,075.00 | |
| 803. Appraisal Fee | | to B & S Appraisal Services | | | | 450.00 | |
| 804. Credit Report | | to CBD | | | | 15.75 | |
| 805. Document Fee | | to SCI, Inc. | | | | 275.00 | |
| 806. Funding Fee | | to Flagstar Bank | | | | 155.00 | |
| 807. Processing Fee | | to HMI | | | | 495.00 | |
| 808. Wire Fee | | to Flagstar Bank | | | | 15.00 | |
| 809. Underwriting Fee | | to Flagstar Bank | | | | 250.00 | |
| 810. Tax Service Fee | | to Flagstar Bank | | | | 80.00 | |
| 811. Flood Certificate | | to Flagstar Bank | | | | 20.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | | |
| 901. Interest from 5/5 to 6/1/00 @ /day = | | | | | | 621.65 | |
| 902. Mortgage Insurance Premium for months to | | | | | | | |
| 903. Hazard Insurance Premium for years to | | | | | | | |
| 904. years to | | | | | | | |
| 905. | | | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | | | |
| 1001. Hazard Insurance | 13 | months@ | $124.75 | per month | | 1,621.75 | |
| 1002. Mortgage Insurance | | months@ | | per month | $0.00 | | |
| 1003. City property taxes | 5 | months@ | $35.00 | per month | | 175.00 | |
| 1004. County property taxes | | months@ | | per month | $0.00 | | |
| 1005. Annual assessments | | months@ | | per month | $0.00 | | |
| 1006. | | months@ | | per month | $0.00 | | |
| 1007. | | months@ | | per month | $0.00 | | |
| 1008. Aggregate Adjustment | | | | | | (140.00) | |
| **1100. TITLE CHARGES** | | | | | | | |
| 1101. Settlement or closing fee | | to | Sovereign Title Company | | | 795.00 | |
| 1102. Abstract or title search/lien | | to | H. Miller via Bristol Title Company | | | 221.00 | |
| 1103. Title examination | | to | Bristol Title Company | | | 75.00 | |
| 1104. Binder Prep | | to | STC | | | 60.00 | |
| 1105. Document preparation | | to | Sovereign Title Company | | | 495.00 | |
| 1106. Notary fees | | to | STC | | | 20.00 | |
| 1107. Copies | | to | STC | | | 45.00 | |
| (includes above items numbers: | | | | | | | |
| 1108. Title Insurance | | | to First American Title Insurance Company | | | 457.60 | |
| (includes above items numbers: | | | | | | | |
| 1109. Owner's coverage | | $103,800.00 | | | | | |
| 1110. Lender's coverage | | $83,000.00 | | | | | |
| 1111. Judgment Reports | | to Chicago Title | (Bristol Title) | | | | |
| 1112. Lien Certificates | | to Director of Finance | | | | | |
| 1113. Courier | | to STC | | | | 50.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | | |
| 1201. Recording fees: | Deed: | $25.00 | Mortgage: | $105.00 | Releases $36.00 | 130.00 | 36.00 |
| 1202. City/county tax/stamps: | | $570.90 | | | | 285.45 | 285.45 |
| 1203. State tax/stamps | | $519.00 | | | | 259.50 | 259.50 |
| 1204. Transfer tax city/county | | $1,557.00 | | | | 778.50 | 778.50 |
| 1205. | | | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | | | |
| 1301. Survey | | to | Freedom Surveying, Inc. | | | 150.00 | |
| 1302. Pest inspection | | to | | | | | |
| 1303. Processing Fee | | to | | | | | |
| 1304. Taxes | | to | | | | | |
| 1305. | | to | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | | | | $11,591.20 | $4,409.45 |

Settlement is made subject to further adjustment between all parties in the event of errors or omissions in calculations. Sovereign Title, L.L.C. assumes no responsibility for the accuracy of information supplied as to taxes, special assessments or the balance of existing encumbrances.
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Seller(s): Maria Sloman    3905 Fait Avenue    Buyer(s): Keith Dove

etum; for

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

SOVEREIGN TITLE COMPANY OF MARYLAND, LLC
301 W Pennsylvania Avenue Towson, MD 21204

Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States in this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.



CONFIDENTIAL    FLAG 000197