# EXHIBIT
# C

1

1  IN THE UNITED STATES DISTRICT COURT

2  DISTRICT OF MARYLAND

3  (Northern Division)

4  ------------------------------------X

5  FLAGSTAR BANK, FSB                  :      **ORIGINAL**

6          Plaintiff                   :

7          v.                          : Civil Action No.:

8  HASKELL MORTGAGE, INC.,             :      LO1 CV 2221

9  et al.,                             :

10         Defendants                  :

11 ------------------------------------X

12

13         Deposition of KEITH L. DOVE

14         Baltimore, Maryland

15         Friday, April 19, 2002

16         10:09 a.m.

17

18

19 Job No.:  9767-5

20 Pages 1 - 92

21 Reported by:  Charlotte A. Burke, RPR, CRR

22


**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

46

1   Jennie.

2       Q    On the bottom it tells you total estimated

3   funds needed to close.  Did anyone ever discuss those

4   funds with you?

5       A    I was told I didn't have to worry about it.

6       Q    So the total estimated funds for Conkling

7   being 23,227.75 and for Fait Avenue being 24,827.75,

8   you were told you didn't have to worry about it?

9       A    Didn't have to worry about it.

10      Q    And did anyone tell you who was going to pay

11  this?

12      A    I have no -- no, I don't know.

13      Q    At the top of Exhibit 19, it shows First

14  Priority Mortgage is listed.  Do you have any idea who

15  First Priority Mortgage is?

16      A    No.

17      Q    So no one ever mentioned it to you?

18      A    I have no recollection of First Priority

19  Mortgage.

20      Q    Do you know who Wayne Rogers is?

21      A    No, I do not.

22      Q    Have you ever heard of the company called

Case 1:01-cv-02221-BEL   Document 165-5   Filed 09/30/2003   Page 4 of 5

65

1    A    No.

2    Q    Okay.  Did you take anything with you to

3  settlement, any documents?

4    A    Driver's license, that's it.

5    Q    Did you see any money exchanged at

6  settlement?

7    A    I was given a check.

8    Q    Who gave you a check?

9    A    Mr. -- well, Haskell.

10   Q    Was that the check that you later put into

11  your bank account?

12   A    No, no, no.

13   Q    Haskell give you a check?

14   A    He gave me a check and I basically signed it

15  right back over to him.  I can't tell you how much it

16  was for.

17   Q    And did you bring cash at settlement?

18   A    Did I bring cash?  I didn't bring anything.

19   Q    You didn't bring a check?

20   A    Didn't bring anything.

21   Q    Did you pay any money?

22   A    Didn't pay a thing.

66

1    Q    So at the bottom of Exhibit 14, where it

2   says, Line 303, the left-hand side, look on the first

3   page, Page 512 of Exhibit 14.  Exhibit 14.

4    A    Right.

5    Q    Page 512.  It's the first page.  And see

6   where -- it's hard to see because the numbers are

7   small.  Going towards the bottom where it says

8   Line 303.

9    A    Yeah.

10    Q    It says that you are bringing cash in the

11   amount of $30,673.51.

12    A    No.

13    Q    And on the other settlement, same line, 303,

14   Exhibit 15, it said you were bringing cash of

15   32,494.42.

16    A    No.

17    Q    You didn't bring that?

18    A    No.

19    Q    Okay.  And for both of the properties, were

20   you given a check by Haskell Feldman and you signed it

21   over and gave it back to him?

22    A    Right.