IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB     *

        Plaintiff,     *

v.     *    Civil Action No.: L01CV2221

HASKELL MORTGAGE, INC., et al.     *

        Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S ANSWER TO DEFENDANT'S ELIZABETH BROOKS' INTERROGATORIES

Plaintiff Flagstar Bank, FSB ("Flagstar" or "Plaintiff"), by and through its undersigned counsel, responds to the Interrogatories propounded by Defendant Elizabeth Brooks ("Brooks"), and states:

a. The information supplied in these answers is not based solely upon the knowledge of the executing parties, but includes the knowledge of the parties' agents, representatives, and attorneys, unless privileged.

b. The word usage and sentence structure is that of the attorney who in fact prepared these answers and does not purport to be the exact language of the executing party.

c. Flagstar reserves the right to supplement these answers if it obtains other or further information or documentation with respect to these answers to interrogatories.



EXHIBIT A

**INTERROGATORY NO. 9:** Describe in detail the manner in which you allegedly came to learn that the value of the property sold to Dove located at 719 S. Conkling Street, Baltimore, Maryland 21224, is "$58,000" as alleged in Count IV of the Third Amended Complaint, specifying the date on which you allegedly came to have such knowledge, the manner in which you allegedly came to have such knowledge, the identity of the person who provided you with such knowledge, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 9:** *See* Answer to Interrogatory No. 6. *See also* Paul Cooper's expert report.

**INTERROGATORY NO. 11:** Describe in detail the manner in which you allegedly came to learn that the value of the property sold to Dove located at 3905 Fait Avenue, Baltimore, Maryland 21224, is "$45,000" as alleged in Count IV of he Third Amended Complaint, specifying the date on which you allegedly came to have such knowledge, the manner in which you allegedly came to have such knowledge, the identity of the person who provided you with such knowledge, the identity of all persons with personal knowledge of such facts, and the identity of all documents which relate to such facts.

**ANSWER TO INTERROGATORY NO. 11:** *See* Answer to Interrogatory No. 6. *See also* Paul Cooper's expert report.