IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLAGSTAR BANK, F.S.B. | : | |
| | : | |
| v. | : | CIVIL NO. L-01-2221 |
| | : | |
| HASKELL MORTGAGE, INC., et al. | : | |

## ORDER

Pending is Plaintiff's Motion for a Protective Order (Docket No. 165). Having reviewed the papers, the Court concludes that no hearing is necessary. See Local Rule 105.6 (D. Md. 2001). The Court hereby:

(i) DENIES Plaintiff's Motion for a Protective Order; and

(ii) RESERVES ruling on Sovereign Title's request for the attorneys' fees and costs incurred in opposing the motion for a protective order.

It is so ORDERED this 21st day of August, 2003.

_____/s/_____
Marvin J. Garbis
United States District Judge