IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FLAGSTAR BANK, FSB                    *

        Plaintiff,                    *

vs.                                               *     Civil Action No.: L01CV2221

HASKELL MORTGAGE, INC., *et al.*        *

        Defendants.                    *

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of plaintiff's motion to dismiss or, in the alternative, to strike the third-party complaint of Sovereign Title Co., LLC, Aura Colon and Elizabeth Brooks (collectively "Sovereign"), and Sovereign's motion for leave to file the same, it is this ____ day of August, 2003, hereby ordered as follows:

1. Plaintiff's motion to dismiss or strike the third-party complaint is GRANTED, and the complaint is hereby __dismissed with prejudice / stricken from the record__;

2. Sovereign's motion for leave to file a third-party complaint is hereby DENIED; and

3. Upon consent of the plaintiff, Counts IV and V of the third amended complaint are hereby dismissed with prejudice as to Sovereign, Colon and Brooks.

                                              _____
                                              The Honorable Benson E. Legg
                                              United States District Court for the District of Maryland,
                                              Northern Division

PLD2771-L627-01.doc