IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L-01-CV-2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Flagstar Bank, FSB ("Flagstar") and Defendants Sovereign Title, Elizabeth Brooks and Aura Colon (collectively "Sovereign Title") through their undersigned counsel, hereby jointly request that the scheduling order issued in the instant case be amended to extend the remaining deadlines in this case, as well as the discovery deadline. In support thereof, the parties state:

1. The Scheduling Order entered on May 12, 2003 set forth the following deadlines:

    a. Discovery Deadline                         8/29/03

    b. Dispositive Motions                        9/19/03

    c. Opposition to Dispositive Motions          10/20/03

    d. Hearing on Dispositive Motions             to be determined by the Court

    e. Pretrial Conference                        to be determined by the Court

    f. Trial                                      to be determined by the Court

2. Due to the schedules of counsel, party witnesses and expert witnesses, as well as obtaining service of process regarding several non-party witnesses, many of the depositions will not be completed in time to meet the current discovery deadline. Moreover, Haskell Feldman has not been available on several dates for deposition due to health reasons. Several depositions have already been scheduled to occur throughout September.

3. Additionally, on July 30, 2003, Defendant, Lewis Feldman, filed a voluntary petition under Chapter 7 of the United States Code, pending as Case No. 3-25614, in the United States Bankruptcy Court for the Southern District of Florida, which stays any action against Mr. Feldman in this Court. Flagstar intends to file, among other actions, a Motion for Relief from the Automatic Stay, requesting that the Bankruptcy Court lift the automatic stay of 11 U.S.C. § 362 to permit Flagstar to obtain a judgment in this action against Lewis Feldman. The Motion would make clear that any bankruptcy issues relating to the dischargeability of that debt would be decided by the Bankruptcy Court. Alternatively, Flagstar will request that the Bankruptcy Court permit it to take a deposition of Lewis Feldman in this action, even if the Bankruptcy Court does not allow Flagstar to proceed against him as a party Defendant. It is anticipated that based on the foregoing, that the above matters will not be adjudicated for approximately 90 days. Accordingly, Flagstar respectfully requests that in light of the Bankruptcy Court's decision, that Flagstar be allowed to pursue any order pursuant to the Bankruptcy Court in Florida outside the discovery deadline.

4. The parties hereto have agreed to a 120 day extension of all dates and submit the proposed Scheduling Order as follows:

    a. Discovery deadline     October 29, 2003

|   |   |   |
|---|---|---|
| b. | Summary Judgment and Other Dispositive Motions | November 19, 2003 |
| c. | Oppositions to Dispositive Motions | December 19, 2003 |

Counsel for Haskell Mortgage, Inc. and Haskell Feldman opposes the instant motion.

WHEREFORE, for the good cause shown, the parties hereto respectfully request the aforementioned amendment of the Scheduling Order.

Respectfully submitted,

_____
Donald A. Rea (Federal Bar No.: 23194)
Alison E. Goldenberg (Federal Bar No.: 024778)

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4000
*Attorney for Plaintiff Flagstar Bank, FSB*

J. Edward Martin Esq.
Joseph Edward Martin, Esq., Chtd.
40 W. Chesapeake Ave., Suite 300
Towson, MD 21204-4918
(410) 825-1057
*Counsel for Defendants Haskell Mortgage, Inc. and Haskell Feldman*

David B. Applefeld, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195
*Counsel for Sovereign Title Co., LLC, Aura Colon and Elizabeth Brooks*

pld0984-l658-01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2003, a copy of the foregoing Joint Motion to Amend Scheduling Order and related documents was mailed, first-class, postage prepaid to the following:

>J. Edward Martin Esq.
>Joseph Edward Martin, Esq., Chtd.
>40 W. Chesapeake Avenue, Suite 300
>Towson, MD 21204
>*Counsel for Defendants Haskell Mortgage,*
>*Inc. and Haskell Feldman*
>
>David B. Applefeld, Esquire
>Adelberg, Rudow, Dorf & Hendler, LLC
>600 Mercantile Bank & Trust Building
>2 Hopkins Plaza
>Baltimore, Maryland 21201
>*Counsel for Sovereign Title Co., LLC,*
>*Aura Colon and Elizabeth Brooks*

_____
Donald A. Rea

- 5 -

pld0984-1658-01