IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: L-01-CV-2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Joint Motion to Amend Scheduling Order, it is HEREBY ORDERED that Joint Motion to Amend Scheduling Order is GRANTED.

It is so ORDERED this _____ day of _____, 2003.

_____
The Honorable Benson E. Legg
United States District Court for
   the District of Maryland, Northern Division

cc:
Donald A. Rea, Esquire
Alison E. Goldenberg, Esquire
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
*Attorney for Plaintiff Flagstar Bank, FSB*

J. Edward Martin Esq.
Joseph Edward Martin, Esq., Chtd.
40 W. Chesapeake Avenue, Suite 300
Towson, MD 21204
*Counsel for Defendants Haskell Mortgage,
  Inc. and Haskell Feldman*

David B. Applefeld, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
*Counsel for Sovereign Title Co., LLC,
  Aura Colon and Elizabeth Brooks*