UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 6, 2003

MEMORANDUM TO COUNSEL RE:   <u>Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.</u>
Civil #L-01-2221

Dear Counsel:

Pending is a motion to amend the scheduling order filed by Flagstar. Although the case is complicated, the age of the suit (filed on July 27, 2001) dictates that discovery must be concluded promptly. At 5:00 p.m. on October 8, 2003, the Court will hold a telephone conference for the purpose of scheduling. At that hearing, the Court also will hear from counsel regarding any open issues, including the motion for leave to file a third-party complaint filed by Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon. Plaintiff's counsel is asked to initiate this conference call. (Because Flagstar's third amended complaint effectively dismissed several defendants from this case, the dismissed parties are not obligated to participate in the conference.)

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

At the conference, counsel must be prepared to answer the following questions:

(i)   Have all expert witnesses been identified? Have expert reports been furnished? If any reports have not been exchanged, explain the delay.

(ii)   Which individuals still need to be deposed? Have their depositions been scheduled? If not, explain the delay.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
Benson Everett Legg

c:   Court file