IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FLAGSTAR BANK, FSB

v().

HASKELL MORTGAGE, INC., et al.

CIVIL NO. L-01-2221

## MEMORANDUM ORDER

Pending is a Motion to Seal and Leave to File Reply to Plaintiff's Motion to Dismiss or, in the Alternative, to Strike Third Party Complaint filed by Defendants Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon. Pursuant to the Court's Memorandum Order, dated on October 10, 2003, the Court DENIES AS MOOT Defendants' motion (Docket No. 158).

Dated this 27TH day of October, 2003.

Benson Everett Legg
Chief Judge