# GORDON ▪ FEINBLATT
## ROTHMAN, HOFFBERGER & HOLLANDER, LLC

ALISON E. GOLDENBERG
410.576.4283
FAX 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

October 31, 2003

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

             Re:    *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
                   Case Number: L01 CV 2221

Dear Judge Legg:

      On behalf of Flagstar Bank, FSB and pursuant to Your Honor's October 10, 2003 Memorandum Order, the status regarding the bankruptcy proceedings of Lewis Feldman is as follows:

      On September 19, 2003, Flagstar filed a Motion for Relief from Stay in the case captioned *In re: Lewis Issac Feldman*, Case No. 03-25614-BKC-RBR, in the United States Bankruptcy Court for the Southern District of Florida. Today a hearing on the Motion for Relief from Stay occurred before Judge Raymond B. Ray. Counsel for Flagstar provided Judge Ray with deposition transcripts, as well as Your Honor's Memorandum Order.

      Judge Ray granted in part and deferred in part Flagstar's Motion for Relief from Stay and ordered that Lewis Feldman answer Flagstar's written discovery which was originally served on July 1, 2003 and that Lewis Feldman be deposed before November 14, 2003 in Florida. Judge Ray required that a hearing be held on November 14, 2003 and that a transcript of Mr. Lewis' deposition be provided to the Court before the hearing. Although Judge Ray was familiar with Your Honor's Memorandum Order regarding the Deposition of Lewis Feldman, Judge Ray stated that Lewis Feldman's deposition is also necessary for the Florida bankruptcy proceedings. In light of the hearing on November 14, 2003, counsel for Flagstar will file a status report with Your Honor by Monday, November 17, 2003.



The Honorable Benson E. Legg
October 31, 2003
Page 2

With regard to Flagstar's Complaint to Determine Dischargeability of Debt and to Object to Discharge which was filed on September 30, 2003, this is still pending.

If Your Honor has any further questions, please contact me or Donald A. Rea.

Respectfully submitted,

Alison E. Goldenberg

tlr

cc:   Donald A. Rea, Esquire
      David B. Applefeld, Esquire
      Lewis Feldman

LTR1028-L658-01