

# GORDON • FEINBLATT
## ROTHMAN, HOFFBERGER & HOLLANDER, LLC

ALISON E. GOLDENBERG
410.576.4283
FAX 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

November 18, 2003

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
　For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

　　　　　　　　Re:　Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.
　　　　　　　　　　Case Number: L01 CV 2221

Dear Judge Legg:

　　　　On behalf of Flagstar Bank, FSB the status regarding the bankruptcy proceedings of Lewis Feldman is as follows:

　　　　Pursuant to the hearing before Judge Raymond B. Ray's on October 31, 2003, Mr. Lewis Feldman's deposition was scheduled for Tuesday, November 11. Unfortunately, Mr. Lewis' deposition did not take place as Edward Martin, Counsel for Haskell Feldman and Haskell Mortgage, informed me that Lewis Feldman passed away on Saturday, November 8, 2003. Regarding Flagstar's Motion for Relief from Stay, Flagstar has agreed to dismiss the Motion as moot with the caveat that the motion is dismissed without prejudice so Flagstar could continue against Lewis Feldman's decedent's estate or personal representative.

　　　　Regarding Flagstar's Complaint to Determine Dischargeability of Debt and to Object to Discharge, Mr. Feldman has not received a discharge. Flagstar's Complaint is still pending and Flagstar is exploring whether the case can be closed prior to discharge so that Flagstar will be able to monitor probate issues and execute a judgment. Accordingly, Judge Ray has scheduled a status hearing to be held in ninety days on this issue.



The Honorable Benson E. Legg
November 18, 2003
Page 2

      Flagstar intends to inform Your Honor of any developments as they occur. If Your Honor has any further questions, please contact me or Donald A. Rea.

      Respectfully submitted,

      Alison E. Goldenberg

tlr

cc:    Donald A. Rea, Esquire
       Susan Klein, Esquire
       David B. Applefeld, Esquire
       Edward Martin, Esquire

LTR1058-L658-01