# GORDON • FEINBLATT
### ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**ALISON E. GOLDENBERG**
410.576.4283
FAX 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

December 1, 2003

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

          Re:    *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
                   Case Number: L01 CV 2221

Dear Judge Legg:

      On behalf of Plaintiff Flagstar Bank, FSB and Defendants Sovereign Title, Elizabeth Brooks and Aura Colon (collectively, "Sovereign Title Defendants"), the Status Report and proposed Scheduling Order are as follows:[1]

      Flagstar and the Sovereign Title Defendants have agreed to settle this matter for a confidential sum and are currently negotiating the settlement agreement terms. Once these terms are finalized, Flagstar will file a Stipulation of Dismissal dismissing the Sovereign Title Defendants with prejudice.

      Regarding the Florida Bankruptcy proceedings involving Lewis Feldman, the Bankruptcy Court in Florida stated that Flagstar may substitute Lewis Feldman's estate in lieu of Mr. Feldman. The Florida Bankruptcy proceedings will not impact the instant case in Maryland.

---

[1] Today, counsel for Flagstar contacted Edward Martin, counsel for Haskell Mortgage, Inc. and Haskell Feldman to discuss the status report and scheduling order. As of the e-filing of the instant letter, counsel for Flagstar has not heard from Mr. Martin.



The Honorable Benson E. Legg
December 1, 2003
Page 2

Regarding the remaining Defendants, Haskell Mortgage, Inc. and Haskell Feldman, Flagstar proposes the following Scheduling Order:

|     |                                   |                               |
|-----|-----------------------------------|-------------------------------|
| a.  | Dispositive Motions               | January 9, 2004               |
| b.  | Opposition to Dispositive Motions | February 9, 2004              |
| c.  | Hearing on Dispositive Motions    | To be determined by the Court |
| d.  | Pretrial Conference               | To be determined by the Court |
| e.  | Trial                             | To be determined by the Court |

If Your Honor requires any additional information, please contact me or Donald A. Rea.

Respectfully submitted,

/s/

Alison E. Goldenberg

bs

cc:   Donald A. Rea, Esquire
      David B. Applefeld, Esquire
      Edward Martin, Esquire
      Flagstar Bank, FSB

LTR1079-L658-01