UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 14, 2004

MEMORANDUM TO COUNSEL RE:   Flagstar Bank, FSB v. Haskell Mortgage, et al
Civil #L-01-2221

Dear Counsel:

    A telephone conference will be held on January 21, 2004, at 5:30 p.m. for the purpose of scheduling. Counsel for Plaintiff is asked to initiate this conference call.

    The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file