UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 4, 2004

MEMORANDUM TO COUNSEL RE:   Flagstar Bank, FSB v. Haskell Mortgage, et al.
Civil #L-01-2221

Dear Counsel:

The Court understands the status of the case as follows:

(i) Plaintiff Flagstar Bank will settle its claims against Defendants Sovereign Title, Elizabeth Brook, and Aura Colon. The remaining defendants in the case are Haskell Mortgage and Haskell Feldman;

(ii) the parties have completed discovery; and

(iii) the defendants will file a motion for summary judgment. Flagstar Bank will not file a dispositive motion.

The Court approves the parties' proposed briefing schedule:

(i) on or before February 12, 2004, Haskell Mortgage and Haskell Feldman shall file their motions for summary judgment;

(ii) on or before March 8th, Flagstar Bank shall file its response; and

(iii) on or before March 22nd, defendants shall file their reply briefs.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:	Court file