IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Haskell Feldman, one of the Defendants, by J. Edward Martin, his attorney, moves for summary judgment pursuant to FRCP 56(b) as follows:

1. There is no genuine dispute as to any material fact with respect to Haskell Feldman individually and he is entitled to judgment as a matter of law. In support hereof the Movant Haskell Feldman relies on his affidavit, based on personal knowledge and stating that he is competent to testify on these matters. Mr. Feldman's affidavit states that he has reviewed all of the allegations in the Amended Complaint, has been deposed in detail, has reviewed all the documents relevant to this litigation and that there nothing, either personally known to him or as to which he has been made aware by any of the parties hereto, that in any way involves him in the facts described in the Amended Complaint. Mr. Feldman further relies on the attached Memorandum in support of his Motion for Summary

Judgment.

| | |
|---|---|
| 2/4/04 | _____/s/_____ |
| Date | J. Edward Martin     BAR #0918 |
| | Law Offices of J. Edward Martin, P.A. |
| | Suite 720 |
| | 502 Washington Avenue |
| | Towson, Maryland 21204 |
| | (410) 825-1057 |
| | (410) 583-4660 (fax No.) |
| | |
| | Attorney for Defendant Haskell Feldman |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2004, a copy of the foregoing Defendant's Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Affidavit and proposed Order, which was electronically filed in this case on February 4, 2004, was mailed by first class, postage prepaid to:

> Donald A. Rea, Esquire
> Alison E. Goldenberg, Esquire
> Gordon, Feinblatt, Rothman,
> Hoffberger & Hollander, LLC
> 233 East Redwood Street
> Baltimore, Maryland 21202

_____/s/_____
J. Edward Martin