IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF HASKELL FELDMAN

STATE OF MARYLAND    )
                     )    TO WIT:
COUNTY OF BALTIMORE  )

I, Haskell Feldman, am above eighteen (18) years of age and am competent to make this affidavit. I have been in the mortgage and real estate business for many years and I was the originator and founder of Haskell Mortgage, Inc., one of the Defendants in this litigation. Haskell Mortgage is now out of business. When it was in business, it employed a number of individuals including my son, Lewis Feldman as well as other individuals whose names are identified in the First Amended Complaint. Eric Becker was an independent contractor.

I very much regret to say that my son Lewis Feldman then age 25 died on November 8, 2003 of heart failure while he was residing in the State of Florida.

I have carefully reviewed the factual allegations in the First Amended

Complaint. I have reviewed Interrogatory Answers furnished by other of the Defendants and I have instructed my attorney to attend some of the depositions in this matter. I have also reviewed the documents, from among the records of Haskell Mortgage, Inc., that Haskell Mortgage, Inc. was requested to produce in this litigation. As a result of these documents being produced by Haskell Mortgage, Inc., I have had an opportunity to familiarize myself with the various loan transactions described in the Amended Complaint. Prior to the initiation of this litigation I had virtually no knowledge of any of the loan transactions described in the Amended Complaint, described in pre-trial discovery or described in the correspondence to the United States Magistrate Judge which summarize, to the best of my information, the facts on which the Plaintiff herein intended to rely.

      I have carefully reviewed the allegations in paragraphs 39 through 50 of the Amended Complaint. This portion of the Amended Complaint is referred to as "The Scheme". I am aware that there have been mortgage fraud schemes plaguing the Baltimore area during the past several years but I do not have any personal knowledge of any of the "scheme transactions" identified in the First Amended Complaint. I always instructed the employees of Haskell Mortgage, Inc. to prepare honest documents, avoid any kind of corner-cutting, misstatements, misrepresentations or other improper activities but, unfortunately, it appears that some of my employees may have been involved in apparently illegal and

apparently improper activities without my knowledge.

I had no knowledge of the various transactions identified in the Amended Complaint until after the filing of this suit and service of process on me. During most of the time period covered in the Amended Complaint, I was residing in Ann Arbor, Michigan as I explained at my deposition. The Defendant Haskell Mortgage continued to function in my absence and was operated by other people including my son.

I do recall speaking to Kenneth Brown at Best Appraisals about the borrower known as Eura Grant. Mr. Brown and Best Appraisals were Defendants in this litigation and Eura Grant was involved in one of the transactions described in this litigation. Apparently Mr. Brown may had been called by a representative of Flagstar Bank when it was learned that Eura Grant was not current on her payments to Flagstar on her loans. Haskell Mortgage apparently contacted Kenneth Brown who said that Eura Grant had five or six properties which were worth much more than the appraisals and that finding an alternative buyer should not be difficult.

There is no corporate affiliation between Haskell Mortgage and any of the sellers described in the Amended Complaint. Lewis Feldman was an employee of Haskell Mortgage, Inc. There is no corporate affiliation between Haskell Mortgage and any of the appraiser defendants. There is no corporation affiliation

between Haskell Mortgage and any of the title companies or closing agents.

I do recall attending a settlement at the offices of Sovereign Title, in Towson, pertaining to Keith Dove. I attended on behalf of Haskell Mortgage, Inc. I have, at the present time, no recollection about whether the settlement that I attended for Keith Dove pertain to the Conkling Street property described in paragraph 85 of the Amended Complaint or whether it was the Fait Avenue property described in paragraph 86 of the Amended Complaint. The settlement transaction was handled by Elizabeth Brooks. Also present at the settlement was Scott Dunton.

I have no other information about the subject of this litigation.

I hereby declare and affirm that the contents of this Affidavit are true.

_____/S/\*_____
Haskell Feldman

\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.