IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Defendant's Motion for Summary Judgment having come before the Court, and it appearing from the Motion, the Affidavit in support thereof, and the other documents brought forth by the Plaintiffs, that the Defendant is entitled to the relief requested, it is this _____ day of February 2004 by the United States District Court for the District of Maryland;

ORDERED: that the Motion for Summary Judgment is granted with costs.

_____
United States District Court Judge