IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses with prejudice all claims against Defendants Haskell Mortgage, Inc., Haskell Feldman, and hereby dismisses without prejudice all claims against Defendant, Lewis Feldman.

Respectfully submitted,

/s/
David B. Applefeld, Esquire
(signed by Donald A. Rea with
permission of David B. Applefeld)
*Attorney for Sovereign Title Company, LLC,
Elizabeth Brooks & Aura J. Colon*

/s/
Donald A. Rea (Federal Bar No.: 2319
Alison E. Goldenberg (Fed Bar No.:024778)
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
233 East Redwood Street
Baltimore, MD 21202
(410) 576-4000
FAX:  (410) 576-4246
*Attorneys for Plaintiff Flagstar Bank, FSB*

/s/
J. Edward Martin, Esq.
*Attorneys for Haskell Feldman
  & Haskell Mortgage, Inc.*
(signed by Donald A. Rea with
permission of J. Edward Martin)

PLD2316-L931-03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al*. | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2004, a copy of the Stipulation of Dismissal against Defendants, Haskell Mortgage, Inc., Haskell Feldman and Lewis Feldman, which was electronically filed on February 23, 2004, was mailed, first class, postage prepaid, to

J. Edward Martin, Esq.
Joseph Edward Martin, Esq. Chtd.
409 Washington Ave., Suite 707
Mercantile – Towson Building
Towson, Maryland  21204-4918

David B. Applefeld, Esquire
Adelberg, Rudow & Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

_____
Donald A. Rea