

# GORDON · FEINBLATT
### ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**ALISON E. GOLDENBERG**
410.576.4283
FAX 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

February 27, 2004

**VIA ELECTRONIC FILING**
The Honorable Benson E. Legg
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
            Case Number: L01 CV 2221

Dear Judge Legg:

      On February 4, 2004, J. Edward Martin, counsel for the defendant, Haskell Feldman, filed a Motion for Summary Judgment with regard to the captioned matter. On February 23, 2004, Donald A. Rea, counsel for plaintiff, Flagstar Bank, FSB, filed a Stipulation of Dismissal against defendants, Haskell Mortgage, Inc. and Haskell Feldman, wherein all claims were dismissed with prejudice, and Your Honor approved same on February 23, 2004. Attached hereto is a letter from Mr. Martin dated February 24, 2004, wherein he states that the court should be notified that the Motion for Summary Judgment is now moot.

      Additionally, at this time, counsel for the plaintiff and the remaining defendants in this matter are working toward finalizing a settlement agreement.

      If Your Honor has any further questions, please contact me or Donald A. Rea.

      Respectfully submitted,

      Alison E. Goldenberg

attachment
cc:    Donald A. Rea, Esquire
        J. Edward Martin, Esquire
        David B. Applefeld, Esquire

LTR2363-L931-01