Law Offices

RECEIVED FEB 26 2004

# J. Edward Martin, P.A.

Suite 720
502 Washington Avenue
Towson, Maryland 21204

Phone: (410) 825-1057
(410) 925-8288

Fax: (410) 583-4660
Email: melongball@aol.com

February 24, 2004

Alison E. Goldenberg, Esquire
Donald A. Rea, Esquire
Gordon Feinblatt
The Garrett Building
233 East Redwood Street
Baltimore MD 21202

    Re:    Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.
             My File No.: 1-260

Dear Counsel:

    I am writing in response to your letter of February 23, 2004. You had told me that you filed a Stipulation of Dismissal and that claims against Haskell Feldman and Haskell Mortgage have been dismissed with prejudice. You now ask me to withdraw the Motion for Summary Judgment.

    I have reviewed Rule 41 and Local Rule 101 and do not know whether I can withdraw the Motion. The Court no longer has jurisdiction over my clients in that you have dismissed the claims against them with prejudice. Moreover Mr. Feldman has instructed me not to take any other action on this lawsuit as it now has been concluded against him.

    Perhaps you should notify the Court that the Motion is now moot.

    I, once again, thank you for your courtesy and cooperation during the long course of time that this matter has been pending.

Very truly yours,

J. Edward Martin

/ncl
cc:    David B. Applefeld, Esquire
        Mr. Haskell Feldman