

# GORDON ∙ FEINBLATT
### ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**ALISON E. GOLDENBERG**
410.576.4283
FAX 410.576.4246
agoldenberg@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

March 1, 2004

**VIA E-FILING:**

Clerk
United States District Court
    for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Flagstar Bank, FSB v. Haskell Mortgage, Inc., et al.*
      Case No.: L-01-cv-02221-BEL

Dear Clerk:

Pursuant to our telephone conversation with the court today, in accordance with Judge Legg's Orders of October 9, 2003 and February 23, 2004, the designated parties were removed from the e-file notification.

If you have any questions, please feel free to contact me.

Very truly yours,

/s/

Alison E. Goldenberg

cc:   David B. Applefeld, Esquire

LTR2367-L931-01