IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB | * | |
|     Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Civil Action No.: L01CV2221 |
| HASKELL MORTGAGE, INC., *et al.* | | |
|     Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Flagstar Bank, FSB ("Flagstar"), by its undersigned counsel, hereby dismisses with prejudice all claims against Defendants Sovereign Title Company, LLC, Elizabeth Brooks, and Aura Colon.

                                                                                   Respectfully submitted,

| | |
|---|---|
| /s/ David B. Appelfeld | /s/ Donald A. Rea |
| David B. Appelfeld (Federal Bar No. 08311) | Donald A. Rea (Federal Bar No.: 23194) |
| Adelberg, Rudow, Dorf & Hendler, LLC | Alison E. Goldenberg (Fed Bar No.:024778) |
| 600 Mercantile Bank & Trust Building | Gordon, Feinblatt, Rothman, Hoffberger |
| 2 Hopkins Plaza |   & Hollander, LLC |
| Baltimore, Maryland 21201 | 233 East Redwood Street |
| *Attorneys for Sovereign Title Company, LLC,* | Baltimore, MD 21202 |
| *Elizabeth Brooks & Aura J. Colon* | *Attorneys for Plaintiff Flagstar Bank, FSB* |